# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (COLUMBIA DIVISION)

| | |
|---|---|
| **SAMUEL R. FLOYD, III**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **DELOITTE & TOUCHE, LLP**, and **DELOITTE LLP**, <br><br> Defendants. | Civil No.: 3:19-cv-03304-MBS <br><br> **CONSENT MOTION FOR AN ORDER ADJOURNING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS, on November 22, 2019, Plaintiff Samuel R. Floyd ("Plaintiff") filed a putative class action complaint purporting to assert a claim pursuant to the Securities Exchange Act of 1934 [ECF No. 1] ("Complaint");

WHEREAS, pursuant to Federal Rules of Civil Procedure 4 and 12, the time for Defendants to respond to the Complaint has not yet passed;

WHEREAS, the claim asserted in the Complaint is governed by the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, which provides a procedure for the appointment of lead plaintiff(s) and lead counsel;

WHEREAS, pursuant to the PSLRA, the deadline for motions for appointment of lead plaintiff(s) and lead counsel ("Lead Plaintiff Motion(s)") is January 27, 2020, being 60 days from Plaintiff's publication of notice required under the PSLRA;

WHEREAS, an answer or motion responding to the Complaint is premature unless and until lead plaintiff(s) and lead counsel are appointed;

- 2 -

WHEREAS, Defendants expressly reserve all rights, defenses, objections, and counterclaims, including, but not limited to, all rights to object to any Lead Plaintiff Motion(s); and

WHEREAS, this is the first request made to this Court to alter the time for Defendants to respond to the Complaint.

Accordingly, the parties, by and through their respective counsel signed below, jointly move the Court for the entry of an order providing the following:

1. No Defendant shall be required to respond to the Complaint in any manner until after the Court rules on any Lead Plaintiff Motion(s).

2. In the event an order is entered appointing lead plaintiff(s) and lead counsel, the parties will confer regarding a reasonable schedule for Defendants' response to any complaint and will propose an agreed-upon schedule to the Court, or if the parties are unable to agree on such a schedule, they will propose alternative schedules to the Court.

3. Nothing herein shall limit, waive, abrogate, or in any other manner prejudice any defenses, objections, and counterclaims that might be raised by Defendants in connection with the Lead Plaintiff Motion(s), any response to the Complaint, or any other matter in this action.

**WE SO MOVE AND CONSENT**:

*s/Daryl G. Hawkins*
Daryl G. Hawkins, Fed. ID No. 1781
Daryl G. Hawkins Law Office, LLC
1331 Elmwood Avenue, Suite 305
Columbia, SC  29201
Telephone:  803-733-3531
Facsimile:  803-799-9202
Email:  dgh@dghlaw.net

- 3 -

Gordon Ball  *(admitted pro hac vice)*
GORDON BALL, LLC
7001 Old Kent Drive
Knoxville, Tennessee 37919
Telephone:  865-525-7028
Email:  gball@gordonball.com

Edward D. Sullivan, Fed. ID No. 5016
Sullivan Law Firm, PC
PO Box 11714
Columbia, SC  29211
Telephone:  803-451-2775
Email:  esullivan@sullivanlaw.com

Thomas C. Jessee*
Jessee & Jessee
P.O. Box 997
Johnson City, TN  37605
Telephone:  423-928-7175
Email:  jjlaw@jesseeandjessee.com

*pro hac vice application to be submitted*

**Attorneys for Plaintiff**


*s/Christopher A. Ogiba*
Christopher A. Ogiba, Fed. ID No. 9042
Lesley A. Firestone, Fed. ID No. 11719
Clinton T. Magill, Fed. ID No. 12459
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
Telephone:  843-579-7066
Facsimile:   843-579-8749
Email: chrisogiba@mvalaw.com
        lesleyfirestone@mvalaw.com
        clintonmagill@mvalaw.com

Mark Nebrig*
Moore & Van Allen, PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: 704-331-3602
Facsimile:   704-339-5974
E-mail:  marknebrig@mvalaw.com

- 3 -

- 4 -

*pro hac vice application to be submitted*

Scott A. Edelman\*
Jed M. Schwartz\*
Andrew Lichtenberg\*
Milbank, LLP
55 Hudson Yards
New York, NY  10001-2163
Telephone: 212-530-5000
Facsimile:  212-530-5000
Email:  sedelman@milbank.com
         jschwartz@milbank.com
         alichtenberg@milbank.com

*pro hac vice applications to be submitted*

**Attorneys for Defendants**
**Deloitte & Touche, LLP and Deloitte, LLP**