UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| **SAMUEL R. FLOYD, III** on behalf of Himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**Deloitte & Touche, LLP,**<br>**Deloitte LLP,**<br><br>**Defendants.** | No: 3:19-CV-03304-MBS<br><br><u>**CLASS ACTION**</u><br><br><u>**JURY TRIAL DEMANDED**</u> |

**SAMUEL R. FLOYD III'S NOTICE OF FILING AND NOTICE OF NON-OPPOSITION TO IBEW LOCAL 98'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Lead Plaintiff movant Samuel R. Floyd III ("Floyd") respectfully submits this notice of filing and notice of non-opposition to IBEW Local 98's motion for appointment as lead plaintiff and approval of lead counsel in the above-captioned action.

On January 16, 2020, Floyd timely filed its motion for appointment as lead plaintiff and approval of lead counsel in connection with this action. Having reviewed IBEW Local 98's competing motion seeking appointment as lead plaintiff, it appears that IBEW Local 98 has the "largest interest in the relief sought by the class," as required by the PSLRA. §15 U.S.C. 78u-4(a)(3)(B)(iii)(I). Accordingly, the Floyd does not oppose IBEW Local 98's motion for appointment as lead plaintiff.

This notice is without prejudice to the Floyd's right to participate in this action as a member of the proposed class, including the right to share in any recovery obtained in the action.

Dated: January 31, 2020

By: /s/ *Daryl G. Hawkins*
Daryl G. Hawkins
Law Offices of Daryl G. Hawkins, LLC
P.O. Box 11906
Columbia, SC 29211
Tel: (803) 733-3531
Email: dgh@dghlaw.net
SC Bar #002844/ USDC #01781

Gordon Ball
Jonathon Tanner Ball
Steven Chase Fann
GORDON BALL, LLC
7001 Old Kent Drive
Knoxville, Tennessee 37919
Tel: (865) 525-7028
Email: gball@gordonball.com TNBPR#00
 jtannerball@gmail.com TNBPR#037011
chasefann@wfptnlaw.com NBPR#36794

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
Email: jjlaw@jesseeandjessee.com
TNBPR #000113/ SC Bar #2996

Edward D. Sullivan, JD, LLM, CPA
Sullivan Law Firm, PC
Edward D. Sullivan
PO Box 11714
Columbia, SC 29211
Tel: (803) 451-2775
Email: esullivan@sullivanlaw.com
SC Bar #0011248/ USDC #5016

*Counsel for Samuel R. Floyd III and Proposed Liaison Counsel for the Class*

2