# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Samuel R. Floyd, III, on behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Deloitte & Touche, LLP, Deloitte LLP,<br><br>Defendants. | 3:19-CV-03304-MBS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**SAMUEL R. FLOYD III'S REPLY TO INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98'S MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AND IN OPPOSITION TO THE COMPETING MOTION**

On February 7, 2020 Plaintiff Samuel R. Floyd III ("Floyd") filed a Notice of Non-Opposition to IBEW Local 98's Motion for Appointment as Lead Plaintiff (Document Number 27). Accordingly, the issues raised by IBEW Local 98's Memorandum in Further Support of its Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel and in Opposition to the Competing Motion are moot.

Respectfully submitted this 10th day of February, 2020.

               *s/ Daryl G. Hawkins*
               Daryl G. Hawkins (SC Bar #2844/USDC #01781)
               Law Offices of Daryl G. Hawkins, LLC
               P.O. Box 11906
               Columbia, SC 29211
               Tel: (803) 733-3531
               dgh@dghlaw.net

1

Gordon Ball
Jonathon Tanner Ball
Steven Chase Fann
GORDON BALL, LLC
7001 Old Kent Drive
Knoxville, Tennessee 37919
Tel:  (865) 525-7028
gball@gordonball.com TNBPR#001135
 jtannerball@gmail.com TNBPR#037011
chasefann@wfptnlaw.com TNBPR#36794

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com
TNBPR #000113/ SC Bar #2996

Edward D. Sullivan, JD, LLM, CPA
Sullivan Law Firm, PC
PO Box 11714
Columbia, SC 29211
Tel: (803) 451-2775
esullivan@esullivanlaw.com
SC Bar #0011248/ USDC #5016

2

**CERTIFICATE OF SERVICE**

      I certify that on February 10, 2020, I electronically filed this Reply to IBEW Local 98's Memorandum in Further Support of its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, using the Court's CM/ECF system. A copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    *s/ Daryl G. Hawkins*_____
                                      Daryl G. Hawkins