## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Samuel R. Floyd, III, on behalf of Himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Deloitte & Touche, LLP, Deloitte LLP,<br><br>        Defendants. | 3:19-CV-03304-MBS<br><br><br>**WITHDRAWAL OF MOTIONS** |

The undersigned counsel hereby withdraws Samuel R. Floyd's Motion for Appointment of Lead Plaintiff and Selection of Lead Counsel filed January 16, 2020 (Docket No. 16) and Motion for Leave to Serve a Third Party Subpoena filed January 17, 2020 (Docket No. 20).

Respectfully submitted this 17th day of February, 2020.

_s/ Daryl G. Hawkins_
Daryl G. Hawkins
(SC Bar #2844/USDC #01781)
Law Offices of Daryl G. Hawkins, LLC
P.O. Box 11906
Columbia, SC 29211
Tel: (803) 733-3531
dgh@dghlaw.net


Gordon Ball
Jonathon Tanner Ball
Steven Chase Fann
GORDON BALL, LLC
7001 Old Kent Drive
Knoxville, Tennessee 37919
Tel:  (865) 525-7028
gball@gordonball.com TNBPR#001135
 jtannerball@gmail.com TNBPR#037011
chasefann@wfptnlaw.com TNBPR#36794

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com
TNBPR #000113/ SC Bar #2996

Edward D. Sullivan, JD, LLM, CPA
Sullivan Law Firm, PC
PO Box 11714
Columbia, SC 29211
Tel: (803) 451-2775
esullivan@esullivanlaw.com
SC Bar #0011248/ USDC #5016

## CERTIFICATE OF SERVICE

I certify that on February 17, 2020, I electronically filed this Withdrawal of Motion, using the Court's CM/ECF system.  A copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*s/ Daryl G. Hawkins*
Daryl G. Hawkins