IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Samuel R. Floyd, III, on behalf of himself and all others similarly situated, ) ) ) | C/A No. 3:19-3304-MBS |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | |
| Deloitte & Touche, LLP, Deloitte LLP, ) ) ) | |
| Defendants. ) ) | |
| _____ ) | |

**ORDER APPOINTING INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 98 PENSION FUND AS LEAD PLAINTIFF AND
APPROVING SELECTION OF COUNSEL**

This matter is before the court on motion of the International Brotherhood of Electrical Workers Local 98 Pension Fund ("IBEW Local 98") for Appointment as Lead Plaintiff and Appointment of Lead Counsel. (ECF No. 22). IBEW also seeks appointment of Liaison Counsel. Plaintiff Samuel R. Floyd, III does not oppose IBEW Local 98's motion. Accordingly, for good cause shown:

1. The court finds that IBEW Local 98 satisfies the requirements for lead plaintiff appointment pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). The court hereby appoints IBEW Local 98 as Lead Plaintiff and directs the Clerk of Court to substitute IBEW Local 98 for Samuel R. Floyd, III in the caption of this action.

2. IBEW Local 98, pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, has selected and retained Cohen Milstein Sellers & Toll PLLC as Lead Counsel. The court hereby appoints Cohen Milstein Sellers & Toll PLLC as Lead Counsel.

3. Lead Counsel shall have the following responsibilities and duties:

    a.    to coordinate the briefing and argument of motions;

      b.      to coordinate the conduct of discovery proceedings;

      c.      to coordinate the examination of witnesses in depositions;

      d.      to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

      e.      to call meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

      f.      to coordinate all settlement negotiations with counsel for Defendants;

      g.      to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

      h.      to supervise any other matters concerning the prosecution, resolution or settlement of this action.

4.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by Plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.      IBEW Local 98, pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, has selected and retained Tinkler Law Firm LLC as Liaison Counsel. The court appoints Tinkler Law Firm LLC as Liaison Counsel.

**IT IS SO ORDERED.**

                                           /s/ Margaret B. Seymour
                                           Senior United States District Judge

Columbia, South Carolina

February12, 2020