# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DELOITTE & TOUCHE, LLP; DELOITTE LLP, <br><br> Defendants. | Case No. 3:19-3304-MBS <br><br><br> **SCHEDULING ORDER** |

On February 21, 2020, the parties filed a Joint Consent Motion for Entry of a Scheduling Order (the "Joint Consent Motion"). Having considered the Joint Consent Motion, and for good cause shown, the Court **ORDERS** as follows:

1. Lead Plaintiff shall file its Consolidated Complaint on or before **April 28, 2020**.

2. Defendants shall move, answer, or otherwise respond to the Consolidated Complaint on or before **June 29, 2020**.

3. If Defendants move to dismiss Lead Plaintiff's Consolidated Complaint, Lead Plaintiff shall file any opposition(s) to Defendants' motion(s) on or before **August 28, 2020**.

4. If Defendants file multiple motions to dismiss, Lead Plaintiff may choose to file an omnibus response in opposition to Defendants' motions, the length of which shall be no more than the combined length of Defendants' memoranda in support of their motions to dismiss.

C/A No. 3:19-3304-MBS
Page 2

5. Defendants shall file any reply in support of their motion(s) to dismiss on or before **September 28, 2020.**

**IT IS SO ORDERED.**

                                              /s/ Margaret B. Seymour
                                              Senior United States District Judge

Columbia, South Carolina

February 24, 2020