# EXHIBIT A

## UPDATED CERTIFICATION PURSUANT TO
## FEDERAL SECURITIES LAWS

IBEW Local 98 Pension Fund ("IBEW Local 98") declares as to the claims asserted under the federal securities laws, that:

1. I, Brian Burrows, President at IBEW Local 98, am authorized to make legal decisions on behalf of IBEW Local 98 with regard to this action.

2. IBEW Local 98 did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. IBEW Local 98 is the Court-appointed Lead Plaintiff in this action and will serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Consolidated Complaint), IBEW Local 98 purchased and/or sold the securities that are the subject of the Consolidated Complaint as set forth on the attached Schedule A.

5. IBEW Local 98 has full power and authority to bring suit to recover for its investment losses.

6. IBEW Local 98 has fully reviewed the facts and allegations of the Consolidated Complaint filed in this action.

7. IBEW Local 98 intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. IBEW Local 98 will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

9. IBEW Local 98 will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 19th day of May, 2020.

**IBEW Local 98 Pension Fund**

By: _____

Brian Burrows
President, IBEW Local 98

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 7/24/2015 | Purchase | 400 | 52.53 |
| 7/24/2015 | Purchase | 200 | 52.6 |
| 7/27/2015 | Purchase | 400 | 53.25 |
| 7/28/2015 | Purchase | 600 | 53.16 |
| 7/29/2015 | Purchase | 600 | 53.179 |
| 7/30/2015 | Purchase | 800 | 54.0763 |
| 7/31/2015 | Purchase | 400 | 54.9713 |
| 8/4/2015 | Purchase | 900 | 54.2 |
| 8/14/2015 | Purchase | 200 | 56.72 |
| 8/21/2015 | Purchase | 200 | 56.34 |
| 8/24/2015 | Purchase | 700 | 54.62 |
| 11/20/2015 | Sale | (600) | 60.21 |
| 11/20/2015 | Sale | (1,000) | 60.22 |
| 11/24/2015 | Sale | (400) | 59.55 |
| 12/1/2015 | Sale | (200) | 59.63 |
| 12/4/2015 | Sale | (200) | 59.11 |
| 12/7/2015 | Sale | (500) | 59.45 |
| 2/5/2016 | Sale | (700) | 65.3 |
| 2/8/2016 | Sale | (200) | 65.26 |
| 2/9/2016 | Sale | (400) | 65.27 |
| 2/10/2016 | Sale | (300) | 65.09 |
| 8/22/2016 | Sale | (400) | 72.91 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|:---:|:---:|:---:|:---:|
| 8/25/2016 | Sale | (200) | 72.56 |
| 8/29/2016 | Sale | (300) | 71.04 |
| 4/4/2017 | Purchase | 600 | 66.05 |
| 4/5/2017 | Purchase | 200 | 66.24 |
| 4/6/2017 | Purchase | 600 | 66.33 |
| 4/7/2017 | Purchase | 400 | 65.66 |
| 4/7/2017 | Purchase | 1,400 | 66.31 |
| 4/11/2017 | Purchase | 200 | 65.22 |
| 4/11/2017 | Purchase | 200 | 65.26 |
| 4/17/2017 | Purchase | 200 | 66.04 |
| 4/19/2017 | Purchase | 200 | 66.5 |