IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

```
SAMUEL R. FLOYD, III, ET AL,   )
                               )
            Plaintiffs,        )       November 17, 2020
                               )
        -versus-               )       3:19-3304
                               )
                               )       Charleston, SC
DELOITTE & TOUCHE LLP, ET AL,  )
                               )
          Defendants.          )
```

TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE MARGARET B. SEYMOUR
SENIOR UNITED STATES DISTRICT JUDGE, presiding


A P P E A R A N C E S:

For the Plaintiffs:     WILLIAM P. TINKLER, ESQ.
                        Tinkler Law Firm
                        154 King Street, 3rd Floor
                        Charleston, SC 29401

                        LAURA H. POSNER, ESQ.
                        Cohen Milstein Sellers and Toll
                        88 Pine Street, 14th Floor
                        New York, NY 10005

                        STEVEN J. TOLL, ESQ.
                        Cohen Milstein Sellers and Toll
                        1100 New York Avenue NW
                        West Tower Suite 500
                        Washington, DC 20005

                        W. GORDON BALL, ESQ.
                        Gordon Ball LLC
                        7001 Old Kent Drive
                        Knoxville, TN 37919


For the Defendants:     CHRISTOPHER OGIBA, ESQ.
                        Moore and Van Allen PLLC
                        78 Wentworth Street
                        Charleston, SC 29401

```
                          SCOTT A. EDELMAN, ESQ.
                          Milbank LLP
                          55 Hudson Yards
                          New York, NY 10001


Court Reporter:           KAREN E. MARTIN, RMR, CRR
                          PO Box 835
                          Charleston, SC 29402


   Proceedings reported by stenographic court reporter.
   Transcript produced with computer-aided transcription
                          software.
```

```
 1                Tuesday, November 17, 2020
 2       (WHEREUPON, court was called to order at 2:09 p.m.)
 3            THE COURT:  Thank you.  Good afternoon.
 4            MS. POSNER:  Good morning, Your Honor.
 5            THE COURT:  We are here in the matter of the
 6   International Brotherhood of Electrical Workers vs.
 7   Deloitte, et al.  This is Civil Action No. 3:19-3304.  And
 8   we are here on the motion to dismiss that was filed by
 9   defendants Deloitte.
10            At this time I'd like to ask who is here for the
11   plaintiff?
12       (Audio interference.)
13            THE COURT REPORTER:  I -- somebody -- there's
14   feedback.
15       (Audio interference.)
16            MS. POSNER:  Good morning, Your Honor.  This is
17   Laura Posner, from Cohen, Milstein, Sellers, and Toll, on
18   behalf of the plaintiffs.
19       (Audio interference.)
20            THE COURT REPORTER:  Excuse me.  This is the
21   court reporter.  Everybody needs to mute their background
22   unless they are speaking.  Somebody has something going
23   on.  I cannot understand anything.
24            THE COURT:  All right.  Everybody got that?  For
25   the plaintiff, Laura Posner.
```

1          Who else?

2          **MR. TINKLER:**  Your Honor, William Tinkler for

3     the plaintiff.

4          **MR. TOLL:**  Your Honor, Steven Toll, also from

5     Cohen, Milstein, Sellers, and Toll for the plaintiff.

6          **THE COURT:**  All right.  Anyone else?

7        (There was no response.)

8          **THE COURT:**  All right.  For the defendant?

9          **MR. OGIBA:**  This is Chris Ogiba from Moore and

10    Van Allen for the defendants.

11          **MR. EDELMAN:**  Your Honor, Scott Edelman from

12    Milbank, for the defendants.

13          **MS. MOSS:**  Your Honor, this is Meredith Moss,

14    associate counsel for Deloitte.

15          **THE COURT:**  I'm sorry.  I'm having a hard time

16    understanding you.

17          **MS. MOSS:**  Let me try it again.  This is

18    Meredith Moss and I'm associate general counsel from

19    Deloitte.

20          **THE COURT:**  All right.  Thank you.

21          Anyone else on the video conference?

22        (There was no response.)

23          **THE COURT:**  All right.  As I said, a motion to

24    dismiss was filed by Deloitte on July the 2nd.  IBEW filed

25    a response in opposition on September the 18th.  And then

1   there was a reply by Deloitte on October the 19th.  So at

2   this time I'm going to hear from Deloitte on your motion

3   to dismiss.

4            **THE COURT REPORTER:**  That's going to have to go

5   away.

6            **THE COURT:**  Somebody -- there is a noise of some

7   sort.  I don't know what it is.  I hope everybody is

8   muted.

9        (Audio interference.)

10           **THE COURT:**  We have an echo.  Something's wrong.

11  Is everybody muted?

12           **MR. EDELMAN:**  It's Mr. Edelman.  Okay.

13           **THE COURT:**  Okay.

14           **MR. EDELMAN:**  Your Honor, may it please the

15  Court?  Plaintiff's complaint contains extensive detail

16  about the alleged fraud perpetrated by SCANA and its

17  officers.  In contrast, the allegations against Deloitte

18  are comparatively sparse.  And similarly, in their

19  opposition brief, plaintiff's cited extensively to this

20  Court's decision on the motion to dismiss for the case

21  against SCANA.  But, Your Honor, pleading a case against

22  SCANA is a very different matter than pleading a case

23  against SCANA's auditors.  The standard for suing an

24  auditor for securities fraud is completely different than

25  the standard that applies in a case against SCANA and its

1    officers.

2              And Your Honor, there are many, many cases where

3    plaintiffs are permitted to proceed with securities fraud

4    claims against a company and its management, but those

5    same plaintiffs are barred from suing the company's

6    auditors.  We cited a bunch of those cases in our brief.

7    We have a slide presentation, Your Honor, that we sent

8    over to you and the plaintiffs earlier.  And I've got it

9    on a screen.  I don't know if Your Honor has it or not?

10             **THE COURT:**  I do have it.  Thank you.

11             **MR. EDELMAN:**  Okay.  So, Your Honor, the first

12   substantive slide, I think it's just an example of

13   those -- of cases like that, including the Fourth

14   Circuit's decision in Public Employee's Retirement

15   Association of Colorado.  There, there was a $1.1 billion

16   settlement against a company and its insiders.  And then

17   much like this case, there was a motion to dismiss made by

18   the auditors and it was dismissed and the Fourth Circuit

19   affirmed the dismissal.  And we provided other examples

20   just to show that these are very different standards and

21   different cases.

22             Now, Your Honor, in this case, in the SCANA

23   class action, the one against the company that has been

24   settled, there was very experienced class counsel

25   appointed to represent the very same shareholders that

1    would be suing Deloitte here.  That class counsel reviewed

2    all of the evidence and made a conscious decision to sue

3    SCANA and its officers and not to sue Deloitte.

4            The centerpiece of those plaintiffs' case had a

5    substantial focus of Your Honor's decision in that SCANA

6    case -- and I thought about bringing the transcript of

7    oral argument.  And the central focus of the argument

8    transcript was plaintiffs' well-pleaded allegations

9    against SCANA and its officers that SCANA had received,

10   reviewed, and hidden from everybody the Bechtel Report in

11   order to perpetrate a securities fraud.

12           The theory that's being pursued here against

13   Deloitte on behalf of this purported class is completely

14   at odds with that theory.  Now, here's an example of

15   what -- what the plaintiffs in the prior class action said

16   at oral argument when they were pursuing the case against

17   SCANA.  They said that is a misleading statement when the

18   Bechtel Reports were sitting there, were sitting there now

19   at this point in time hidden in some lawyer's desk because

20   they had slapped an attorney/client privilege over it and

21   decided not to disclose it to anyone.  But they knew it

22   was there and they knew that it should have been

23   disclosed.

24           So we have a case in -- a SCANA case where there

25   were well-pleaded allegations that SCANA and its officers

1    possessed this report.  And then the plaintiffs went

2    further and they said they shrouded in attorney/client

3    privilege and they hid it from --

4         (Audio interference.)

5         Your Honor, as I will demonstrate in a few

6    minutes, the best inference to be drawn from the Deloitte

7    complaint is that Deloitte was on the outside of the SCANA

8    fraud, not on the inside of the SCANA fraud.  And that's

9    why this complaint should be dismissed.

10        I'm going to focus mostly on the scienter

11   arguments in our briefs because we believe that is the

12   easiest and clearest path to dismissal.  But before

13   getting to the scienter arguments, I want to start by

14   providing the Court with some context.  Because, again,

15   with respect to the statements at issue themselves, this

16   case is very different than the case against SCANA.

17        So, first, the fraudulent statements alleged are

18   different.  I'm going to show you in a little while that

19   in the SCANA class action, Your Honor attached an Exhibit

20   A to the decision that cataloged 99 different alleged

21   false statements.  Because SCANA and its officers were on

22   a routine basis making representations about the schedule

23   for this project.  In contrast, in this case, because it's

24   a Section 10(b) case and under Section 10(b) you can only

25   be sued for your own statements, not for somebody else's

1    statements.

2         The statements involving Deloitte are

3    essentially two.  One, its audit opinion, which is an

4    opinion that they issued about SCANA's financial

5    statements saying that it had conducted an audit and

6    believed based on the audit that the financial statements

7    represented fairly in material respects SCANA's financial

8    position.  And second, another opinion about whether SCANA

9    had effective internal controls over financial reporting.

10   So those are the statements at issue.

11        (Audio interference.)

12        The -- that takes us to, well, so they made a

13   statement where they said it's our opinion after our audit

14   that the financial statements are fair in all material

15   respects.  The plaintiffs are alleging that the financial

16   statements had false statements in them.  So the case

17   against Deloitte has to be, one, that there were false

18   statements in the financial statement -- not in the

19   statements to the PSC made by SCANA and not in the other

20   disclosures and a prospectus, not in all the other

21   statements that comprise the 99.  They have to first

22   establish that they were closers to the financial

23   statement and then establish that Deloitte's statement

24   about its audit about those statements was false.

25        Now, if we look at the actual statements in the

1    financial statement that relate to the nuclear schedule

2    that is at the heart of plaintiff's pleading, they

3    basically boil down to three.  And we have them on the

4    slide that has at the bottom right marked No. 5, Page 5

5    I'm going to call it.  And the three statements were,

6    first, the financial statements summarized SCANA's new

7    agreements -- and I'm using the 2016 Form 10-K that was

8    issued in 2017 here as an example.  They showed SCANA's

9    new agreements with its contractors.  Well, those

10   agreements aren't in dispute.  They were factual matters.

11   They show -- we're having a technical issue.  Just a

12   moment.  Our PowerPoint is not sharing.  There we go.  Can

13   everybody see it again?

14             **THE COURT:**  Yes.

15             **MR. EDELMAN:**  Okay.  Thank you, Your Honor.  My

16   apologies.

17             So second, there was disclosure about new

18   completion dates that had been established for the

19   project.  Those were the completion dates, that was a

20   factual matter.

21             And then third, and this is the language that

22   the plaintiffs focus on most.  There's language that said

23   in the financial statement, and this is what Deloitte was

24   auditing, based on current tax law and the contractual

25   guaranteed substantial completion dates and the recently

1    revised forecasted dates of completion.  And we'll come

2    back to this, Your Honor, because this is a key point.

3    This schedule was constantly being moved back by the

4    defendants to reflect delays that everybody was aware of.

5    And it says based on those completion dates and tax law,

6    both new units would be operational and would qualify for

7    the nuclear production tax credits.  But then it goes on

8    to say, however, any further delays in the schedule or

9    changes in tax law could adversely impact these

10   conclusions.

11           So just to be clear, these are the statements in

12   the financial statement that Deloitte was giving its audit

13   opinion about.  And it's as to that that the plaintiffs

14   are alleging there was a fraud.

15           So this is a very different case than what we

16   had in SCANA.  We pulled up some excerpts from the 99

17   statements that were attached to the motion to dismiss as

18   Exhibit A.  And these are examples of statements made to

19   the PSC where they said the first plant is more than a

20   year ahead of schedule.  The second plant is a little bit

21   less than six months ahead of that.  There were specific

22   statements made by the company and its officers about when

23   they would complete the construction.

24           So again, very different in terms of what the

25   statements are at issue.  The plaintiffs are trying to

1    portray the statement in the financial statement about

2    substantial completement as some sort of guarantee that

3    Deloitte was auditing and approving with respect to the

4    completion of the nuclear plants.  But it clearly was not

5    a guarantee, it was just an assumption.  And it was an

6    assumption that was being qualified that any further

7    delays could adversely impact that -- these conclusions.

8          And then -- and to provide further context, Your

9    Honor, about the lack of guarantee and how it would be

10   completely unfair to say that Deloitte was issuing an

11   audit opinion vouching for that these will definitely be

12   met, there was other disclosure in the 10-K where it was

13   specifically stated by SCANA that -- this is a quote from

14   the 10-K that we cited in our brief.  There remains

15   substantial uncertainty as to Westinghouse's ability to

16   meet these dates given its historic inability to meet

17   forecasted productivity and work force efficiency levels.

18   So that's some context for what this case is about, what

19   the alleged misstatements are.

20         But at this point, as I forecast, I want to turn

21   to the scienter issue.  Because, again, Deloitte believes

22   that's the easiest way for the Court to resolve this

23   motion.  And we're going to in a few moments show that

24   there are no facts in this complaint to support any

25   inference that Deloitte possessed the Bechtel Report prior

1    to issuing its audit opinion.

2           The complaint makes clear that Deloitte was not

3    the party that was making allegedly false representations

4    to the regulators.  The complaint makes clear that

5    Deloitte was being provided the same information by SCANA

6    that SCANA was providing to the regulators.  And the

7    complaint makes clear that the information that SCANA

8    provided to those regulatory experts, what's convincing to

9    those regulatory experts, and it offers no reason why that

10   same information should not also have been convincing to

11   Deloitte.  So I want to go now to the legal framework for

12   evaluating a claim of scienter in this case, which is

13   brought pursuant to the federal securities laws.

14          The PSLRA specifically requires -- it has a

15   heightened pleading standard for these types of cases,

16   because in 1995 congress wanted to make sure that only

17   cases with real merit with hard facts go into discovery.

18   And the PSLRA provides that the complaint shall with

19   respect to each act or omission alleged to violate this

20   chapter state with particularity facts giving rise to a

21   strong inference that the defendant acted with the

22   required state of mind.

23          Your Honor, the Supreme Court in the Tellabs

24   case, has had occasion to explain what that means.  And

25   what it means, and we cite it here, is that the inference

1    of scienter has to be more than merely reasonable or

2    permissible.  It has to be cogent and compelling.

3    Essentially, it's got to be at least as compelling as any

4    opposing inference one could draw from the facts that are

5    alleged.

6         Your Honor, in the Public Employees' case, the

7    Fourth Circuit case that I cited a little while ago, the

8    Fourth Circuit had the occasion to consider the standard

9    in the context of the case against an auditor.  And it

10   explained that scienter can be shown by facts that show

11   intentional misconduct, which would mean that Deloitte

12   actually co -- conspired to participate in this fraud or

13   reckless conduct, conduct so highly unreasonable and such

14   an extreme departure from the standard of ordinary care as

15   to present a danger of misleading the plaintiff to the

16   extent that the danger was either known to the defendant

17   or so obvious that the defendant must have been aware of

18   it.  And importantly, the Fourth Circuit made the point

19   that a showing of mere negligence is not sufficient.  So

20   if plaintiffs allege facts, even if the facts were to show

21   that negligence was one of the most cogent explanations or

22   inferences to be drawn, this case has to get dismissed.

23        Tellabs and Public Employees' instruct the Court

24   to use its common sense when looking at allegations and to

25   ask the question, is one of the most compelling

1    explanations for what happened here that Deloitte was an

2    active participant or was so reckless that it conducted no

3    audit at all?  And in the Fourth Circuit case the Fourth

4    Circuit actually endorsed the no audit at all standard

5    that had been adopted by Judge Sprizzo in the Southern

6    District of New York in an earlier case.  The Fourth

7    Circuit said to be reckless you've got to show no audit at

8    all.

9         So here the complaint alleges -- and we would

10   submit that just if you pick up from a high level here,

11   the complaint alleges that SCANA and its officers were

12   engaged in a fraud on investors where they were trying to

13   hide the truth about the nuclear construction schedule.

14   It alleges that SCANA convinced the regulatory experts at

15   the PSC that the construction schedules were prudent when

16   SCANA knew them to be unachievable.

17        And one of the questions that has to be asked

18   under Tellabs is, accepting those facts, why would SCANA

19   and its officers provide information to Deloitte in the

20   course of an audit that would expose the fraud?

21        The SCANA plaintiffs allege that SCANA and the

22   insiders had a motive to commit fraud.  They were getting

23   an extra half a billion dollars for repairs based on the

24   schedule that they were representing to be achievable.

25   What motive is offered for a national accounting firm like

1    Deloitte to go rogue and assist in a fraud about the

2    completion of construction of nuclear projects?  None at

3    all.  There are no payments or special benefits or other

4    evidence pleaded for Deloitte to go rogue and participate

5    in a fraud for reckless behavior to protect SCANA.  And

6    there are no facts alleged for why SCANA would be sharing

7    the truth with Deloitte.

8          So, Your Honor, Deloitte vigorously contests any

9    claim that it did anything wrong at all.  Deloitte was not

10   negligent.  But, again, under Tellabs and Public

11   Employees, even if plaintiff put forth facts to show that

12   Deloitte might have been negligent, negligence is not

13   securities fraud.  So if negligence -- and we don't think

14   you should find this.  But if you think negligence is the

15   most cogent explanation based on the facts in this

16   complaint, this case has to be dismissed because

17   negligence is not enough.

18         Now, Your Honor, it's our position that this

19   case turns on the adequacy of the allegations with respect

20   to the Bechtel Report.  And we have a couple of slides

21   that outline that argument.  Because it -- the statute of

22   limitations argument and the scienter argument fit

23   together here to make this point.  So if you look at the

24   slide that's labeled Page 10, it first makes the point

25   that under the federal securities laws, a claim of

1    securities fraud has to be brought not later than the

2    earlier of two years after the discovery of the facts

3    constituting of the violation, or five years.  So what

4    that means here is that for plaintiffs to have a claim,

5    they need to both show evidence of scienter, allegations

6    of scienter, and they have to show that they didn't have

7    that information more than two years before they filed

8    their complaint.

9          Now, we showed in our moving brief, and

10   plaintiffs did not disagree in their answering brief,

11   although we have a demonstrative that suggests they make a

12   little different argument here today and I'll address

13   that.  But in our moving brief we made the point that all

14   the scienter facts other than Deloitte's supposed

15   knowledge of the Bechtel Report were publicly available

16   more than two years before plaintiff filed their

17   complaint.

18         And if we turn to the next slide, in the

19   highlighted language on the right we have a quote from

20   their opposition.  Plaintiffs said here, The statute of

21   limitations only began to run when Deloitte's knowledge of

22   the Bechtel Report, and therefore scienter, became

23   publicly known in October 2018.

24         So the plaintiffs are caught on the horns of a

25   dilemma and they solved it with this explanation in the

1    answering brief.  If the facts that were known to the

2    class plaintiffs in the SCANA case were sufficient to sue

3    Deloitte, then plaintiffs were on notice of their claim

4    more than two years before.  And that would mean the claim

5    has to be dismissed on statute of limitations grounds.

6              So they actually have to argue that the facts

7    that were in the SCANA complaint are insufficient to plead

8    a case against Deloitte.  And the way they solve that in

9    their brief was with this sentence.  Well, the statute of

10   limitations only began to run when Deloitte's knowledge of

11   the Bechtel Report, and therefore scienter, became

12   publicly known in October 2018.

13             So we focused our reply brief, and I was

14   prepared to focus here today, on the Bechtel allegations.

15   And I will show you that the Bechtel allegations are not

16   well pleaded allegations.  That when you look just

17   underneath the surface of the bold claims, which we're

18   required to do on a motion to dismiss, that it's clear

19   that there is no support for the notion that Bechtel

20   had -- that Deloitte had a copy of that Bechtel Report

21   prior to issuing its audit opinions.

22             I'm going to -- after I go through the Bechtel

23   Report, I'm going to walk through the demonstrative that

24   defendants are planning to use with you because they are

25   now pointing to some other facts that the plaintiffs are

1    planning to use.  They are now planning to point to some

2    other facts, and I'll walk through those facts as well.

3    But this was the position they took in their brief.

4            Before I get to the specifics on the Deloitte

5    report, I wanted to point out to Your Honor the Cozzarelli

6    v. Inspire Pharmaceuticals case from the Fourth Circuit,

7    2008.  This is a case where plaintiffs made allegations

8    based on analyst reports.  And the defendants went to the

9    analyst reports and they said, well, the analyst reports

10   are inconsistent with your allegations so the case has to

11   be dismissed.  And the plaintiff said, well, you just have

12   to -- Court, you just have to listen to our allegations,

13   you shouldn't look at the underlying documents.  And the

14   Fourth Circuit rejected that.  The Fourth Circuit said in

15   the second sentence that they pulled out, rather, we must

16   examine the facts as a whole, including facts found in

17   documents incorporated into the complaint by reference.

18   So it's not enough for them just to say, well, Deloitte

19   had the Bechtel Report.  They need to allege facts.  And

20   we have to look at the facts and see if they support the

21   proposition.  And here, Your Honor, they just don't.

22           So the centerpiece of their supposed allegation

23   that Deloitte was aware of the Bechtel Report was

24   testimony from a man named Jimmy Addison who was a

25   financial officer at SCANA and one of the defendants in

1    the prior case that was the subject of your motion to

2    dismiss.

3           And when you look at Mr. Addison's testimony,

4    what he said was that Deloitte had gone back with their

5    local team and their national team and reviewed all the

6    disclosures -- this is the key language -- at the point in

7    time that they were made and read the Bechtel Report and

8    they didn't see any gaps in the disclosure again at the

9    time they were made.  This testimony, which they did cite,

10   was clearly on its face referring to an after-the-fact

11   review of the testimony to see if something needed to be

12   changed based on the new information, the Bechtel Report

13   that had been provided to Deloitte.

14          The second red block on the -- Page 97 of that

15   transcript he was asked, When did they tell you that?  And

16   he said, I don't know specifically when, sometime,

17   obviously, post-abandonment.  Further evidence that this

18   is testimony about something that happened after the audit

19   opinions at issue.

20          But, Your Honor, it gets even better for our

21   claim because it turns out that there was testimony that

22   they didn't cite in the complaint that makes it crystal

23   clear on page -- on Slide 15, I'm skipping ahead.  It

24   makes it crystal clear that Mr. Addison was not saying

25   that Deloitte became aware of the results of the Bechtel

1    assessment back prior to issuing its audit opinion.  He

2    was asked, Do you know where Deloitte -- when Deloitte

3    became aware of the results of the Bechtel assessment?

4    Answer, I do not know the answer to that.

5         They didn't cite that in their complaint.  And

6    when we cited it in our answering brief, then when we

7    cited it in our moving papers they didn't respond to that

8    or even address it in the answering brief.  So the Addison

9    testimony, the centerpiece of their allegation, it doesn't

10   support it at all.  It actually suggests just the

11   contrary, that Deloitte went back and looked at it after

12   the fact.  So that was the first prong of why they say

13   that there's an inference that Deloitte had this at the

14   time.

15        The second is something that we'll call the Swan

16   email.  And the Swan email was an email, again, from a

17   financial officer within SCANA who wrote that he was the

18   controller at SCANA.  And in September of 2015, he wrote

19   an email saying Deloitte may want to require disclosure of

20   the fact of the Bechtel engagement if Santee Cooper

21   decides to disclose it.  And they cite this as evidence in

22   their complaint that, well, this shows that Deloitte had

23   the Bechtel Report.

24        Three problems with that logic, Your Honor.

25   First, this email is dated September 21st, 2015.  Their

1    own allegations show that the Bechtel Report didn't even

2    exist until October 13, 2015, in its first draft.  So

3    there's no way that this can be read, as they ask you to,

4    to say that this is proof that Deloitte had a copy of the

5    report.

6           The second problem with the allegation is this

7    email actually shows that Deloitte was doing its job.  The

8    internal SCANA email discusses the possibility that

9    Deloitte might press SCANA to disclose the Bechtel

10   engagement.  It certainly doesn't suggest in any way that

11   Deloitte is in on a fraud with SCANA.

12          The third problem is there's no allegation that

13   Santee Cooper ended up mentioning the Bechtel Report at

14   this point in time.  So where he's saying, well, if Santee

15   Cooper mentions it, they may want us to mention it, too.

16   First of all, that was just speculation.  But second, the

17   factual predicate that may cause them to want to disclose

18   it, there's no allegation it happened.

19          So, Your Honor, those are the two pieces of

20   evidence supporting a claim that Deloitte was given a copy

21   of the Bechtel Report.  The Addison testimony, which

22   indicates just the opposite, and the Swan email, which

23   cannot possibly be read to say that Deloitte had a copy of

24   the report.  Put simply, there's no evidence at all that

25   Deloitte had the Bechtel Report when it issued its

1    opinions.

2          So the fact that was the linchpin of the

3    plaintiff's arguments against SCANA and the officers, and

4    I would say the linchpin of Your Honor's decision denying

5    the motion to dismiss in that case, it just doesn't exist

6    in this case when you parse the evidence.

7          Now, Your Honor, the parties exchanged

8    demonstratives about -- about an hour before the argument.

9    And when we exchanged demonstratives, I've now -- I'm

10   going to show my technological -- I'm going to get

11   technological help actually.  When we exchanged

12   demonstratives, plaintiffs provided us with a chart that

13   shows other facts that they learned within the two years

14   before the complaint was filed, which, Your Honor, I

15   firmly expect is going to be a retreat from that sentence

16   that we cited on Page 50.

17         Page 50 they said, you know, this is going to

18   rise and fall on when we knew about the scienter, when we

19   knew about the Bechtel Report.  I think we did a very good

20   job in our reply brief of showing what I just walked

21   through.

22         And so now it appears that plaintiffs are going

23   to focus on some other facts to try to argue that scienter

24   was known with something that was after the two-year

25   period.  And it falls -- it appears to fall into three

1    categories.  So I'd like to respond to those now.

2           The first is the plaintiffs say that there

3    were -- they allege that Deloitte did something called

4    special audits and that the special audits are additional

5    evidence of scienter.  And they said they didn't know

6    about the special audits until within the two-year period.

7           Do we have prints of --

8           So, Your Honor, I do think I have a slide that

9    is not in the packet that we provided to Your Honor

10   because we didn't expect to have to use this.  But it's on

11   the monitor.  And it's a -- this is the allegation from

12   their complaint that they make about the special audits.

13   And what they say about the special audits in the

14   complaint is that Deloitte was auditing the costs of the

15   nuclear project to make sure that they were all accurate

16   and properly charged to the nuclear project.  And

17   plaintiffs then say, ah, well, if you were doing the

18   special audits, Deloitte, you would have seen there were

19   cost overruns and schedule delays and that's our evidence

20   of scienter.

21          The problem with this argument is that everybody

22   knew there were cost overruns and schedule delays.  In

23   fact, Your Honor, by the second 10-K that we audited, not

24   only did everybody know there were cost overruns and

25   schedule delays, everybody knew that the schedule for

1    construction had been delayed twice, not once but twice,

2    with the PSC's approval because of cost overruns and

3    schedule delays.  First, the company disclosed in

4    September 2015 that the June 2019 and June 2020 completion

5    schedule needed an 18-month contingency.  Then in

6    October 2015, the company pushed back the schedule.  And

7    then in the 2017 10-K, the company pushed the completion

8    back dates -- dates back to April 2020 and December 2020.

9         So for them to say, well, you did a special

10   audit to make sure the costs of this nuclear project were

11   accurately spent and accurately allocated.  And while you

12   were doing that you saw there were delays and you saw

13   there were cost overruns.  That's evidence that, hey, you

14   were in on the fraud.  That doesn't make any sense because

15   everybody knew that.  And everybody knew there were

16   absolutely delays in the schedule.  So that's the first

17   prong of their additional efforts.

18        The second argument that they make is that there

19   were regulatory concerns regarding SCANA's ability to

20   complete the nuclear project in time.  One, they go back

21   to that Swan email, which is dated in September of 2015.

22   And another is a letter from the regulators sent to SCANA

23   on June 30, 2016.  And they say, well, we didn't know

24   about these two particular documents until we got within

25   the two-year period.  So, aha, these are now going to be

1   our evidence of scienter, and they're within the two

2   years.

3           But the problem with this is, first, Your Honor,

4   these regulatory-concerned facts were all over the prior

5   complaint.  They knew all sorts of facts just like this

6   more than two years before.

7           The second problem is the fact that the

8   regulators had a regulatory concern on June 30, 2016.

9   That doesn't show scienter for Deloitte because in

10  November of 2016 the PSC approved a revised schedule.

11  It's -- this is alleged in Paragraph 157 of their

12  complaint that the PSC approved a revised schedule and

13  found that any delay did not result from any imprudency.

14  So they're saying, well, Deloitte, you knew about a

15  concern that was expressed in June 2016, and that shows

16  you were in on the fraud.  But they leave out the fact

17  that the issue that was raised by the regulators was

18  satisfactorily resolved by five months later and Deloitte

19  knew that, too.

20          So one, these aren't new facts.  They don't get

21  around the statute of limitations.  And two, they don't

22  show scienter.

23          And the third set of allegations is -- the

24  plaintiffs refer to allegations that they made at

25  Paragraphs 422 to 427 of their complaint about a

1    particular employee named -- they say Charlotte, Charlotte

2    Walker in the demonstrative, but I think they mean

3    Carlette Walker.  And Carlette Walker had -- at one point

4    they allege had left a voice mail for Santee Cooper in

5    which she made allegations about the project.  And they

6    say in their allegations, Deloitte should have spoken to

7    Santee Cooper -- not to Santee Cooper, I'm sorry, to

8    Carlette Walker.

9            Well, first of all, you hear that.  They're

10   basically alleging negligence.  Second off, they don't

11   allege -- they don't have any facts to say that Deloitte

12   didn't talk to Carlette Walker.  What you would expect if

13   plaintiffs are alleging on a confidential informant in a

14   case like this to establish that this person was telling

15   Deloitte that there was all this bad stuff, that there was

16   a fraud.  What's common in these cases is for plaintiff to

17   allege to go out to speak to the person and allege facts

18   that that person actually communicated something to

19   Deloitte.  That's not what happened here.

20           All they've said is Ms. Walker made some bad

21   comments to somebody else and Deloitte should have spoken

22   to her.  They don't allege that they know if we did speak

23   to her.  And they also leave out the point that we made in

24   our reply brief that Ms. Walker in 2015 had testified

25   before the PSC.  And we went at this on Page 11, Note 4 of

1    our reply brief and we cite to that publicly available

2    testimony.  Ms. Walker had said that she was comfortable,

3    although there were delays, they were being dealt with.

4            And the last point here is, and they actually I

5    think are going to show you a footnote -- an email about

6    Ms. Walker, which I'm trying to pull up.  Okay.  My

7    technological ability is getting ahead of me, Your Honor.

8    But there's an email that they're going to show you where

9    somebody at Deloitte was talking about Carlette.  And

10   Mr. Addison said to the Deloitte audit partner about

11   Carlette, Carlette is out.  This is about somebody else.

12   She is aware Carlette is out and also aware of her general

13   disagreement.  So they say, well, the board knew that

14   Carlette generally disagreed about something, and

15   therefore they should have spoken to her.  And if they had

16   spoken to her, she would have disclosed everything about

17   the fraud.

18           Your Honor, this is total speculation.  There's

19   no evidence that we didn't speak to Carlette.  There's no

20   evidence of what Carlette would have said.  And they also

21   leave out that even if Carlette had said I think the

22   schedule is going to be -- need to be delayed further, it

23   was delayed further.  The company went to the PSC after

24   the date of this email and significantly moved the

25   schedule back.  So even if Ms. Walker was disagreeing with

1    the schedule they had in place at the time, we know from

2    what happened that the schedule was moved back.

3           Your Honor, so for all those reasons I've tried

4    to address the arguments that were made in the brief.

5    I've tried to address the arguments that I suspect from

6    the demonstrative, the new arguments that are going to be

7    made.

8           This is not a case where there are facts that

9    establish a level of scienter against Deloitte.  That

10   would require -- that would require that they show facts

11   that Deloitte had gone rogue or done no audit at all.  And

12   that just -- that's completely contrary to the allegations

13   of this complaint.  I mean, even this email shows Deloitte

14   was talking to people.  And they themselves allege that

15   there were special audits of the costs.  So there's no

16   allegation.  And the best inference is that SCANA and its

17   officers would have wanted to keep that attorney/client

18   privilege around that Bechtel Report and keep it away from

19   Deloitte, not let them in on the alleged fraud that they

20   were committing.

21          Your Honor, there's one other area, with your

22   indulgence, that I'd like to raise.  And I want to say

23   we -- we think with great conviction that this case should

24   be dismissed in its entirety on the basis of the scienter

25   issues.  So I'm now going to move to another area, and I

1    don't want in any way to detract from the fact that we

2    think this case should be dismissed.

3           But if we turn out to be wrong, and we would

4    respectfully disagree, Your Honor, but if we turn out to

5    be wrong, there is a major loss causation issue that we

6    would like to address.  And that is that, again, in

7    evaluating the loss causation allegations in this

8    complaint, one has to keep in mind what the claims against

9    Deloitte are as opposed to the claims that were asserted

10   against SCANA.  Because as I've shown, the only claim

11   against Deloitte relates to its audit opinion about a

12   financial statement that talks about the schedule for

13   completion and whether the projects will get done by that

14   agreed schedule.  That's the only real actionable

15   statement.

16          So we think we've demonstrated there's no basis

17   for a claim on that issue.  But even if a claim were to go

18   forward, plaintiffs should only be able to sue Deloitte

19   for losses that investors incurred when the truth about

20   the construction schedule became known to investors.  And

21   what I mean by that, Your Honor, is if they are saying,

22   well, Deloitte, you made a false statement about the

23   construction schedule, and you were in on that fraud, and

24   that statement gets corrected, then any losses that

25   happen, any further declines in the stock price after the

1    date it gets corrected are not recoverable.  And here,

2    plaintiffs themselves -- I'm on Slide 17 now of our slide

3    deck.  Plaintiffs themselves allege that on July 27th,

4    2017, it was disclosed to the market that that schedule

5    would not be met and it would not be able to get the tax

6    credits.

7         So as of July 27, 2017, the statement that

8    they're alleging falsity as to Deloitte had been correct.

9    But plaintiff's complaint ignores the differences between

10   the complaint against Deloitte as compared to the

11   complaint against SCANA.

12        And as you'll see from the next slide, they

13   allege that all sorts of additional bad news that came out

14   from SCANA after it was already known that the

15   construction schedule wouldn't be met, there was bad news

16   on August 2, August 4, August 9, August 10, September 7th,

17   all the way up to December 31 and the stock price kept

18   coming down and down and down and down.  Well, those are

19   not declines that can possibly be alleged to have been

20   caused by the statement that they are suing Deloitte for.

21        We cite to an example of a case from the Fourth

22   Circuit, the Penn National Gaming case.  Corrective

23   disclosures -- this is on Slide 19 -- must prevent --

24   present facts to the market that are new; that is,

25   publicly revealed for the first time, because if investors

1    already know the truth, false statements won't affect the

2    price.  So -- and we cite a bunch of other cases for that

3    proposition in our brief.

4            So, Your Honor, again, we feel very strongly

5    that this case should not proceed against Deloitte, that

6    this is precisely the type of case that the public -- that

7    the PSLRA was enacted to avoid based on the heightened

8    scienter standard.  However, if the case did proceed, Your

9    Honor, all of the stock price declines after July 27th,

10   2017, should be out of the case.

11           And with that, Your Honor, I have nothing

12   further.  But I'd be happy to take questions from Your

13   Honor.

14           **THE COURT:**  Okay.  I just have a few questions.

15   One of the allegations that IBEW makes is that Deloitte

16   was required to obtain sufficient understanding of SCANA,

17   its environment and its internal controls over financial

18   reporting, including the relevant industry, the regulatory

19   and other external factors affecting SCANA, the nature of

20   the company, including its structure, and the company's

21   objectives and strategies.  Would you agree with that?

22           **MR. EDELMAN:**  Your Honor, if -- I can't say I

23   agree with every word.  But, broadly speaking, an auditor

24   does have responsibility to familiarize themselves with

25   the business that they're auditing.  And we absolutely are

1    very confident that Deloitte discharged its

2    responsibilities in that regard.

3         **THE COURT:**  So IBEW is alleging that the audits

4    were not conducted in accordance with the applicable

5    standards and basically amounted to no audit at all.

6    Specifically, what does Deloitte -- what kind of inquiry

7    does Deloitte make, and what do you look at when you do

8    this type of audit?

9         **MR. EDELMAN:**  Well, Your Honor, we're not

10   permitted on the motion to dismiss to put factual matters

11   before you.  But I can tell you that Deloitte was very

12   familiar with the business here, that Deloitte reviewed --

13   I mean, they themselves allege that Deloitte reviewed the

14   costs that were at issue.  Deloitte was familiar with what

15   was going on in the regulatory process.  And Deloitte was

16   fully aware that the regulators, after taking extensive

17   testimony from officers at the company, had made a

18   prudency determination and had approved the schedules that

19   had been set.  Deloitte was also aware in this case that

20   the company had renegotiated its contracts with the

21   contractor to provide a revised timetable and get an

22   agreement from the contractor that it would be done on a

23   fixed-cost basis.

24        So, I mean, here is -- this is not even remotely

25   a case, when you look at all the allegations where one can

1    say no audit at all.  This is a case where Deloitte was

2    fully familiar, based on the complaint's allegations, with

3    the regulatory process, with the business of SCANA, and

4    knew all of that information.

5         And this -- I would submit, Your Honor, this is

6    a case where plaintiffs are just making boilerplate

7    allegations, which are negligence allegations.  They're

8    saying you had an obligation to follow generally accepted

9    accounting standards.  Yes, we did.  You had a

10   responsibility to conduct an audit in the way an auditor

11   should conduct an audit.  But there are not allegations

12   that -- facts that Deloitte didn't do it that way.  But

13   even if there were, all that would get you to, all that

14   would get you to is a negligence standard.  And negligence

15   is not enough.

16        **THE COURT**:  All right.  For example, IBEW

17   contends that Deloitte had a legal obligation to be

18   cognizant of what was happening at SCANA.  For example,

19   when SCANA elected the fixed-price option, it created the

20   expectation that Westinghouse would be willing and able to

21   pay any costs that exceeded the 7.7 billion fixed price.

22   IBEW's alleging that SCANA and Deloitte knew, or should

23   have known, that the costs would exceed -- well, vastly

24   exceed the fixed price and Westinghouse would be unable to

25   fund excess costs.

1    So, basically, what they're saying is that the

2   audits were not conducted in accordance with applicable

3   standards and amounts to basically no audit at all when

4   they were given a clean audit report.

5    **MR. EDELMAN:**  Your Honor, I understand that's

6   what they're saying.  But what they're not doing is

7   they're not coming forward with facts.  They have an

8   obligation to come forward with facts that show that

9   Deloitte -- and remember, you've got the regulators who

10  have thoroughly investigated this matter, who had

11  concerns, who got comfortable with their concerns and

12  issued prudency determinations and approved a revised

13  schedule.

14    And they're saying, without any facts, they're

15  saying, well, Deloitte should have known, which is a

16  negligence allegation, that Westinghouse wouldn't be able

17  to do this because it was going to cost a lot more.  I

18  mean, first of all, that's very counterintuitive.

19  Westinghouse was a big company.  And why Westinghouse

20  would agree to do something at a fixed price that it

21  thought it couldn't do makes no sense.  But there are no,

22  there are no specific allegations.

23    The centerpiece of their complaint and their

24  answering brief was they said, hey, you had a copy of the

25  Bechtel Report.  But what the allegations actually show is

1    that the Bechtel Report was not known to Deloitte.  And in

2    fact, that Deloitte had every incentive to hide it -- that

3    Bechtel -- SCANA had every incentive to hide that Bechtel

4    Report from Deloitte.

5         THE COURT:  Okay.  One of the arguments you made

6    had to do with motive.  And that there was a failure to

7    plead motive and so therefore there was a lack of

8    scienter.  One of the things that IBEW's alleging is that

9    Deloitte has had a long or prolonged relationship with

10   SCANA and was paid nearly $10 million for its audit work,

11   and a lot of the people that are working in the corporate

12   offices of SCANA were former Deloitte employees.  Could

13   you address that?

14        MR. EDELMAN:  Yes, Your Honor.  You know, one of

15   the things -- one of the things that I did yesterday was I

16   reviewed some of the cases that they cite where complaints

17   have been able to stand against auditors.  And, you know,

18   like the case -- like the MicroStrategy case that they

19   relied on, in a case like that there were allegations that

20   the independence requirement of the auditor had been

21   violated.  I have seen no case, Your Honor, where merely

22   being an auditor for a company for, you know, some period

23   of years and collecting standard audit fees is motive

24   sufficient under the PSLRA to allege that the auditor is

25   engaged in fraud.

1           If that were the case, then any auditor, and
2    there are lots of them, who serves continuously for a
3    client for a large number of years, you can add up their
4    audit fees and you can say, oh, they have a motive to
5    commit fraud.  The cases they rely upon, like the
6    MicroStrategy case or the New Mexico state case, there are
7    cases -- like the New Mexico state case, there's a billion
8    dollars in option awards that had no documentation.  The
9    auditor in that case knew that the compensation committee
10   had -- had approved documents when they had no quorum and
11   they let it go.
12           The MicroStrategy case they specifically talked
13   about, there was the -- a violation of the independence
14   requirement.  The cases do not treat mere long -- length
15   of audit relationship as being the type of facts that give
16   rise to a strong inference of fraud.
17           **THE COURT:**  Okay.  Thank you very much.  I
18   appreciate that.
19           At this time I'll hear from counsel for
20   plaintiff.
21           **MS. POSNER:**  Good afternoon, Your Honor.  Before
22   I address defendant's specific arguments, I think it's
23   important to address what is not in contention at this
24   stage of the litigation.  It's our position that the
25   things that Deloitte has conceded in its brief and again

1    here today are sufficient in and of themselves to survive

2    the motion to dismiss.

3           With regard to scienter, Deloitte does not

4    dispute that it failed to comply with PCAOB standards in

5    conducting its audits.  It also doesn't dispute that

6    pursuant to PCAOB standards it was required to review the

7    category of documents that plaintiffs allege in the

8    complaint made clear that SCANA's financial statements

9    were not in accordance with GAAP and they would not be

10   able to meet the deadline for obtaining the nuclear tax

11   credits.  They don't dispute that the challenged portions

12   of Deloitte's SCANA audits did not involve complex

13   accounting.  They don't dispute that five months before it

14   issued its first clean audit report on SCANA's financial

15   statements as alleged in the complaint that they knew that

16   SCANA had engaged Bechtel, the pre-eminent authority in

17   the space of nuclear power plant construction, that

18   Bechtel was paid a million dollars for its assessment,

19   that Bechtel's work was so material to the company that

20   the company might need to disclose in its SEC filings that

21   it had hired Bechtel -- not even just the report but that

22   it had hired them.  And that the company did not want to

23   disclose the Bechtel engagement to investors.

24          Then, Your Honor, in the first SCANA case, the

25   class action that my counsel -- my opposing counsel was

1    discussing with you earlier, you held that knowledge of

2    the Bechtel engagement, in and of itself, not the report

3    was sufficient to allege defendant's scienter.  The same

4    is true here.

5          Deloitte also doesn't address, and therefore

6    concedes including today during their oral argument, most

7    of the facts that plaintiffs plead which help to establish

8    defendant's scienter.  Instead, what they argued today and

9    in their briefs was that all of those facts are irrelevant

10   because on their own they were insufficient to establish

11   Deloitte's scienter.  But that doesn't mean that they're

12   irrelevant to Deloitte's scienter.  The opposite is

13   actually true.

14         I -- counsel put up the decision from the

15   Supreme Court in Tellabs.  And as we know from the Supreme

16   Court's decision in Tellabs, the Court is obligated to

17   assess all of plaintiff's allegations holistically and

18   together, including those allegations that on their own

19   may not be sufficient to determine whether scienter is

20   sufficiently alleged.

21         And regardless, while Deloitte only focuses

22   primarily on the Bechtel Report, plaintiff pleads numerous

23   facts that only came to light within the two years prior

24   to the filing of the complaint that bears directly on its

25   scienter.  And counsel showed our first slide, so let me

1    see if I can share that.  I'm having trouble sharing here.

2    But if you have Exhibit 1 in front of you, Your Honor.

3        THE COURT:  Whose Exhibit?  Defendant's or

4    Plaintiff's?

5        MS. POSNER:  Plaintiff's please.

6        THE COURT:  Okay.

7        MS. POSNER:  Okay.  So this is a series of

8    pieces of information that did not come out publicly until

9    two years prior to the filing of the complaint.  So even

10   if you were to ignore all of the dozens of pieces of

11   information that Deloitte should have reviewed that are

12   alleged in the complaint prior to the Bechtel Report

13   coming out, which would be inappropriate under Tellabs,

14   there is more than sufficient evidence that was disclosed

15   within the two years prior to the filing of the complaint

16   to establish Deloitte's scienter.

17       In addition to the Bechtel engagement and the

18   Bechtel Report, we learned about the fact that Deloitte

19   had already also been hired to conduct these special

20   audits of the costs associated with the nuclear power

21   plant construction and that they learned through those

22   special audits that the project was significantly behind

23   both in terms of its schedule but also there was very

24   overt costs.

25       And counsel said that what that really meant

1   was, well, everyone knew that they were behind schedule

2   and that they were over cost.  And yes, that is true to a

3   certain extent.  What people didn't know, including the

4   regulators because it was hidden from them, was that the

5   costs were so in excess of budget and that the timeline

6   was so behind schedule that they would not be able to meet

7   the deadline for obtaining the nuclear tax credits.

8          In addition to that, we learned that there were

9   a number of pieces of regulatory correspondence to SCANA

10  where they specifically raised issues about the company's

11  ability to meet the deadline.  And while it is, of course,

12  true, that they ultimately did approve one scheduled

13  extension after this information came to light, Deloitte

14  has an obligation to confirm what the -- confirm the

15  information that is being provided to regulators, and

16  therefore to investors, and ensure that it is accurate.

17  It can't just take the word of what management says to

18  regulators.  It has an obligation to express skepticism.

19  And it is abundantly clear from the internal documents

20  that they would not be able to meet that schedule, even

21  the extended schedule.

22          THE COURT:  Let me ask you a quick question.

23          MS. POSNER:  Please.

24          THE COURT:  Why is it important that they be

25  able to meet the -- why is that significant that they be

1    able to meet the tax credit deadline, when I think

2    Deloitte argues that that cost was going to be passed on

3    to the consumer?

4         MS. POSNER:  Yeah, honestly that was a bit of a

5    baffling point from defendant's briefs.  It's clear, not

6    only from Your Honor's order in SCANA 1 but also from the

7    way revenue was recognized at this company, that obtaining

8    the tax credits and the ability to obtain the tax credits

9    was absolutely essential to investors.  If they were going

10   to not meet that deadline, the ORS and PSC were not going

11   to approve additional cost increases under the PSLRA.  And

12   if they didn't obtain those cost increases or rate

13   increases, they would have no revenue.  So these were

14   absolutely critical to the company.  The market understood

15   that.  Analysts discussed regularly whether the company

16   was going to be able to obtain the nuclear tax credits.

17   They knew that the company had, quote, bet the family farm

18   on obtaining those tax credits.  And if they weren't going

19   to be able to obtain them, this company was going to go

20   bankrupt.

21        In addition to the regulatory concerns that we

22   have since learned about, we also learned about Carlette

23   Walker's claim that SCANA was committing fraud.  And we

24   didn't address this in our opposing brief because

25   defendants didn't raise it in their motion to dismiss.

1    But in their reply, they claimed that they didn't know

2    anything about what Carlette was complaining about.

3           And if you take a look at Exhibit 3, you see an

4    email chain, this is from February of 2016.  And we know

5    from Carlette's testimony and other information that she

6    left the voice mail alleging that SCANA was committing

7    fraud sometime in the first half of 2016.  This email is

8    sent in February of 2016.  It starts with an email from

9    Eileen Little who is the audit engagement partner for

10   Deloitte at the time, and she's writing to Jimmy Addison,

11   the CFO.  And she is asking Jimmy if this woman that she's

12   meeting with, a third party, is in aware -- in the loop on

13   the NND matters, NND meaning the new nuclear development

14   project, or the nuclear project.  And Jimmy responds to

15   her that this woman is aware that Carlette is out and is

16   also aware of her general disagreement with the company.

17   And what he doesn't know is if she's been fully briefed by

18   Kevin -- and I assume that's Kevin Marsh.

19          So Eileen doesn't ask, oh, what are you talking

20   about?  What is the general disagreement?  What do I --

21   what it means to be briefed by Kevin Marsh.  She clearly

22   knows from this email that Carlette has real problems with

23   the company and has disagreements and is out as a result

24   of it but does nothing to disclose to investors that one

25   of the primary people overseeing this project thought

1    there were major issues with their project.

2            So in addition so these facts, defendants also

3    don't challenge materiality.  They concede materiality.

4            With regard to loss causation, they concede that

5    the alleged disclosures provided relevant information

6    regarding the nuclear project fraud or its concealed risks

7    and that SCANA stock rates dropped in response to each of

8    this -- these disclosures.  Again, this is unsurprising

9    due to that this Court held that the very same disclosures

10   were material (indiscernible) risk hidden by SCANA's false

11   and misleading statements regarding the timeline for

12   obtaining the nuclear project credits in SCANA 1.  These

13   concessions alone, in my opinion, are sufficient to

14   survive the motion to dismiss.

15           But there is significantly more alleged here

16   that is in contention.  My counsel -- opposing counsel

17   discussed with you the standard for holding an auditor

18   liable.  It is certainly the case that it is a tough

19   standard, which is why until it became clear that the

20   Bechtel Report had been obtained by Deloitte that they

21   were not sued.  And that, again, doesn't mean that

22   information that they had available to them prior to that

23   is irrelevant to their scienter, but that until that piece

24   of information was known, it was unlikely to survive a

25   motion to dismiss.  And under the Supreme Court's decision

1    in Merck, that is sufficient to prevent the beginning of

2    the statute of limitations.

3        With regard to the standard for proving scienter

4    against an auditor, Courts both in this circuit and

5    throughout the country, including in the cases cited by

6    Deloitte in its papers, uniformly hold that red flags

7    coupled with GAAS and PCAOB violations are sufficient to

8    plead scienter against an auditor.  When they say no audit

9    at all, they don't literally mean you didn't do a single

10   thing.  It's essentially you stuck your head in the sand

11   and didn't do your job as required under accounting

12   standards.

13       Now, you asked this question of opposing

14   counsel.  And I think they say it even in their brief.

15   Auditors are required to obtain sufficient audit evidence

16   that is persuasive and provides a reasonable basis for a

17   high level of assurance that the financial statements are

18   materially correct.  To do that they have to exercise due

19   professional care.  They have to exercise professional

20   skepticism.  They have to perform risk assessment

21   procedures that are sufficient to provide a reasonable

22   basis for identifying and assessing the risks of material

23   misstatements in the financial statements.

24       And to comply with those standards, Deloitte --

25   even if it admits in the context of its own very similar

1    audit of the Southern company, a very similar company to

2    SCANA, and in fact doesn't even dispute in the papers

3    here, it was required under those standards to request, to

4    obtain, and to review dozens of internal documents and

5    metrics bearing on the status of the nuclear project.

6            In addition to the information it learned as a

7    result of its own special audits, these internal documents

8    and metrics uniformly and on their face made clear that

9    SCANA's financial statements were not in accordance with

10    GAAP, and that the nuclear project would not be completed

11    in time to obtain the nuclear tax credits.

12            Although I'm going to discuss them a little bit

13    in more detail, these include at least half a dozen board

14    minutes that exclusively state that they're not going to

15    meet the deadline.  It includes at least three risk

16    committee minutes where they identify the fact that

17    they're not going to meet the deadline as a, quote, key

18    risk, and they rate it as red.  Not sure how much more of

19    a red flag you can have than something that's actually

20    quoted as a red risk.

21            We've had the Bechtel engagement.  We have two

22    Bechtel Reports and a presentation.  We have two reports

23    from CORB and an executive debrief and a presentation from

24    CORB.  We have the regulatory correspondence that we

25    discussed already.  We have dozens and dozens and dozens

1    of performance metrics that uniformly show that they are

2    not going to be able to meet the deadline.  We have Santee

3    Cooper personnel and internal SCANA personnel stating

4    regularly that they are not going to meet the deadline.

5         They have -- we have the public disclosures from

6    Toshiba writing down and saying they are going to have to

7    repair because of issues with this project and what that

8    meant for the company in terms of its inability to

9    complete the project.  And then we have the public

10   disclosure of the fact that this company continually has

11   to go ask for extensions and rate hikes.

12        These red flags are significantly

13   (indiscernible) in number and significance than those

14   typically found to be sufficient to demonstrate an

15   auditor's scienter, including by courts within this

16   circuit, such as in MicroStrategy.

17        And to be clear, failure to consider these

18   documents is not mere negligence, it is the epitome of

19   recklessness.  It is purposefully sticking your head in

20   the sand and ignoring every flashing red light around you.

21   That is what is meant by no audit at all.

22        Now, by contrast, Deloitte does not and cannot

23   point to a single internal document, metric, non-senior

24   management individual, or other reasonable audit evidence

25   that provided assurance, let alone the requisite high

1    level of assurance that SCANA's management's assertions to

2    investors were materially correct.

3         So as a result there are only three

4    possibilities, right?  Either Deloitte obtained the

5    documents required under PCAOB standards, including the

6    Bechtel Report, and knew that the nuclear project would

7    not be completed on time yet told investors that SCANA's

8    financial statements were in accordance with GAAP when

9    they knew they weren't.  Or they didn't follow PCAOB

10   standards and did not obtain the Bechtel Report, the board

11   minutes, the risk committee minutes or the CORB reports,

12   the project metrics, or any other number of standard audit

13   items, yet falsely told investors that they conducted

14   their audits in accordance with PCAOB standards.

15        Or, as we allege, both are true.  Deloitte

16   recklessly failed to conduct its audits in accordance with

17   PCAOB standards and knew that SCANA's financial statements

18   were not in accordance with GAAP, yet told investors the

19   exact opposite.  Any of those three possibilities is

20   sufficient to demonstrate that Deloitte's statements were

21   false and that it did not believe its audit report

22   statements were true and to defeat the motion to dismiss.

23        In response -- I'm sorry?  Okay.  Sorry.  I

24   thought you said something.

25        (Audio interference.)

1          In response, Deloitte made two, quite frankly,

2     conflicting primary arguments.  The first that we heard a

3     little bit today is that Deloitte argues based, as far as

4     I can see, based on pure conjecture and without any

5     citation that the more plausible inference from the facts

6     alleged is that SCANA concealed the truth from Deloitte.

7     First, as this Court is aware, it must accept plaintiff's

8     allegations as true for purposes of the motion to dismiss.

9     There is nothing in the pleadings or even in the public

10    domain to suggest that SCANA concealed the truth from

11    Deloitte as opposed to investors, customers, or

12    regulators.  In fact, the available internal SCANA

13    documents make clear that SCANA did not conceal the truth

14    from Deloitte.

15          Second, for that inference to be true, SCANA

16    would have had to refuse to produce to Deloitte the most

17    basic documentation required under PCAOB standards, things

18    like the board minutes, risk committee minutes, regulatory

19    correspondence, and relevant consultant reports like the

20    Bechtel Report.  That refusal to cooperate with the audit

21    in and of itself would have required Deloitte to issue a

22    qualified audit report, resign from the engagement, and

23    report SCANA to the SEC, none of which it did.

24          Third, the inference makes no sense.  If SCANA

25    had intentionally concealed its fraud from Deloitte, why

1    did Deloitte continue to stay on as SCANA's auditor, even

2    after the Bechtel Report was publicly disclosed?

3          And finally, when a company attempts to conceal

4    fraud from its auditor, it takes specific steps to create

5    fake documents, to damn third parties' lies, et cetera,

6    because auditors have an obligation under PCAOB standards

7    to obtain strong evidence that management's

8    representations are accurate.

9          And a perfect example of this is what the facts

10   were in the Fourth Circuit case that opposing counsel put

11   before you earlier today, Public Employees of Colorado vs.

12   Deloitte.  And in that case the company specifically hid

13   side letters and got third parties to sign false audit

14   confirmation letters.  Notably, though, even with those

15   active attempts to conceal the fraud from Deloitte,

16   Deloitte was still able to figure out the fraud and it

17   reported it.  None of those things occurred here.  Not --

18   there was no active attempt to conceal the fraud and there

19   was no identification by Deloitte of the fraud or an

20   attempt to report it.

21          To the contrary actually.  While it's been made

22   public that the company hid the Bechtel Report and

23   numerous other documents from investors and regulators, no

24   one in dozens of hearings, depositions, criminal plea

25   agreements, the dozens and dozens of documents that have

1   been made publicly available has anyone ever suggested

2   that those documents were hidden from Deloitte, not even

3   Deloitte until convenient in this litigation.

4           In addition to arguing that the fraud was

5   concealed from it, Deloitte argues, kind of conflictingly,

6   that it actually knew some of the information

7   demonstrating that the nuclear project would not be

8   completed on time, but that plaintiff has no basis for

9   contending that the entirety of the information available

10  to Deloitte was irreconcilable with management's stated

11  view.

12          However, again, the Court must accept

13  plaintiff's well pleaded allegations in the true -- as

14  true.  Nowhere in the complaint, or frankly in any of the

15  information Deloitte attached to its motion to dismiss or

16  that has been publicly disclosed, and there is quite a

17  lot, is there any evidence, not one single document or

18  piece of testimony from anyone other than SCANA's former

19  officers, which supports management's stated view that the

20  nuclear project would be completed on time.

21          This, of course, is unsurprising given that even

22  when the project was finally abandoned in July of 2017, it

23  was only 30 percent complete.  That's the only reasonable

24  interpretation is that the sum of information known by or

25  required to be reviewed by Deloitte under PCAOB standards

1    was in fact irreconcilable with management's stated view.

2        Recognizing this, Deloitte then resorts to

3    arguing that because there was no restatement it could

4    have not have acted with scienter and its statements were

5    not false.  However, the case law is clear that no such

6    restatement is required to hold an auditor liable under

7    Section 10B.  We cite a whole bunch of cases on this point

8    in Footnote 43 of our opposition.

9        But I also had my colleague run a quick search

10   this week, since Deloitte had argued this so vociferously

11   in its reply, of cases where (indiscernible) was sustained

12   against an auditor but there was no restatement.  And just

13   in a quick search, I think we pulled up 12 or 14 cases

14   where that is, in fact, the case, including one I am

15   currently litigating in the Middle District of Tennessee

16   right now.

17       In addition to the fact that no restatement is

18   required under the law to hold an auditor liable, there

19   are very explicit reasons why no restatement was made

20   here.  The first is that in July of 2017, we have SCANA

21   announcing that it had abandoned the nuclear project.  So

22   it was clear that the project was not going to be complete

23   in time to obtain the nuclear tax credits.  Typically, a

24   restatement is conducted in order to give the information

25   new market and to correct false statements.  That

1    information was known at least partially.

2         And then we also have the fact that shortly

3    after they abandoned the nuclear project, they announced

4    that it was going to be -- they were going to be acquired

5    by Dominion.  And when that -- when that occurs, a

6    company's investors are no longer relying on the old

7    company's financial statements.  And while Deloitte is

8    correct that that merger was not until about a year after

9    the abandonment, SCANA announced the merger in January of

10   2018, and there was no form 10-K issued between the

11   announcement of the abandonment in July of 2017 and the

12   announcement of that merger.  So let's walk through now

13   what we know Deloitte was aware of prior to issuing its

14   clean audit reports.

15        We talked a little bit about the fact that they

16   knew about the Bechtel engagement.  And the fact that this

17   Court found on Page 9 of its SCANA 1 decision that just

18   the contemplation of hiring Bechtel was sufficient to

19   demonstrate scienter.  And then we also have an email,

20   this is an email from September of 2015 from SCANA's

21   comptroller, and he's talking about the fact that Deloitte

22   will be, quote, asking about whether to mention the

23   Bechtel consulting engagement in the next 10-Q.  Now,

24   while it's true that this doesn't mean that Bechtel --

25   excuse me, that Deloitte knew about the Bechtel Report, it

1    makes clear that they knew that Bechtel had been hired to

2    consult on the project.

3           Under PCAOB standards, Deloitte is required to

4    understand significant reports from external consultants

5    hired as well as internal reports issued in connection

6    with the project.  And we know this not only because of

7    PCAOB standards but because Deloitte itself admitted as

8    much in connection with its Southern Company audit.  This

9    is at Paragraph 103 of our complaint where they stated

10   that Deloitte was obligated to collaborate with

11   construction specialists, to assist in its evaluation of

12   processes for ongoing evaluation and monitoring of the

13   construction schedule, and cost forecasts, and to assess

14   the disclosures of core challenges to the achievement of

15   such forecasts.

16          Deloitte ignores this obligation entirely in its

17   briefing.  Instead, it tries to claim that its knowledge

18   that SCANA had engaged Bechtel is somehow sufficient in

19   and of itself to have given it comfort that SCANA was

20   acting responsibly and not committing fraud.  That's

21   clearly not true.

22          It's required under PCAOB standards to obtain a

23   high level of assurance that the financial statements are

24   materially correct and to determine whether information

25   like the Bechtel engagement conflicted with management's

1    representations regarding the nuclear project.  Simply

2    knowing that Bechtel was engaged without finding out what

3    they actually found doesn't even come close to meeting

4    that standard.

5           Then next we have the Bechtel Report itself.  If

6    you could turn -- actually we can use defendant's exhibit

7    for this one with Addison's testimony, and I think it's on

8    page -- starts on Page 13 of defendant's slide show.  This

9    is the testimony Jimmy Addison gave in connection with the

10   consumer class action brought against SCANA.  And to be

11   clear, at no point were plaintiffs trying to hide the full

12   extent of this transcript like opposing counsel was

13   suggesting.  We actually give the URL in our complaint.

14   And we're well aware of the incentive testimony.  And we

15   think it is very clear that Jimmy Addison is saying that

16   Deloitte knew about the Bechtel Report at the time they

17   were signing off on SCANA's SEC filings.

18          If you look, he testifies on Page 14 of the

19   slide starting at Line 1.  He testifies on two separate

20   occasions that Deloitte reviewed the Bechtel Report,

21   quote, at the point in time the SEC filings were made.  So

22   that's number one.

23          He also testifies that he was not disturbed by

24   the fact that he did not know about the Bechtel Report

25   when he was signing off on the company's SEC filings,

1    because he knew that Deloitte was vetting the report and

2    that he had a, quote, great deal of confidence that

3    Deloitte thoroughly vetted the issue.

4           How could Addison not be disturbed or have a

5    great deal of confidence that Deloitte had thoroughly

6    vetted the issue at the time he was signing off on the SEC

7    filings if Deloitte hadn't reviewed the Bechtel Report

8    until after the SEC filings were made?  That makes no

9    sense.

10          It also makes no sense defendants are trying to

11    argue that, no, they really read the Bechtel Report after

12    it became publicly known and everyone was discussing it.

13    That's when we went back to determine whether everything

14    that had happened before was accurate.  But that also

15    makes no sense.  Why would Deloitte have been reviewing

16    the Bechtel Report after the fact when the en --

17    basically, the entire State of South Carolina, as far as I

18    could tell, had determined that the Bechtel Report

19    demonstrated that SCANA's representations were false and

20    fraudulent, and said all looks good here.  No issues.

21          Defendants claim that Addison testified that

22    Deloitte analyzed the Bechtel Report and SCANA's

23    representations for the purposes of determining whether

24    Deloitte could rely on management's representations after

25    public revelation of the Bechtel Report.  But that's

1    actually not true.

2            What he testified to is that the conversations

3    of what Bechtel had previously done had come up during

4    that process.  Nor did he testify that he didn't know if

5    Deloitte had reviewed the Bechtel Report before he signed

6    off on the SEC filings as Deloitte claimed.

7            And this is on the very last page of the

8    transcript where they said we ignored what they were

9    referring to.  If you look right above the box that they

10    highlighted, he's talking about -- he's being questioned

11    about his conversations with Mr. Byrne.  Mr. Byrne was the

12    engage -- audit engagement partner at Deloitte at the

13    time.  And the question is, From talking to Mr. Byrne, did

14    Deloitte sign off on the non-disclosure of the Bechtel

15    Reports in the SEC filings at the time the report was

16    issued or only later after abandonment?  He says, We did

17    not talk about that specifically.  And the question then

18    is, So you don't know the answer to that?  And he says,

19    No, I do know the answer to it, referencing the fact that

20    he had testified to just two pages before that he knew

21    they had read it at the time at which they had issued the

22    SEC filings.

23            Now, the point that Deloitte is trying to make

24    in this box here is that he answers he doesn't know when

25    they became aware.  Yes, it is likely true that he didn't

1    know the specific date in which he became aware of --

2    which Deloitte became aware of the Bechtel Report.  That's

3    different than saying that he didn't know they had

4    reviewed it prior to him signing off on the SEC filings.

5    And in fact he testified earlier that, yes, they did

6    review it at the time they were signing off on the SEC

7    filings.

8           So I think it's abundantly clear from the

9    transcript that Addison is testifying that Deloitte did,

10   in fact, obtain the Bechtel Report.  I think that's

11   further supported by the fact that we know Deloitte knew

12   about the Bechtel engagement.  And any auditor complying

13   with its obligations would have then had to ask for the

14   report itself.

15          And it is further evidenced by the fact that no

16   one had ever come forward to say Deloitte was unaware of

17   the Bechtel Report outside of this litigation, including

18   Deloitte.  And at best, I think it's a question of fact

19   that is sufficient to get over the motion to dismiss at

20   this stage where all inferences have to be taken in favor

21   of the plaintiff.

22          In addition to its knowledge of the Bechtel

23   engagement and the Bechtel reports we have these special

24   audits.  Counsel was trying to suggest that their

25   knowledge obtained in these special audits was irrelevant

1    to their clean audit reports because somehow it was in a

2    different context, or related to a different part of the

3    company's finances, or really only had to do with costs.

4    But that's a red herring.  The special audits made clear

5    that the nuclear project would not be completed in time.

6    And that information is, by definition, imputed and

7    relevant to their audit opinion on whether the SCANA

8    statements about the nuclear project being completed in

9    time were in accordance with GAAP.

10           We talked already about Carlette Walker and some

11   of the regulatory concerns that they were aware of.  In

12   addition to the things we know that they knew about, there

13   were a number of other red flags that were flashing in

14   Deloitte's face that it either ignored or knew about and

15   didn't disclose.

16           And it's not just that Deloitte must have had

17   access to these documents, which is essentially what

18   Deloitte's argument is.  It's rather that Deloitte was

19   obligated to review these documents under PCAOB standards.

20   In fact, they were the most basic kind of documents you

21   would obtain in any audit.  They're the first things you

22   ask for in conducting an audit.  And in fact they're

23   exactly what Deloitte claims it looks at when it is

24   conducting its audit of the Southern Company.

25           And it's, I think, important also to recognize

1    that the nuclear project and obtaining these nuclear tax

2    credits was the entire business of SCANA.  The company had

3    bet the family farm on the nuclear project being completed

4    on time to obtain them.  So determining whether in fact

5    that could be done and would be done should have been the

6    most important part of Deloitte's SCANA audits.

7            So let's talk about what those documents showed.

8    The board minutes, which we know they're obligated to

9    review under the standards as according to their Southern

10   Company audit and in fact they ignore in their own papers,

11   uniformly make clear that SCANA would not meet the

12   deadline for the credits.  They say it repeatedly.  It is

13   a constant source of discussion both at SCANA's board

14   itself and at the joint board meetings with Santee Cooper.

15           We have the risk committee meeting -- risk

16   management committee meeting minutes that also say that

17   they were not going to meet the nuclear tax credit

18   deadline.

19           We have the regulatory correspondence where even

20   ORS says we don't think you're going to meet the deadline

21   for the tax credits.

22           We have the CORB reports, which CORB wasn't even

23   put together until far too late in the process.  But even

24   once it was put together, it had multiple reports and

25   multiple presentations making clear that the nuclear

1    project would not be completed on time and that SCANA's

2    oversight over the project was insufficient.

3          We have dozens and dozens of regular monthly

4    metrics showing that this project would not be completed

5    on time.  In fact, it probably wouldn't have been

6    completed until years after the deadline.  And this Court

7    held in SCANA 1 that those specific metrics were

8    specifically evidence of scienter.

9          We have Santee Cooper's regular concerns about

10    the project.  Again, SCANA -- Deloitte is obligated to

11    speak with the partner to SCANA on this project to

12    determine whether they have any concerns about the

13    project.  Santee Cooper regularly was discussing its

14    concerns with it.  And Lonnie Cooper extensively wrote

15    about how the nuclear project was in significant danger.

16          We have employee concerns at SCANA.  Ken Browne,

17    who we cited Paragraph 120 of our complaint, who was a

18    former senior engineer with SCANA and was later a

19    whistleblower to the PSC, he testified that there was

20    substantial doubt throughout SCANA regarding whether the

21    nuclear project could be completed on time to receive the

22    tax credits.  So we have multiple witnesses at SCANA

23    saying if you had bothered to ask any of us, we would have

24    told you the truth.

25          And then we have, you know, the public

1    statements from Toshiba that PSC rate hikes and a whole

2    host of other evidence demonstrating Deloitte's scienter,

3    including how quickly the project was abandoned after its

4    last clean audit report, the fact that there are ongoing

5    civil and criminal investigations including subpoenas that

6    seek documents pertaining to Deloitte's audits of SCANA,

7    how long and how widespread these PCAOB violations were,

8    and how easy, quite frankly, the GAAP was that was

9    implicated.

10           And then you asked a few questions about motive.

11   Well, I agree that the motive alone here is not sufficient

12   to establish scienter.  It's certainly a factor that

13   should be considered in the holistic analysis required

14   under Tellabs.  You know, they obtained $10 million over

15   three years.  They were not only retained to do these

16   special audits but had this special additional retention

17   to handle these special audits.  And it's clear that there

18   was a huge revolving door between SCANA and Deloitte and

19   that there was an overwhelmingly close relationship

20   between senior management of SCANA and Deloitte.

21           With regard to falsity, I'm not going to get too

22   much into this because Deloitte really didn't address it

23   at all in their reply and I think largely concedes it and

24   didn't really raise it today other than to say, I'm not

25   exactly sure what defense counsel's presentation with

1    regard to the statements today was supposed to show.  It

2    is absolutely the case that the specific statements that

3    Deloitte signed off on here and said were in accordance

4    with GAAP were the exact same statements this Court held

5    to be false and misleading in SCANA 1.

6            Now, it is, of course, true that there were

7    numerous other statements alleged to be false in that case

8    that we do not allege.  But the ones that we do allege

9    were false and misleading and that Deloitte signed off on

10   as accurate were in fact held by this Court to be false

11   and misleading.

12           With regard to loss causation, I'll address a

13   couple of the arguments that they raise in their papers

14   but didn't arrive -- raise today first.

15           The first was that they can't be held

16   responsible because there was no reference to Deloitte or

17   the audit reports in the corrective disclosures.  Under

18   the Fourth Circuit's decision in Katyle and the Supreme

19   Court's decision in Haliburton they need not do so.  All

20   that needs to be disclosed is part of the relevant truth.

21   The disclosures need not, quote, precisely identify the

22   misrepresentation or omission.

23           They also argue that there's no reference to the

24   audit reports in the corrective disclosures.  Again, in

25   Singer, the Fourth Circuit held that neither a single

1    complete disclosure nor a, quote, fact or fact disclosure

2    to relevant truth is necessary to establish loss

3    causation.

4            They also argue that the risks associated with

5    not meeting the deadline were disclosed to investors.  I

6    don't think they argue this very strongly because this

7    Court had already held that those risk disclosures were

8    insufficient and did not reveal the risks to the market.

9            And finally, their primary argument seems to be

10   that the market was fully informed about the fraud on

11   July 27th when SCANA announced that it was abandoning the

12   project and therefore would not meet the deadline for the

13   nuclear tax credits.  But plaintiffs allege that there

14   were multiple foreseeable risks that were still hidden by

15   and related to Deloitte's false and misleading clean audit

16   reports that were still concealed after that July 27th

17   date including why, who, and what led to the project being

18   abandoned, the true costs of the project.  And that kind

19   of information was disclosed in the news, including the

20   existence of these civil and criminal investigations, the

21   existence of the Bechtel Report, the downgrading of SCANA

22   by rating agencies.  All of this information were material

23   omissions of the risk hidden by Deloitte's false and

24   misleading statements.  And they don't relate to some

25   other fraud.  They clearly relate to the fraud at issue

1    here.

2            Deloitte in their papers relies on three cases

3    to support this argument.  They rely on Lattanzio,

4    Amorosa, and Witness, all that aren't in this circuit and,

5    quite frankly, are a little old.  But putting that aside,

6    none of those cases support their position.  The Fourth

7    Circuit has held, both in Singer and Katyle, that the

8    plaintiff need only allege that the misrepresentation or

9    omission was at least one substantial cause of the

10   investment's decline in value and, quote, need not

11   conclusively show that the securities decline in value is

12   attributed solely to the alleged fraud rather than to

13   other intervening factors.  We don't even have that here.

14   This is just fraud.

15           And Katyle also held that no fact or fact

16   disclosure of the relevant truth to the market is a

17   necessary prerequisite to establish a loss causation.  And

18   Katyle also said that disclosures need not, quote,

19   precisely identify the misrepresentation or omission in

20   order to be actionable.

21           Lattanzio is an interesting case for Deloitte to

22   cite.  In that case, the auditor in that case had warned

23   the market publicly that the company at issue could

24   potentially go bankrupt.  It issued what's called a going

25   concern warning.  And then plaintiffs alleged that the

1    disclosure of the fraud was the fact that the company

2    announced it was going bankrupt.  Obviously, you can't

3    claim that a disclosure of something you already told the

4    market about caused your loss.  So the facts are not even

5    remotely similar to those at issue here.

6            And then we have Amorosa.  In Amorosa, the

7    plaintiff failed to, quote, mention any audited or annual

8    financial statement.  It did not mention even why the

9    auditor there or any other auditor and instead attributed

10   the false statements solely to the company.  It failed to

11   allege that the false statements were ever called into

12   question during the stock price declines.  It failed to

13   specify what risks were concealed by the audit reports.

14   And it failed to allege any facts that could substantiate

15   the assertion that the auditor's certifications in any way

16   caused its losses.  That is completely opposite to what we

17   allege here.

18           And then, finally, in Witness, there were three

19   disclosures.  The first disclosure didn't even mention the

20   company's financial statements.  The second disclosure

21   related to a period of time prior to the financial

22   statements that were at issue in the case.  And the third

23   disclosure was immaterial and contained information,

24   quote, totally unrelated to the financial statements at

25   issue.  None of those things are at issue here.

1           And with that I will ask if you have any further

2    questions?

3           THE COURT:  All right.  Thank you very much.  I

4    don't think that I have any questions.  It seems that the

5    majority of your argument rests on the fact that Deloitte

6    was required to proactively look behind the financial

7    statements or -- and/or -- and not just certify what they

8    saw; is that correct?

9           MS. POSNER:  That's certainly part of it.  The

10   other part is the information that it knew at the time,

11   right?  It knew the Bechtel engagement.  It knew the

12   Bechtel Report.  It knew some of the regulatory concerns.

13   It knew through its special audits that they wouldn't meet

14   the deadlines.  So there was certain information that it

15   absolutely, a hundred percent knew.

16          Then there are certain allegations of what they

17   were obligated to review under PCAOB standards.  That they

18   couldn't just stick their head in the sand and pretend

19   none of this was occurring.  They had to do their job and

20   actually conduct a fulsome vet.

21          THE COURT:  And the fact that they did not meet

22   the standards you think is sufficient to go forward with a

23   case?

24          MS. POSNER:  Correct.  The courts are uniform,

25   including in the cases cited by the defendants, that if

1    you sufficiently allege facts of PCAOB or GAAS violations,

2    coupled with red flags of fraud, that that is sufficient

3    to establish an auditor's scienter.  It is certain that it

4    is tough to do this.  But I think in this case we more

5    than sufficiently identified dozens upon dozens of red

6    flags and information known to Deloitte at the time

7    sufficient to establish its scienter.

8              THE COURT:  As opposed to negligence?

9              MS. POSNER:  Correct.

10             THE COURT:  All right.  Thank you.

11             Any reply?

12             MR. EDELMAN:  Yes, Your Honor.  Your Honor, the

13   plaintiffs are just totally mischaracterizing the way the

14   courts apply the scienter standard in cases against

15   auditors.  And I would ask that the Court take a look at

16   some of the cases they cite.

17             The Fleming case.  In the Fleming case, the

18   auditor was getting a consulting fee at the same time it

19   was collecting audit fees so it was conflicted.  And

20   79 percent of the reported earnings of the company was

21   (indiscernible).

22             The MicroStrategy case.  The company that the

23   auditors were violating the independence requirement and

24   the magnitude of the errors was extraordinary.  And they

25   were allowing revenue recognition based on agreements that

1    they knew were --

2        (Audio interference.)

3        **THE COURT REPORTER:** I'm sorry. I did not hear

4    the last thing. I think, Ms. Posner, you're not on mute.

5        **THE COURT:** Is Ms. Posner on mute, or --

6        **THE COURT REPORTER:** She is now.

7        **THE COURT:** Okay. Yes?

8        **MR. EDELMAN:** The New Mexico state case. Option

9    grants were made with no documentation. A billion dollars

10   in option awards were made without documentation. And

11   then Ernst and Young in that case became involved in the

12   issue, and they didn't correct it for another one or two

13   years.

14       The Suprema case, that's a case where the

15   company had phony sales of cheese that were accounting for

16   two thirds of its revenue. And their 10-K didn't say that

17   they were in the cheese business.

18       These are cases where there are outrageous

19   allegations. In our case, let me be clear, Deloitte

20   scrupulously complied with its obligations under GAAS and

21   GAAP. And if we need to defend this case, which we

22   shouldn't, that would come out.

23       There are no allegations -- you know, any

24   plaintiff can come forward and say they violated GAAP,

25   they violated GAAS. That's not what -- that's not

1      sufficient.  They need to have specific allegations.

2            What we know here and what makes this case so

3      ripe for dismissal is that the organization that was

4      directly responsible for auditing this project, we were

5      responsible for auditing the financial statement.  But the

6      South Carolina regulators, the PSC, they were responsible

7      for auditing the project.  And they, like we, were aware

8      that there were a series of cost overruns and a series of

9      schedule delays.

10           The plaintiffs -- and they made the

11     conclusion -- by the way, they have an audit arm.  They

12     took 4,000 pages of testimony.  They did a serious

13     investigation.  And they felt comfortable time after time

14     with new schedules that were delayed.  What plaintiffs are

15     doing here is they're saying, well, Deloitte had documents

16     that told them that there were cost overruns and

17     scheduling delays but that's also true of the regulators.

18     Everybody knew there were cost overruns and schedule

19     delays.

20           Now, what would be different, Your Honor, is if

21     plaintiff had come forward with allegations -- with well

22     pleaded allegations that Deloitte had a copy of the

23     Bechtel Report.  And in fact, Ms. Posner said at one point

24     of her argument, she said until it became clear that

25     Deloitte had the information in the Bechtel Report,

1    plaintiffs were unlikely to survive a motion to dismiss.

2    Well, she should be right.  She should be right that if

3    this Court looks at the Addison testimony, which we'll

4    walk through in a moment, and concludes as I think any

5    fair reading of the testimony bears out, that this

6    testimony does not support that Deloitte had a copy of the

7    Addison report.  Then the other stuff, yes, Ms. Posner is

8    right.  They should not survive a motion to dismiss unless

9    you read that to say that we had the Bechtel Report.

10          Now, I'd like to just go through the testimony.

11   Because I was trying -- I couldn't believe the way that

12   this language was being read and interpreted.  It's

13   just -- it's not a fair reading.

14          So, first of all -- and you start on Page 96.

15   It says, You were signing your company's SEC filings

16   during the time?  And he says, Yes.  And then the question

17   is, It doesn't disturb you at all that the company spent

18   seven figures on an assessment in 2015 regarding the

19   status -- regarding the project and you weren't made aware

20   of the results of that assessment while you were

21   certifying these SEC filings?  The answer is, It does not,

22   and part of that conclusion is we've got an international

23   accounting firm that's auditing our records, that's gone

24   back and looked at it completely and said they did not see

25   any gaps in our disclosure.

1      The next red box.  How do you know that?  They

2  told me that.  Question, When?  I don't know specifically

3  when, sometime obviously post-abandonment.  So there we

4  have it again.  This conversation happened after the

5  abandonment.

6      Next red box.  What did they tell you about it?

7  That they had gone back with their local team and their

8  national team and reviewed all the disclosures at the

9  point in time they were made.  So they had gone back and

10  reviewed the disclosures when they were made, and read the

11  document, and they didn't see any gaps in the disclosure

12  at the time they were made.

13      And here's something interesting.  And who from

14  Deloitte told you that?  The partner at Deloitte now, Sean

15  Bird.

16      Well, Your Honor, Sean Bird was not the audit

17  partner who was on the account at the time that these

18  audits were done.  The testimony says, Who told you that?

19  This conversation is coming from the audit partner who is

20  in charge of it now, Sean Bird.  It's a conversation

21  looking at it historically.  There's nothing to indicate

22  in any of this that Bechtel had the information at the

23  time.

24      And then on the next page, I mean, if there were

25  any doubt, again, I'm sorry, I didn't understand

1    Ms. Posner's interpretation of this last block.  Okay.  So

2    do you now know whether Deloitte -- when Deloitte became

3    aware of the results of the Bechtel assessment?  I do not

4    know the answer to that.

5           Now, we also know -- we also know that they

6    have -- the plaintiffs have taken the position, and there

7    are newspaper articles that allege that SCANA was lying to

8    everybody and SCANA was trying to hide the Bechtel Report

9    in the attorney/client privilege.  Plaintiffs themselves,

10   Your Honor, allege in Paragraph 365 in the last sentence

11   that if Deloitte had been given a copy of this Bechtel

12   Report, that would have destroyed the attorney/client

13   privilege.  So according to plaintiff's own complaint, it

14   would have destroyed their fraud if they had provided a

15   copy of this Bechtel Report.  So therefore --

16          Look, the linchpin of Your Honor's decision in

17   the earlier case was the knowledge of the Bechtel Report.

18   They conceded on Page 50 of their brief.  They've repeated

19   the concession in the oral argument today.  And you can't

20   read this testimony to say that Bechtel had the report.

21          Your Honor, this was not the motion for us to

22   contest that we complied with GAAP and GAAS.  Those are

23   factual issues.  We did our job here.  And the fact that,

24   yes, we saw documents just like the regulators saw

25   documents that said there were schedule delays and cost

1    overruns.  But they concluded, the regulator who was

2    looking at this, that with -- that those could be cured

3    with additional delays in the schedule and with the fixed

4    cost contract with Westinghouse.

5          This case is completely different than Fleming,

6    MicroStrategy, New Mexico State, and Suprema.  This is not

7    a case where plaintiffs have come forward with facts that

8    establish that we were reckless or knowing.  On that

9    basis, we ask that you dismiss the case.

10          **THE COURT**:  All right.  Thank you.

11          Is there anything else?

12          **MS. POSNER**:  Just one point, Your Honor, if I

13    might?  I'll be quite quick.  Opposing counsel started off

14    his rebuttal by discussing what the standard is for

15    holding an auditor liable.  And I thought it would be

16    helpful to just quote a few of the holdings from the cases

17    it cites in support of its motion.

18          In Iowa Public Employees vs. Deloitte-Touche,

19    this is a Southern District of New York case from 2013

20    that they cite at thirty -- Page 36 of their motion and 11

21    of their reply.  The Court holds that while blanket

22    assertions of GAAP or GAAS violations will not alone

23    suffice to state a claim of securities fraud, such claims

24    together with various red flags are sufficient to support

25    a strong inference of scienter.

1          Similarly, in In re DNTW, this is cited in their

2    motion at Page 34, the Court found that there was, quote,

3    no audit at all because the plaintiff, quote, alleges that

4    the auditor disregarded specific red flags that would

5    place a reasonable auditor on notice that the audited

6    company was engaging in wrongdoing to the detriment of its

7    investors.

8          Then we have In re SCB.  The Court held that

9    when plaintiffs are able to identify specific, highly

10   suspicious facts and circumstances of which the auditor

11   was aware at the time of the audit, and the complaint

12   alleges that those facts were deliberately or recklessly

13   ignored, GAAP -- however GAAP and GAAS violations are

14   relevant to show an auditor's scienter.

15         So the case law is clear, including on the cases

16   cited by defendants, that red flags coupled with PCAOB and

17   GAAS violations are sufficient to establish scienter.  I

18   think we've pled more than sufficient evidence of those

19   flashing red flags here as well as Deloitte's specific

20   knowledge of things like the Bechtel Report and engagement

21   that demonstrate its knowledge of the fraud.

22         **THE COURT**:  All right.  Thank you.  Well, I

23   appreciate everybody's arguments today.  And the briefs

24   were very helpful, and very informative, and very well

25   done.

1          The case arises out of the abandonment of the

2    nuclear project at the VC Summer nuclear facility in

3    Fairfield County, South Carolina.  And in the consolidated

4    complaint, the plaintiffs allege that Deloitte violated

5    its professional responsibilities, failed in its role of

6    gatekeeper, and deceived investors about SCANA's

7    accounting for and expected completion of the project.

8    The plaintiffs allege that Deloitte employed devices,

9    schemes, and artifices to defraud, made untrue statements

10   of material facts, or omitted to state material facts

11   necessary in order to make the statements made, in light

12   of the circumstances under which they were made not

13   misleading, or engaged in acts, practices, and a course of

14   business that operates as a fraud or deceit upon plaintiff

15   and others similarly situated in connection with their

16   purchases of SCANA securities during the class -- during

17   this period.

18          Deloitte has moved to dismiss the complaint

19   generally on the ground that SCANA's deception as to the

20   status of the project are not imputable to Deloitte.  And

21   Deloitte argues that it was engaged only to conduct

22   financial audits of SCANA's financial statements and to

23   review project costs with respect to the special audits to

24   ensure that SCANA's filings complied with generally

25   accepted accounting practices.

1           This motion is brought pursuant to Rule 8, 9(b),

2    and 12(b)(6) of the Federal Rules of Civil Procedure and

3    the Private Securities Litigation Reform Act of 1995.  The

4    purpose of the Rule 12(b)(6) motion is to test the

5    sufficiency of the complaint and not to resolve contests

6    surrounding the facts, the merits of a claim, or the

7    applicability of defenses.  A complaint must contain

8    sufficient factual matter accepted as true to state a

9    claim to relief that is plausible on its face.

10           To show securities fraud under 10(b) of the

11   Exchange Act, a plaintiff must plead a material

12   misrepresentation or omission, scienter, a connection with

13   the purchase or sale of a security, reliance, economic

14   loss, and loss causation.  Both Rule 9 of the Federal

15   Rules of Civil Procedure and the heightened pleading

16   standards for securities actions require the plaintiff to

17   state its allegations with particularity.

18           Deloitte asserts that the complaint does not

19   plausibly allege that it has contemporaneous knowledge of

20   the Bechtel Report.  Deloitte contends that false and

21   misleading statements and omissions arising out of SCANA's

22   2015 and 2016 10-Ks were not made or audited by Deloitte

23   and that plaintiffs cannot rely on the alleged

24   misstatements or omissions of SCANA to assert a claim

25   against Deloitte.

1          Deloitte argues that plaintiffs fail to allege

2     that opinions issued by Deloitte contained embedded

3     misstatements of fact.  And even if such allegations were

4     made, Deloitte cannot be held liable because it merely

5     issued opinions regarding SCANA's financial statements.

6          Deloitte also contends that plaintiffs failed to

7     sufficiently allege with particularity that Deloitte --

8     that their audits or their audit opinions omitted material

9     facts.  According to Deloitte, the only omissions alleged

10    in the complaint are either contained in SCANA's

11    statements and not Deloitte's opinions.  Or they otherwise

12    related to unaudited quarterly statements that are

13    irrelevant to any potential actionable statements made by

14    Deloitte.

15         Deloitte also asserts that plaintiffs failed to

16    allege a strong inference of scienter.  And Deloitte

17    states that it had no reason to disbelieve the information

18    SCANA was presenting to its regulators.  Deloitte argues

19    that the failure to plead motive supports a lack of

20    scienter.  And defendant Deloitte contends that the

21    plaintiffs only allege that Deloitte was motivated to

22    issue fraudulent opinions with the intent to defraud

23    because it had a long relationship with SCANA and because

24    of the amount that was paid for its audit work.  And

25    Deloitte rejects this inference because, like other

1    accountants, its success depends on maintaining a

2    reputation for honesty and integrity.

3        And finally, Deloitte contends the complaint is

4    barred by the two-year statute of limitations.

5        The Court has reviewed the allegations of the

6    consolidated complaint.  And the Court finds that the

7    plaintiffs have stated a claim for relief even under the

8    heightened standards applicable in this case.  The

9    plaintiffs assert that Deloitte gave unqualified, clean

10   audit reports on SCANA's financial statements and internal

11   control over financial reporting misleading investors into

12   believing that SCANA would complete the project in time to

13   obtain a 1.4 million -- $1.4 billion in nuclear tax

14   credits.

15       The plaintiffs allege that as SCANA's external

16   auditor for over 70 years, Deloitte was responsible for

17   understanding SCANA's business, identifying and responding

18   to risk of material misstatements, and obtaining

19   sufficient appropriate audit evidence in response to such

20   risks so that it could provide a high level of assurance

21   that SCANA's financial statements were in accordance with

22   generally accepted accounting principals.

23       According to the plaintiffs, Deloitte was

24   required to review and test historical day-to-day

25   performance in connection with its audits and should have

1    been aware of internal memoranda, the Bechtel materials,

2    monthly reports, and other information showing that

3    regulatory and financial support for the project were in

4    jeopardy.

5            Plaintiff's state that, nevertheless, Deloitte

6    told investors that SCANA's financial statements

7    confirming that the project was on schedule were presented

8    fairly in all material respects and in accordance with

9    generally accepted accounting principals, that SCANA's

10   related internal control over financial reporting was

11   effective, and that of the total estimated gross

12   construction costs of $7.6 billion, SCANA's investment

13   totaled 3.6 billion for which the financing costs of

14   3.2 billion have been reflected in rates under the BLRA.

15           The plaintiffs recount in their complaint the

16   numerous memoranda, monthly progress reports, and

17   presentations that contradicted assertions made by SCANA

18   to the PSC and state that Deloitte, nevertheless,

19   permitted SCANA to represent in its quarterly interim

20   financial statements on forms 10-Q that the project would

21   be placed into service prior to 2021, and that the

22   estimated total gross construction costs were no more than

23   $7.7 billion.

24           The plaintiff lists numerous ways in which they

25   contend Deloitte disregarded obligations recognized by the

1    Public Company Accounting Oversight Board, which is

2    responsible for establishing professional audit standards

3    applicable to audits of publicly-traded companies

4    including SCANA.  These include planning and performing

5    audit procedures sufficient to obtain reasonable assurance

6    about whether SCANA's 2015 and 2016 financial statements

7    were free of material misrepresentation or free of

8    material misstatements whether caused by error or fraud.

9         The plaintiffs allege Deloitte was required

10   under PCAOB standards to review the metrics schedules,

11   Bechtel Reports and findings, and other communications

12   demonstrating that the project continued to suffer from

13   significant and material delays and would be unable to

14   meet the necessary deadline to receive tax credits.

15        Plaintiffs allege that Deloitte helped conceal

16   the fraud from investors by blessing the form 10-K

17   financial statements which represented that the unit would

18   be operational and qualify for the nuclear production tax

19   credits.  Plaintiffs allege that both SCANA and Deloitte

20   continued to reassure investors that the project would be

21   completed in time, even though they knew this information

22   was false.

23        Regarding scienter, plaintiffs allege Deloitte

24   was responsible for understanding significant reports from

25   external consultants, such as Bechtel, as well as internal

1    reports issued in connection with the project.  And the

2    plaintiffs have alleged that Deloitte was required to

3    determine whether Bechtel's findings conflicted with

4    SCANA's representations regarding the project, especially

5    given the importance of the project to SCANA and the

6    materiality of the Bechtel's engagement itself.

7    Plaintiffs contend Deloitte's failure to do so amounts to

8    basically no audit at all.

9            And plaintiff's also allege Deloitte was

10   required to understand SCANA's business and identify and

11   respond to risk of material misstatements affecting

12   SCANA's financial statements.  Plaintiffs contend that

13   Deloitte failed to properly assess the risk that a

14   material weakness existed in SCANA's internal controls

15   over financial reporting.

16           The plaintiffs also allege that Deloitte was

17   required to determine whether statements made to the PSC

18   were accurate and indeed had ample evidence that SCANA's

19   representations to the PSC were false.  Plaintiff also

20   notes that the rate hikes were allowed because of the lack

21   of transparency and forthrightness with regard to the

22   studies available to SCANA.  And the plaintiffs allege

23   that Deloitte should have tested the effectiveness of

24   internal controls over the ongoing evaluation and

25   monitoring of the construction schedule and cost forecasts

1   for the project.

2           The plaintiffs assert that Deloitte could not

3   have believed its representations given the Bechtel

4   Reports, monthly progress reports, and other internal

5   correspondence that describe deficiencies in the progress

6   of the project.  They also allege that loss causation

7   based on Deloitte's alleged misconduct, including its

8   issuance of clean audit reports, concealed and

9   dramatically understated foreseeable risks that SCANA

10  would not complete the project in time.

11          Plaintiffs allege that the disclosure in the

12  financial statements failed to reveal the extent of the

13  risk related to the nuclear project and the SCANA's common

14  stock loss value when the conceal risks were revealed.

15  Plaintiffs allege that SCANA's financial statements hid

16  the true status of the project which Deloitte was aware

17  of.

18          Finally, with regard to the limitations period,

19  plaintiff's claim that they did not discover Deloitte's

20  purported scienter until Deloitte's knowledge of the

21  Bechtel Report became publically known in October of 2018.

22  Based on the facts in the record and the allegations in

23  the record, plaintiff's consolidated complaint adequately

24  sets forth a plausible claim for relief under applicable

25  rules of civil procedure and securities laws.  Based on

1    that, Deloitte's motion to dismiss is denied.

2             Is there anything further that we need to

3    discuss?

4             MS. POSNER:  Not at this time, Your Honor.

5             THE COURT:  All right.  Thank you very much.  I

6    appreciate it.

7             MS. POSNER:  Thank you.

8         (WHEREUPON, court was adjourned at 4:21 p.m.)

9                              * * *

10   I certify that the foregoing is a correct transcript to

11   the best of my ability from the record of proceedings in

12   the above-entitled matter.

13       s/Karen E. Martin                11/24/2020

      _____        _____

14   Karen E. Martin, RMR, CRR           Date

15

16

17

18

19

20

21

22

23

24

25

MR. EDELMAN: [11]  4/10 5/11 5/13
6/10 10/14 32/21 33/8 35/4 36/13
68/11 69/7
MR. OGIBA: [1]  4/8
MR. TINKLER: [1]  4/1
MR. TOLL: [1]  4/3
MS. MOSS: [2]  4/12 4/16
MS. POSNER: [13]  3/3 3/15 37/20
40/4 40/6 41/22 42/3 67/8 67/23 68/8
74/11 84/3 84/6
THE COURT REPORTER: [5]  3/12
3/19 5/3 69/2 69/5
THE COURT: [31]  3/2 3/4 3/23 4/5 4/7
4/14 4/19 4/22 5/5 5/9 5/12 6/9 10/13
32/13 33/2 34/15 36/4 37/16 40/2 40/5
41/21 41/23 67/2 67/20 68/7 68/9 69/4
69/6 74/9 75/21 84/4

$
$1.1 [1]  6/15
$1.1 billion [1]  6/15
$1.4 [1]  79/13
$1.4 billion [1]  79/13
$10 [2]  36/10 62/14
$10 million [2]  36/10 62/14
$7.6 [1]  80/12
$7.6 billion [1]  80/12
$7.7 [1]  80/23
$7.7 billion [1]  80/23

-
-versus [1]  1/5

1
1.4 million [1]  79/13
10 [5]  8/24 8/24 16/24 31/16 77/10
10-K [8]  10/7 12/12 12/14 24/23 25/7
53/10 69/16 81/16
10-Ks [1]  77/22
10-Q [2]  53/23 80/20
10001 [1]  2/2
10005 [1]  1/17
103 [1]  54/9
10B [1]  52/7
11 [2]  27/25 74/20
11/24/2020 [1]  84/13
1100 [1]  1/19
12 [3]  52/13 77/2 77/4
120 [1]  61/17
13 [2]  22/2 55/8
14 [2]  52/13 55/18
14th [1]  1/16
15 [1]  20/23
154 [1]  1/14
157 [1]  26/11
17 [3]  1/4 3/1 31/2
18-month [1]  25/5
18th [1]  4/25
19 [1]  31/23
1995 [2]  13/16 77/3
19th [1]  5/1

2
20005 [1]  1/20
2008 [1]  19/7
2013 [1]  74/19

2015 [11]  21/18 21/25 22/2 25/4 25/6
25/21 27/24 53/20 71/18 77/22 81/6
2016 [10]  10/7 25/23 26/8 26/10 26/15
43/4 43/7 43/8 77/22 81/6
2017 [8]  10/8 25/7 31/4 31/7 32/10
51/22 52/20 53/11
2018 [4]  17/23 18/12 53/10 83/21
2019 [1]  25/4
2020 [6]  1/4 3/1 25/4 25/8 25/8 84/13
2021 [1]  80/21
21st [1]  21/25
27 [1]  31/7
27th [4]  31/3 32/9 64/11 64/16
29401 [2]  1/14 1/25
29402 [1]  2/5
2:09 [1]  3/2
2nd [1]  4/24

3
3.2 billion [1]  80/14
3.6 billion [1]  80/13
30 [2]  25/23 26/8
30 percent [1]  51/23
31 [1]  31/17
3304 [2]  1/5 3/7
34 [1]  75/2
36 [1]  74/20
365 [1]  73/10
37919 [1]  1/22
3:19-3304 [1]  1/5
3rd [1]  1/14

4
4,000 [1]  70/12
422 [1]  26/25
427 [1]  26/25
43 [1]  52/8
4:21 [1]  84/8

5
50 [3]  23/16 23/17 73/18
500 [1]  1/19
55 [1]  2/2

7
7.7 billion [1]  34/21
70 years [1]  79/16
7001 [1]  1/22
78 [1]  1/25
79 percent [1]  68/20
7th [1]  31/16

8
835 [1]  2/4
88 [1]  1/16

9
96 [1]  71/14
97 [1]  20/14
99 [3]  8/20 9/21 11/16

A
abandoned [5]  51/22 52/21 53/3 62/3
64/18
abandoning [1]  64/11
abandonment [7]  20/17 53/9 53/11
57/16 72/3 72/5 76/1
ability [6]  12/15 25/19 28/7 41/11 42/8

64/11
able [15]  30/18 31/5 34/20 35/16 36/17
38/10 41/6 41/20 41/25 42/1 42/16
42/19 47/2 50/16 75/9
about [71]  5/16 7/6 8/22 9/4 9/8 9/24
9/24 10/17 11/13 11/22 12/1 12/9
12/18 15/13 16/1 20/18 23/8 23/8
23/18 23/19 24/6 24/12 24/13 25/24
26/14 26/25 27/5 28/5 28/9 28/10
28/11 28/14 28/16 30/11 30/12 30/19
30/22 37/13 40/18 41/10 42/22 42/22
43/2 43/2 43/20 53/8 53/15 53/16
53/21 53/22 53/25 55/16 55/24 57/10
57/11 57/17 58/12 59/8 59/10 59/12
59/14 60/7 61/9 61/12 61/15 62/10
64/10 66/4 72/6 76/6 81/6
above [2]  57/9 84/12
above-entitled [1]  84/12
absolutely [6]  25/16 32/25 42/9 42/14
63/2 67/15
abundantly [2]  41/19 58/8
accept [2]  49/7 51/12
accepted [5]  34/8 76/25 77/8 79/22
80/9
accepting [1]  15/18
access [1]  59/17
accordance [12]  33/4 35/2 38/9 46/9
48/8 48/14 48/16 48/18 59/9 63/3
79/21 80/8
according [4]  60/9 73/13 78/9 79/23
account [1]  72/17
accountants [1]  79/1
accounting [11]  15/25 34/9 38/13
45/11 69/15 71/23 76/7 76/25 79/22
80/9 81/1
accurate [6]  24/15 41/16 50/8 56/14
63/10 82/18
accurately [2]  25/11 25/11
achievable [1]  15/24
achievement [1]  54/14
acquired [1]  53/4
act [3]  13/19 77/3 77/11
acted [2]  13/21 52/4
acting [1]  54/20
action [6]  3/7 6/23 7/15 8/19 38/25
55/10
actionable [3]  30/14 65/20 78/13
actions [1]  77/16
active [3]  15/2 50/15 50/18
acts [1]  76/13
actual [1]  9/25
actually [18]  14/12 15/4 18/6 21/10
22/7 23/11 27/18 28/4 35/25 39/13
46/19 50/21 51/6 55/3 55/6 55/13 57/1
67/20
add [1]  37/3
Addison [13]  19/24 20/24 21/8 22/21
28/10 43/10 55/9 55/15 56/4 56/21
58/9 71/3 71/7
Addison's [2]  20/3 55/7
addition [9]  40/17 41/8 42/21 44/2
46/6 51/4 52/17 58/22 59/12
additional [6]  24/4 25/17 31/13 42/11
62/16 74/3
address [12]  17/12 21/8 29/4 29/5
30/6 36/13 37/22 37/23 39/5 42/24
62/22 63/12

**A**

adequacy [1] 16/19
adequately [1] 83/23
adjourned [1] 84/8
admits [1] 45/25
admitted [1] 54/7
adopted [1] 15/5
adversely [2] 11/9 12/7
affect [1] 32/1
affecting [2] 32/19 82/11
affirmed [1] 6/19
after [26] 9/13 17/2 18/22 20/10 20/18
21/11 23/24 28/23 30/25 31/14 32/9
33/16 41/13 50/2 53/3 53/8 56/8 56/11
56/16 56/24 57/16 61/6 62/3 64/16
70/13 72/4
after-the-fact [1] 20/10
afternoon [2] 3/3 37/21
again [18] 4/17 8/14 10/13 11/24
12/21 16/10 20/8 21/16 30/6 32/4
37/25 44/8 44/21 51/12 61/13 63/24
72/4 72/25
against [30] 5/17 5/21 5/21 5/23 5/25
6/4 6/16 6/23 7/9 7/12 7/16 8/16 9/17
14/9 18/8 23/3 29/9 30/8 30/10 30/11
31/10 31/11 32/5 36/17 45/4 45/8
52/12 55/10 68/14 77/25
agencies [1] 64/22
ago [1] 14/7
agree [4] 32/21 32/23 35/20 62/11
agreed [1] 30/14
agreement [1] 33/22
agreements [5] 10/7 10/9 10/10 50/25
68/25
ah [1] 24/17
aha [1] 25/25
ahead [4] 11/20 11/21 20/23 28/7
aided [1] 2/6
al [3] 1/3 1/6 3/7
all [60] 3/24 4/6 4/8 4/20 4/23 7/2 9/14
9/20 15/3 15/4 15/8 16/3 16/9 17/13
20/5 21/10 22/16 22/24 24/15 26/4
26/5 27/9 27/15 27/20 29/3 29/11
31/13 31/17 32/9 33/5 33/25 34/1 34/4
34/13 34/13 34/16 35/3 35/18 39/9
39/17 40/10 45/9 47/21 56/20 58/20
62/23 63/19 64/22 65/4 67/3 68/10
71/14 71/17 72/8 74/10 75/3 75/22
80/8 82/8 84/5
allegation [8] 19/22 21/9 22/6 22/12
22/18 24/11 29/16 35/16
allegations [42] 5/17 7/8 7/25 14/24
16/19 17/5 18/14 18/15 18/16 19/7
19/10 19/12 22/1 26/23 26/24 27/5
27/6 29/12 30/7 32/15 33/25 34/2 34/7
34/7 34/11 35/22 35/25 36/19 39/17
39/18 49/8 51/13 67/16 69/19 69/23
70/1 70/21 70/22 77/17 78/3 79/5
83/22
allege [45] 14/20 15/21 19/19 24/3
27/4 27/11 27/17 27/17 27/22 29/14
31/3 31/13 33/13 36/24 38/7 39/3
48/15 63/8 63/8 64/13 65/8 66/11
66/14 66/17 68/1 73/7 73/10 76/4 76/8
77/19 78/1 78/7 78/16 78/21 79/15
81/9 81/15 81/19 81/23 82/9 82/16
82/22 83/6 83/11 83/15

alleged [23] 5/16 8/17 8/20 12/19
13/19 14/5 16/6 26/11 29/19 31/19
38/15 39/20 40/12 44/5 44/15 49/6
63/7 65/12 65/25 77/23 78/9 82/2 83/7
allegedly [1] 13/3
alleges [5] 15/9 15/11 15/14 75/3
75/12
alleging [9] 9/15 11/14 27/10 27/13
31/8 33/3 34/22 36/8 43/6
Allen [2] 1/24 4/10
allocated [1] 25/11
allowed [1] 82/20
allowing [1] 68/25
alone [4] 44/13 47/25 62/11 74/22
already [7] 31/14 32/1 40/19 46/25
59/10 64/7 66/3
also [35] 4/4 13/10 27/23 28/12 28/20
33/19 38/5 39/5 40/19 40/23 42/6
42/22 43/16 44/2 52/9 53/2 53/19
55/23 56/10 56/14 59/25 60/16 63/23
64/4 65/15 65/18 70/17 73/5 73/5 78/6
78/15 82/9 82/16 82/19 83/6
although [3] 17/11 28/3 46/12
am [1] 52/14
Amorosa [3] 65/4 66/6 66/6
amount [1] 78/24
amounted [1] 33/5
amounts [2] 35/3 82/7
ample [1] 82/18
analysis [1] 62/13
analyst [3] 19/8 19/9 19/9
Analysts [1] 42/15
analyzed [1] 56/22
and/or [1] 67/7
announced [4] 53/3 53/9 64/11 66/2
announcement [2] 53/11 53/12
announcing [1] 52/21
annual [1] 66/7
another [4] 9/8 25/22 29/25 69/12
answer [6] 21/4 21/4 57/18 57/19
71/21 73/4
answering [5] 17/10 18/1 21/6 21/8
35/24
answers [1] 57/24
any [40] 11/8 12/6 12/24 14/3 16/8
20/8 22/10 25/14 26/13 26/13 27/11
30/1 30/24 30/25 34/21 35/14 37/1
48/12 48/19 49/4 51/14 51/17 58/12
59/21 61/12 61/23 66/7 66/9 66/14
66/15 67/1 67/4 68/11 69/23 71/4
71/25 72/11 72/22 72/25 78/13
anyone [5] 4/6 4/21 7/21 51/1 51/18
anything [5] 3/23 16/9 43/2 74/11 84/2
apologies [1] 10/16
appears [2] 23/22 23/25
applicability [1] 77/7
applicable [5] 33/4 35/2 79/8 81/3
83/24
applies [1] 5/25
apply [1] 68/14
appointed [1] 6/25
appreciate [3] 37/18 75/23 84/6
appropriate [1] 79/19
approval [1] 25/2
approve [2] 41/12 42/11
approved [5] 26/10 26/12 33/18 35/12
37/10

approving [1] 12/3
April [1] 25/8
April 2020 [1] 25/8
are [94]
area [2] 29/21 29/25
aren't [3] 10/10 26/20 65/4
argue [6] 18/6 23/23 56/11 63/23 64/4
64/6
argued [2] 39/8 52/10
argues [6] 42/2 49/3 51/5 76/21 78/1
78/18
arguing [2] 51/4 52/3
argument [17] 7/7 7/7 7/16 16/21
16/22 16/22 17/12 23/8 24/21 25/18
39/6 59/18 64/9 65/3 67/5 70/24 73/19
arguments [11] 8/11 8/13 23/3 29/4
29/5 29/6 36/5 37/22 49/2 63/13 75/23
arises [1] 76/1
arising [1] 77/21
arm [1] 70/11
around [3] 26/21 29/18 47/20
arrive [1] 63/14
articles [1] 73/7
artifices [1] 76/9
as [59] 4/23 8/5 10/8 11/13 11/17 12/2
12/15 12/20 14/3 14/3 14/14 19/2
19/16 21/21 22/3 30/9 30/10 31/7 31/8
31/10 31/12 37/15 38/15 39/15 43/23
45/11 46/6 46/17 46/18 46/20 47/16
48/3 48/15 49/3 49/3 49/7 49/8 49/11
50/1 51/13 54/5 54/5 54/7 56/17 56/17
57/6 60/9 63/10 68/8 71/4 75/19 75/19
76/14 76/19 77/8 79/15 81/25 81/25
81/25
aside [1] 65/5
ask [12] 3/10 14/25 22/3 41/22 43/19
47/11 58/13 59/22 61/23 67/1 68/15
74/9
asked [5] 15/17 20/15 21/2 45/13
62/10
asking [1] 43/11 53/22
assert [3] 77/24 79/9 83/2
asserted [1] 30/9
assertion [1] 66/15
assertions [3] 48/1 74/22 80/17
asserts [2] 77/18 78/15
assess [3] 39/17 54/13 82/13
assessing [1] 45/22
assessment [7] 21/1 21/3 38/18 45/20
71/18 71/20 73/3
assist [2] 16/1 54/11
associate [2] 4/14 4/18
associated [2] 40/20 64/4
Association [1] 6/15
assume [1] 43/18
assumption [2] 12/5 12/6
assurance [6] 45/17 47/25 48/1 54/23
79/20 81/5
at [110]
attached [3] 8/19 11/17 51/15
attempt [2] 50/18 50/20
attempts [2] 50/3 50/15
attorney [5] 7/20 8/2 29/17 73/9 73/12
attorney/client [5] 7/20 8/2 29/17 73/9
73/12
attributed [2] 65/12 66/9
Audio [8] 3/12 3/15 3/19 5/9 8/4 9/11

**A**

**Audio... [2]** 48/25 69/2
**audit [70]** 9/3 9/5 9/6 9/13 9/24 11/12 12/11 13/1 15/3 15/4 15/7 15/20 18/21 20/18 21/1 25/10 28/10 29/11 30/11 33/5 33/8 34/1 34/10 34/11 35/3 35/4 36/10 36/23 37/4 37/15 38/14 43/9 45/8 45/15 46/1 47/21 47/24 48/12 48/21 49/20 49/22 50/13 53/14 54/8 57/12 59/1 59/7 59/21 59/22 59/24 60/10 62/4 63/17 63/24 64/15 66/13 68/19 70/11 72/16 72/19 75/3 75/11 78/8 78/24 79/10 79/19 81/2 81/5 82/8 83/8
**audited [4]** 24/3 66/7 75/5 77/22
**auditing [8]** 10/24 12/3 24/14 32/25 70/4 70/5 70/7 71/23
**auditor [27]** 5/24 14/9 32/23 34/10 36/20 36/22 36/24 37/1 37/9 44/17 45/4 45/8 50/1 50/4 52/6 52/12 52/18 58/12 65/22 66/9 66/9 68/18 74/15 75/4 75/5 75/10 79/16
**auditor's [4]** 47/15 66/15 68/3 75/14
**auditors [8]** 5/23 6/6 6/18 36/17 45/15 50/6 68/15 68/23
**audits [30]** 24/4 24/4 24/6 24/12 24/13 24/18 29/15 33/3 35/2 38/5 38/12 40/20 40/22 46/7 48/14 48/16 58/24 58/25 59/4 60/6 62/6 62/16 62/17 67/13 72/18 76/22 76/23 78/8 79/25 81/3
**August [4]** 31/16 31/16 31/16 31/16
**August 10 [1]** 31/16
**August 2 [1]** 31/16
**August 4 [1]** 31/16
**August 9 [1]** 31/16
**authority [1]** 38/16
**available [7]** 17/15 28/1 44/22 49/12 51/1 51/9 82/22
**Avenue [1]** 1/19
**avoid [1]** 32/7
**awards [2]** 37/8 69/10
**aware [25]** 11/4 14/17 19/23 20/25 21/3 28/12 28/12 33/16 33/19 43/12 43/15 43/16 49/7 53/13 55/14 57/25 58/1 58/2 59/11 70/7 71/19 73/3 75/11 80/1 83/16
**away [2]** 5/5 29/18

**B**

**back [15]** 11/2 11/3 20/4 21/1 21/11 25/6 25/8 25/8 25/20 28/25 29/2 56/13 71/24 72/7 72/9
**background [1]** 3/21
**bad [4]** 27/15 27/20 31/13 31/15
**baffling [1]** 42/5
**BALL [2]** 1/21 1/21
**bankrupt [3]** 42/20 65/24 66/2
**barred [1]** 6/5 79/4
**based [15]** 9/6 10/24 11/5 15/23 16/15 19/8 20/12 32/7 34/2 49/3 49/4 68/25 83/7 83/22 83/25
**basic [2]** 49/17 59/20
**basically [7]** 10/3 27/10 33/5 35/1 35/3 56/17 82/8
**basis [8]** 8/22 29/24 30/16 33/23 45/16 45/22 51/8 74/9

**be [100]**
**bearing [1]** 46/5
**bears [2]** 39/24 71/5
**became [14]** 17/22 18/11 20/25 21/3 30/20 44/19 56/12 57/25 58/1 58/2 69/11 70/24 73/2 83/21
**because [39]** 7/19 8/11 8/14 8/21 8/23 11/2 12/21 13/16 16/16 16/21 18/24 20/21 24/10 25/2 25/14 26/9 30/10 31/25 35/17 39/10 41/4 42/24 47/7 50/6 52/3 54/6 54/7 56/1 59/1 62/22 63/16 64/6 71/11 75/3 78/4 78/23 78/23 78/25 82/20
**Bechtel [96]**
**Bechtel's [3]** 38/19 82/3 82/6
**been [27]** 6/23 7/22 10/18 13/10 14/17 15/5 16/12 20/13 25/1 31/8 31/19 33/19 36/17 36/20 40/19 43/17 44/20 50/21 51/1 51/16 54/1 56/15 60/5 61/5 73/11 80/1 80/14
**before [17]** 1/10 8/12 17/7 17/16 18/4 19/4 23/8 23/14 26/6 27/25 33/11 37/21 38/13 50/11 56/14 57/5 57/20
**began [2]** 17/21 18/10
**beginning [1]** 45/1
**behalf [2]** 3/18 7/13
**behavior [1]** 16/5
**behind [4]** 40/22 41/1 41/6 67/6
**being [13]** 7/12 11/3 12/6 13/5 28/3 36/22 37/15 41/15 57/10 59/8 60/3 64/17 71/12
**believe [3]** 8/11 48/21 71/11
**believed [2]** 9/6 83/3
**believes [1]** 12/21
**believing [1]** 79/12
**benefits [1]** 16/3
**best [4]** 8/6 29/16 58/18 84/11
**bet [2]** 42/17 60/3
**better [1]** 20/20
**between [4]** 31/9 53/10 62/18 62/20
**big [1]** 35/19
**billion [10]** 6/15 15/23 34/21 37/7 69/9 79/13 80/12 80/13 80/14 80/23
**Bird [3]** 72/15 72/16 72/20
**bit [5]** 11/20 42/4 46/12 49/3 53/15
**blanket [1]** 74/21
**blessing [1]** 81/16
**block [2]** 20/14 73/1
**BLRA [1]** 80/14
**board [8]** 28/13 46/13 48/10 49/18 60/8 60/13 60/14 81/1
**boil [1]** 10/3
**boilerplate [1]** 34/6
**bold [1]** 18/17
**both [9]** 11/6 17/5 40/23 45/4 48/15 60/13 65/7 77/14 81/19
**bothered [1]** 61/23
**bottom [1]** 10/4
**box [5]** 2/4 57/9 57/24 72/1 72/6
**brief [22]** 5/19 6/6 12/14 17/9 17/10 17/13 18/1 18/9 18/13 19/13 21/6 21/8 23/20 27/24 28/1 29/4 32/3 35/24 37/25 42/24 45/14 73/18
**briefed [2]** 43/17 43/21
**briefing [1]** 54/17
**briefs [4]** 8/11 39/9 42/5 75/23
**bringing [1]** 7/6

**broadly [1]** 32/23
**Brotherhood [1]** 3/6
**brought [4]** 13/13 17/1 55/10 77/1
**Browne [1]** 61/16
**budget [1]** 41/5
**bunch [3]** 6/6 32/2 52/7
**business [8]** 32/25 33/12 34/3 60/2 69/17 76/14 79/17 82/10
**but [57]** 5/21 6/4 7/21 8/12 11/7 12/4 12/20 16/10 16/14 17/13 19/3 20/20 22/16 24/10 25/1 26/3 26/16 27/2 28/8 30/3 30/4 30/17 31/9 32/12 32/23 33/11 34/11 34/12 35/6 35/21 35/25 38/21 39/11 40/2 40/23 42/6 43/1 43/24 44/15 44/23 51/8 52/9 52/12 54/7 56/14 56/25 59/4 60/23 62/16 63/8 63/14 64/13 65/5 68/4 70/5 70/17 74/1
**Byrne [3]** 57/11 57/11 57/13

**C**

**call [2]** 10/5 21/15
**called [4]** 3/2 24/3 65/24 66/11
**came [3]** 31/13 39/23 41/13
**can [14]** 8/24 10/12 14/10 22/3 31/19 33/11 33/25 37/3 37/4 40/1 46/19 49/4 55/6 69/24
**can't [5]** 32/22 41/17 63/15 66/2 73/19
**cannot [5]** 3/23 22/23 47/22 77/23 78/4
**care [2]** 14/14 45/19
**Carlette [17]** 27/3 27/3 27/8 27/12 28/9 28/11 28/11 28/12 28/14 28/19 28/20 28/21 42/22 43/2 43/15 43/22 59/10
**Carlette's [1]** 43/5
**CAROLINA [4]** 1/1 56/17 70/6 76/3
**case [92]**
**cases [24]** 6/2 6/6 6/13 6/21 13/15 13/17 27/16 32/2 36/16 37/5 37/7 37/14 45/5 52/7 52/11 52/13 65/2 65/6 67/25 68/14 68/16 69/18 74/16 75/15
**cataloged [1]** 8/20
**categories [1]** 24/1
**category [1]** 38/7
**caught [1]** 17/24
**causation [8]** 30/5 30/7 44/4 63/12 64/3 65/17 77/14 83/6
**cause [2]** 22/17 65/9
**caused [4]** 31/20 66/4 66/16 81/8
**centerpiece [1]** 7/4 19/22 21/9 35/23
**central [1]** 7/7
**certain [4]** 41/3 67/14 67/16 68/3
**certainly [4]** 22/10 44/18 62/12 67/9
**certifications [1]** 66/15
**certify [2]** 67/7 84/10
**certifying [1]** 71/21
**cetera [1]** 50/5
**CFO [1]** 43/11
**chain [1]** 43/4
**challenge [1]** 44/3
**challenged [1]** 38/11
**challenges [1]** 54/14
**changed [1]** 20/12
**changes [1]** 11/9
**chapter [1]** 13/20
**charge [1]** 72/20
**charged [1]** 24/16

**C**

**Charleston [4]**  1/6 1/14 1/25 2/5
**Charlotte [2]**  27/1 27/1
**chart [1]**  23/12
**cheese [2]**  69/15 69/17
**Chris [1]**  4/9
**CHRISTOPHER [1]**  1/24
**circuit [17]**  6/18 14/7 14/8 14/18 15/3 15/4 15/7 19/6 19/14 19/14 31/22 45/4 47/16 50/10 63/25 65/4 65/7
**Circuit's [2]**  6/14 63/18
**circumstances [2]**  75/10 76/12
**citation [1]**  49/5
**cite [13]**  13/25 20/9 20/22 21/5 21/21 28/1 31/21 32/2 36/16 52/7 65/22 68/16 74/20
**cited [12]**  5/19 6/6 12/14 14/7 21/6 21/7 23/16 45/5 61/17 67/25 75/1 75/16
**cites [1]**  74/17
**civil [6]**  3/7 62/5 64/20 77/2 77/15 83/25
**claim [22]**  13/12 16/9 16/25 17/4 18/3 18/4 20/21 22/20 30/10 30/17 30/17 42/23 54/17 56/21 66/3 74/23 77/6 77/9 77/24 79/7 83/19 83/24
**claimed [2]**  43/1 57/6
**claims [6]**  6/4 18/17 30/8 30/9 59/23 74/23
**class [10]**  6/23 6/24 7/1 7/13 7/15 8/19 18/2 38/25 55/10 76/16
**clean [8]**  35/4 38/14 53/14 59/1 62/4 64/15 79/9 83/8
**clear [27]**  11/11 13/2 13/4 13/7 18/18 20/23 20/24 38/8 41/19 42/5 44/19 46/8 47/17 49/13 52/5 52/22 54/1 55/11 55/15 58/8 59/4 60/11 60/25 62/17 69/19 70/24 75/15
**clearest [1]**  8/12
**clearly [5]**  12/4 20/10 43/21 54/21 64/25
**client [6]**  7/20 8/2 29/17 37/3 73/9 73/12
**close [2]**  55/3 62/19
**closers [1]**  9/22
**co [1]**  14/12
**cogent [3]**  14/2 14/21 16/15
**cognizant [1]**  34/18
**Cohen [4]**  1/16 1/18 3/17 4/5
**collaborate [1]**  54/10
**colleague [1]**  52/9
**collecting [2]**  36/23 68/19
**Colorado [2]**  6/15 50/11
**COLUMBIA [1]**  1/2
**come [10]**  11/1 35/8 40/8 55/3 57/3 58/16 69/22 69/24 70/21 74/7
**comfort [1]**  54/19
**comfortable [3]**  28/2 35/11 70/13
**coming [4]**  31/18 35/7 40/13 72/19
**comments [1]**  27/21
**commit [2]**  15/22 37/5
**committee [6]**  37/9 46/16 48/11 49/18 60/15 60/16
**committing [4]**  29/20 42/23 43/6 54/20
**common [3]**  14/24 27/16 83/13
**communicated [1]**  27/18

**communications [1]**  81/11
**companies [1]**  81/3
**company [43]**  6/4 6/16 6/23 11/22 25/3 25/6 25/7 28/23 32/20 33/17 33/20 35/19 36/22 38/19 38/20 38/22 42/7 42/14 42/15 42/17 42/19 43/16 43/23 46/1 46/1 47/8 47/10 50/3 50/12 50/22 54/8 59/24 60/2 60/10 65/23 66/1 66/10 68/20 68/22 69/15 71/17 75/6 81/1
**company's [9]**  6/5 32/20 41/10 53/6 53/7 55/25 59/3 66/20 71/15
**comparatively [1]**  5/18
**compared [1]**  31/10
**compelling [3]**  14/2 14/3 14/25
**compensation [1]**  37/9
**complaining [1]**  43/2
**complaint [52]**  5/15 8/7 8/9 12/24 13/2 13/4 13/7 13/18 15/9 15/11 16/16 17/8 17/17 18/7 19/17 20/22 21/5 21/22 23/14 24/12 24/14 26/5 26/12 26/25 29/13 30/8 31/9 31/10 31/11 35/23 38/8 38/15 39/24 40/9 40/12 40/15 51/14 54/9 55/13 61/17 73/13 75/11 76/4 76/18 77/6 77/7 77/18 78/10 79/3 79/6 80/15 83/23
**complaint's [1]**  34/2
**complaints [1]**  36/16
**complete [8]**  11/23 25/20 47/9 51/23 52/22 64/1 79/12 83/10
**completed [12]**  46/10 48/7 51/8 51/20 59/5 59/8 60/3 61/1 61/4 61/6 61/21 81/21
**completely [7]**  5/24 7/13 12/10 29/12 66/16 71/24 74/5
**complatement [1]**  12/2
**completion [11]**  10/18 10/19 10/25 11/1 11/5 12/4 16/2 25/4 25/7 30/13 76/7
**complex [1]**  38/12
**complied [3]**  69/20 73/22 76/24
**comply [2]**  38/4 45/24
**complying [1]**  58/12
**comprise [1]**  9/21
**comptroller [1]**  53/21
**computer [1]**  2/6
**computer-aided [1]**  2/6
**conceal [6]**  49/13 50/3 50/15 50/18 81/15 83/14
**concealed [8]**  44/6 49/6 49/10 49/25 51/5 64/16 66/13 83/8
**concede [2]**  44/3 44/4
**conceded [2]**  37/25 73/18
**concedes [2]**  39/6 62/23
**concern [3]**  26/8 26/15 65/25
**concerned [1]**  26/4
**concerns [10]**  25/19 35/11 35/11 42/21 59/11 61/9 61/12 61/14 61/16 67/12
**concession [1]**  73/19
**concessions [1]**  44/13
**concluded [1]**  74/1
**concludes [1]**  71/4
**conclusion [2]**  70/11 71/22
**conclusions [2]**  11/10 12/7
**conclusively [1]**  65/11
**conduct [8]**  14/13 14/13 34/10 34/11

**conducted [6]**  9/5 15/2 33/4 35/2 48/13 52/24
**conducting [3]**  38/5 59/22 59/24
**conference [1]**  4/21
**confidence [2]**  56/2 56/5
**confident [1]**  33/1
**confidential [1]**  27/13
**confirm [2]**  41/14 41/14
**confirmation [1]**  50/14
**confirming [1]**  80/7
**conflicted [3]**  54/25 68/19 82/3
**conflicting [1]**  49/2
**conflictingly [1]**  51/5
**congress [1]**  13/16
**conjecture [1]**  49/4
**connection [7]**  54/5 54/8 55/9 76/15 77/12 79/25 82/1
**conscious [1]**  7/2
**consider [2]**  14/8 47/17
**considered [1]**  62/13
**consolidated [3]**  76/3 79/6 83/23
**conspired [1]**  14/12
**constant [1]**  60/13
**constantly [1]**  11/3
**constituting [1]**  17/3
**construction [15]**  11/23 15/13 15/15 16/2 25/1 30/20 30/23 31/15 38/17 40/21 54/11 54/13 80/12 80/22 82/25
**consult [1]**  54/2
**consultant [1]**  49/19
**consultants [2]**  54/4 81/25
**consulting [2]**  53/23 68/18
**consumer [2]**  42/3 55/10
**contain [1]**  77/7
**contained [3]**  66/23 78/2 78/10
**contains [1]**  5/15
**contemplation [1]**  53/18
**contemporaneous [1]**  77/19
**contend [3]**  80/25 82/7 82/12
**contending [1]**  51/9
**contends [5]**  34/17 77/20 78/6 78/20 79/3
**contention [2]**  37/23 44/16
**contest [1]**  73/22
**contests [2]**  16/8 77/5
**context [6]**  8/14 12/8 12/18 14/9 45/25 59/2
**contingency [1]**  25/5
**continually [1]**  47/10
**continue [1]**  50/1
**continued [2]**  81/12 81/20
**continuously [1]**  37/2
**contract [1]**  74/4
**contractor [2]**  33/21 33/22
**contractors [1]**  10/9
**contracts [1]**  33/20
**contractual [1]**  10/24
**contradicted [1]**  80/17
**contrary [3]**  21/11 29/12 50/21
**contrast [3]**  5/17 8/23 47/22
**control [2]**  79/11 80/10
**controller [1]**  21/4
**controls [4]**  9/9 32/17 82/14 82/24
**convenient [1]**  51/3
**conversation [3]**  72/4 72/19 72/20
**conversations [2]**  57/2 57/11

**C**

**conviction** [1] 29/23
**convinced** [1] 15/14
**convincing** [2] 13/8 13/10
**Cooper** [10] 21/20 22/13 22/15 27/4
27/7 27/7 47/3 60/14 61/13 61/14
**Cooper's** [1] 61/9
**cooperate** [1] 49/20
**copy** [9] 18/20 22/4 22/20 22/23 35/24
70/22 71/6 73/11 73/15
**CORB** [5] 46/23 46/24 48/11 60/22
60/22
**core** [1] 54/14
**corporate** [1] 36/11
**correct** [11] 31/8 45/18 48/2 52/25
53/8 54/24 67/8 67/24 68/9 69/12
84/10
**corrected** [2] 30/24 31/1
**corrective** [3] 31/22 63/17 63/24
**correspondence** [5] 41/9 46/24 49/19
60/19 83/5
**cost** [18] 24/19 24/22 24/24 25/2 25/13
33/23 35/17 41/2 42/2 42/11 42/12
54/13 70/8 70/16 70/18 73/25 74/4
82/25
**costs** [16] 24/14 25/10 29/15 33/14
34/21 34/23 34/25 40/20 40/24 41/5
59/3 64/18 76/23 80/13 80/22
**could** [16] 11/9 12/7 14/4 36/12 52/3
55/6 56/4 56/18 56/24 60/5 61/21
65/23 66/14 74/2 79/20 83/2
**couldn't** [3] 35/21 67/18 71/11
**counsel** [17] 4/14 4/18 6/24 7/1 37/19
38/25 38/25 39/14 39/25 40/25 44/16
44/16 45/14 50/10 55/12 58/24 74/13
**counsel's** [1] 62/25
**counterintuitive** [1] 35/18
**country** [1] 45/5
**County** [1] 76/3
**couple** [2] 16/20 63/13
**coupled** [3] 45/7 68/2 75/16
**course** [5] 15/20 41/11 51/21 63/6
76/13
**court** [29] 1/1 2/4 2/6 3/2 3/21 5/15
8/14 12/22 13/23 14/23 19/12 39/15
39/16 44/9 49/7 51/12 53/17 61/6 63/4
63/10 64/7 68/15 71/3 74/21 75/2 75/8
79/5 79/6 84/8
**Court's** [4] 5/20 39/16 44/25 63/19
**courts** [4] 45/4 47/15 67/24 68/14
**Cozzarelli** [1] 19/5
**create** [1] 50/4
**created** [1] 34/19
**credit** [2] 42/1 60/17
**credits** [19] 11/7 31/6 38/11 41/7 42/8
42/8 42/16 42/18 44/12 46/11 52/23
60/2 60/12 60/21 61/22 64/13 79/14
81/14 81/19
**criminal** [3] 50/24 62/5 64/20
**critical** [1] 42/14
**CRR** [2] 2/4 84/14
**crystal** [2] 20/22 20/24
**cured** [1] 74/2
**current** [1] 10/24
**currently** [1] 52/15
**customers** [1] 49/11

**D**

**damn** [1] 50/5
**danger** [3] 14/15 14/16 61/15
**date** [5] 28/24 31/1 58/1 64/17 84/14
**dated** [2] 21/25 25/21
**dates** [8] 10/18 10/19 10/25 11/1 11/5
12/16 25/8 25/8
**day** [2] 79/24 79/24
**day-to-day** [1] 79/24
**DC** [1] 1/20
**deadline** [16] 38/10 41/7 41/11 42/1
42/10 46/15 46/17 47/2 47/4 60/12
60/18 60/20 61/6 64/5 64/12 81/14
**deadlines** [1] 67/14
**deal** [2] 56/2 56/5
**dealt** [1] 28/3
**debrief** [1] 46/23
**deceit** [1] 76/14
**deceived** [1] 76/6
**December** [2] 25/8 31/17
**December 2020** [1] 25/8
**December 31** [1] 31/17
**deception** [1] 76/19
**decided** [1] 7/21
**decides** [1] 21/21
**decision** [13] 5/20 6/14 7/2 7/5 8/20
23/4 39/14 39/16 44/25 53/17 63/18
63/19 73/16
**deck** [1] 31/3
**decline** [2] 65/10 65/11
**declines** [4] 30/25 31/19 32/9 66/12
**defeat** [1] 48/22
**defend** [1] 69/21
**defendant** [4] 4/8 13/21 14/16 14/17
78/20
**defendant's** [7] 37/22 39/3 39/8 40/3
42/5 55/6 55/8
**defendants** [15] 1/7 1/24 3/9 4/10 4/12
11/4 18/24 19/8 19/25 42/25 44/2
56/10 56/21 67/25 75/16
**defense** [1] 62/25
**defenses** [1] 77/7
**deficiencies** [1] 83/5
**definitely** [1] 12/11
**definition** [1] 59/6
**defraud** [2] 76/9 78/22
**delay** [1] 26/13
**delayed** [4] 25/1 28/22 28/23 70/14
**delays** [16] 11/4 11/8 12/7 24/19 24/22
24/25 25/3 25/12 25/16 28/3 70/9
70/17 70/19 73/25 74/3 81/13
**deliberately** [1] 75/12
**DELOITTE** [230]
**Deloitte's** [23] 9/23 17/14 17/21 18/10
38/12 39/11 39/12 40/16 48/20 59/14
59/18 60/6 62/2 62/6 64/15 64/23
75/19 78/11 82/7 83/7 83/19 83/20
84/1
**Deloitte-Touche** [1] 74/18
**demonstrate** [5] 8/5 47/14 48/20
53/19 75/21
**demonstrated** [2] 30/16 56/19
**demonstrating** [3] 51/7 62/2 81/12
**demonstrative** [4] 17/11 18/23 27/2
29/6
**demonstratives** [3] 23/8 23/9 23/12
**denied** [1] 84/1

**denying** [1] 23/4
**departure** [1] 14/14
**depends** [1] 79/1
**depositions** [1] 50/24
**describe** [1] 83/5
**desk** [1] 7/19
**destroyed** [2] 73/12 73/14
**detail** [2] 5/15 46/13
**determination** [1] 33/18
**determinations** [1] 35/12
**determine** [6] 39/19 54/24 56/13 61/12
82/3 82/17
**determined** [1] 56/18
**determining** [2] 56/23 60/4
**detract** [1] 30/1
**detriment** [1] 75/6
**development** [1] 43/13
**devices** [1] 76/8
**did** [37] 16/9 17/10 20/9 20/15 23/19
24/3 24/24 25/9 26/13 27/22 32/8 34/9
36/15 38/12 38/22 40/8 41/12 48/10
48/21 49/13 49/23 50/1 55/24 57/4
57/13 57/16 58/5 58/9 64/8 66/8 67/21
69/3 70/12 71/24 72/6 73/23 83/19
**didn't** [32] 17/6 20/8 20/22 21/5 21/7
22/1 24/5 24/10 25/23 27/12 28/19
34/12 41/3 42/12 42/24 42/25 43/1
45/9 45/11 48/9 57/4 57/25 58/3 59/15
62/22 62/24 63/14 66/19 69/12 69/16
72/11 72/25
**differences** [1] 31/9
**different** [15] 5/22 5/24 6/20 6/21 8/16
8/18 8/20 11/15 11/24 17/12 58/3 59/2
59/2 70/20 74/5
**dilemma** [1] 17/25
**directly** [2] 39/24 70/4
**disagree** [2] 17/10 30/4
**disagreed** [1] 28/14
**disagreeing** [1] 28/25
**disagreement** [3] 28/13 43/16 43/20
**disagreements** [1] 43/23
**disbelieve** [1] 78/17
**discharged** [1] 33/1
**disclose** [8] 7/21 21/21 22/9 22/17
38/20 38/23 43/24 59/15
**disclosed** [10] 7/23 25/3 28/16 31/4
40/14 50/2 51/16 63/20 64/5 64/19
**disclosure** [17] 10/17 12/12 20/8
21/19 47/10 57/14 64/1 64/1 65/16
66/1 66/3 66/19 66/20 66/23 71/25
72/11 83/11
**disclosures** [16] 9/20 20/6 31/23 44/5
44/8 44/9 47/5 54/14 63/17 63/21
63/24 64/7 65/18 66/19 72/8 72/10
**discover** [1] 83/19
**discovery** [2] 13/17 17/2
**discuss** [2] 46/12 84/3
**discussed** [3] 42/15 44/17 46/25
**discusses** [1] 22/8
**discussing** [4] 39/1 56/12 61/13 74/14
**discussion** [1] 60/13
**dismiss** [23] 3/8 4/24 5/3 5/20 6/17
11/17 18/18 20/2 23/5 33/10 38/2
42/25 44/14 44/25 48/22 49/8 51/15
58/19 71/1 71/8 74/9 76/18 84/1
**dismissal** [3] 6/19 8/12 70/3
**dismissed** [8] 6/18 8/9 14/22 16/16

**D**

dismissed... [4]  18/5 19/11 29/24 30/2
dispute [6]  10/10 38/4 38/5 38/11 38/13 46/2
disregarded [2]  75/4 80/25
DISTRICT [6]  1/1 1/1 1/10 15/6 52/15 74/19
disturb [1]  71/17
disturbed [2]  55/23 56/4
DIVISION [1]  1/2
DNTW [1]  75/1
do [30]  6/10 18/18 21/2 21/4 24/7 24/8 33/7 33/7 34/12 35/17 35/20 35/21 36/6 37/14 43/20 45/9 45/11 45/18 57/19 59/3 62/15 63/8 63/8 63/19 67/19 68/4 72/1 73/2 73/3 82/7
document [3]  47/23 51/17 72/11
documentation [4]  37/8 49/17 69/9 69/10
documents [23]  19/13 19/17 25/24 37/10 38/7 41/19 46/4 46/7 47/18 48/5 49/13 50/5 50/23 50/25 51/2 59/17 59/19 59/20 60/7 62/6 70/15 73/24 73/25
does [9]  32/24 33/6 33/7 38/3 43/24 47/22 71/6 71/21 77/18
doesn't [16]  21/9 22/10 23/5 25/14 26/9 38/5 39/5 39/11 43/17 43/19 44/21 46/2 53/24 55/3 57/24 71/17
doing [5]  22/7 24/17 25/12 35/6 70/15
dollars [4]  15/23 37/8 38/18 69/9
domain [1]  49/10
Dominion [1]  53/5
don't [22]  5/7 6/9 16/13 19/21 20/16 26/20 26/21 27/10 27/11 27/22 30/1 38/11 38/13 44/3 45/9 57/18 60/20 64/6 64/24 65/13 67/4 72/2
done [8]  29/11 30/13 33/22 57/3 60/5 60/5 72/18 75/25
door [1]  62/18
doubt [2]  61/20 72/25
down [6]  10/3 31/18 31/18 31/18 31/18 47/6
downgrading [1]  64/21
dozen [1]  46/13
dozens [12]  40/10 46/4 46/25 46/25 46/25 50/24 50/25 50/25 61/3 61/3 68/5 68/5
draft [1]  22/2
dramatically [1]  83/9
draw [1]  14/4
drawn [2]  8/6 14/22
Drive [1]  1/22
dropped [1]  44/7
due [2]  44/9 45/18
during [6]  39/6 57/3 66/12 71/16 76/16 76/16

**E**

each [2]  13/19 44/7
earlier [7]  6/8 15/6 17/2 39/1 50/11 58/5 73/17
earnings [1]  68/20
easiest [2]  8/12 12/22
easy [1]  62/8
echo [1]  5/10
economic [1]  77/13

EDELMAN [3]  2/1 4/11 5/12
effective [2]  9/9 80/11
effectiveness [1]  82/23
efficiency [1]  12/17
efforts [1]  25/17
Eileen [2]  43/9 43/19
either [4]  14/16 48/4 59/14 78/10
elected [1]  34/19
Electrical [1]  3/6
else [6]  4/1 4/6 4/21 27/21 28/11 74/11
else's [1]  8/25
email [19]  21/16 21/16 21/16 21/19 21/25 22/7 22/8 22/22 25/21 28/5 28/8 28/24 29/13 43/4 43/7 43/8 43/22 53/19 53/20
embedded [1]  78/2
eminent [1]  38/16
employed [1]  76/8
employee [2]  27/1 61/16
Employee's [1]  6/14
employees [4]  16/11 36/12 50/11 74/18
Employees' [2]  14/6 14/23
en [1]  56/16
enacted [1]  32/7
ended [1]  22/13
endorsed [1]  15/4
engage [1]  57/12
engaged [7]  15/12 36/25 38/16 54/18 55/2 76/13 76/21
engagement [17]  21/20 22/10 38/23 39/2 40/17 43/9 46/21 49/22 53/16 53/23 54/25 57/12 58/12 58/23 67/11 75/20 82/6
engaging [1]  75/6
engineer [1]  61/18
enough [3]  16/17 19/18 34/15
ensure [2]  41/16 76/24
entire [2]  56/17 60/2
entirely [1]  54/16
entirety [1]  29/24 51/9
entitled [1]  84/12
environment [1]  32/17
epitome [1]  47/18
Ernst [1]  69/11
error [1]  81/8
errors [1]  68/24
especially [1]  82/4
ESQ [5]  1/13 1/18 1/21 1/24 2/1
essential [1]  42/9
essentially [4]  9/3 14/3 45/10 59/17
establish [14]  9/22 9/23 27/14 29/9 39/7 39/10 40/16 62/12 64/2 65/17 68/3 68/7 74/8 75/17
established [1]  10/18
establishing [1]  81/2
estimated [2]  80/11 80/22
et [4]  1/3 1/6 3/7 50/5
evaluating [2]  13/12 30/7
evaluation [3]  54/11 54/12 82/24
even [33]  14/20 16/11 20/20 21/8 22/1 28/21 28/25 29/13 30/17 33/24 34/13 38/21 40/9 41/20 45/14 45/25 46/2 49/9 50/1 50/14 51/2 51/21 55/3 60/19 60/22 60/23 65/13 66/4 66/8 66/19 78/3 79/7 81/21
ever [3]  51/1 58/16 66/11

every [4]  32/23 36/2 36/3 47/20
everybody [14]  3/21 3/24 5/7 5/11 7/10 10/13 11/4 24/21 24/24 24/25 25/15 25/15 70/18 73/8
everybody's [1]  75/23
everyone [2]  41/1 56/12
everything [2]  28/16 56/13
evidence [24]  7/2 16/4 17/5 20/7 21/21 22/20 22/24 23/6 24/5 24/19 25/13 26/11 28/19 28/20 40/14 45/15 47/24 50/7 51/17 61/8 62/2 75/18 79/19 82/18
evidenced [1]  58/15
exact [2]  48/19 63/4
exactly [2]  59/23 62/25
examine [1]  19/16
example [6]  6/12 7/14 10/8 31/21 34/16 34/18 50/9
examples [2]  6/19 11/18
exceed [2]  34/23 34/24
exceeded [1]  34/21
excerpts [1]  11/16
excess [2]  34/25 41/5
Exchange [1]  77/11
exchanged [3]  23/7 23/9 23/11
exclusively [1]  46/14
excuse [2]  3/20 53/25
executive [1]  46/23
exercise [2]  45/18 45/19
exhibit [6]  8/19 11/18 40/2 40/3 43/3 55/6
exist [2]  22/2 23/5
existed [1]  82/14
existence [2]  64/20 64/21
expect [3]  23/15 24/10 27/12
expectation [1]  34/20
expected [1]  76/7
experienced [1]  6/24
experts [3]  13/8 13/9 15/14
explain [1]  13/24
explained [1]  14/10
explanation [2]  16/15 17/25
explanations [2]  14/21 15/1
explicit [1]  52/19
expose [1]  15/20
express [1]  41/18
expressed [1]  26/15
extended [1]  41/21
extension [1]  41/13
extensions [1]  47/11
extensive [2]  5/15 33/16
extensively [2]  5/19 61/14
extent [4]  14/16 41/3 55/12 83/12
external [4]  32/19 54/4 79/15 81/25
extra [1]  15/23
extraordinary [1]  68/24
extreme [1]  14/14

**F**

face [4]  20/10 46/8 59/14 77/9
facility [1]  76/2
fact [46]  20/10 21/12 21/20 23/2 24/23 26/7 26/16 30/1 36/2 40/18 46/2 46/16 47/10 49/12 52/1 52/14 52/17 53/2 53/15 53/16 53/21 55/24 56/16 57/19 58/5 58/10 58/11 58/15 58/18 59/20 59/22 60/4 60/10 61/5 62/4 63/10 64/1

**F**

**fact... [9]** 64/1 65/15 65/15 66/1 67/5 67/21 70/23 73/23 78/3
**factor [1]** 62/12
**factors [2]** 32/19 65/13
**facts [54]** 12/24 13/17 13/20 14/4 14/10 14/20 14/20 15/18 16/6 16/11 16/15 17/2 17/14 18/1 18/6 18/25 19/2 19/2 19/16 19/16 19/19 19/20 23/13 23/23 26/4 26/5 26/20 27/11 27/17 29/8 29/10 31/24 34/12 35/7 35/8 35/14 37/15 39/7 39/9 39/23 44/2 49/5 50/9 66/4 66/14 68/1 74/7 75/10 75/12 76/10 76/10 77/6 78/9 83/22
**factual [4]** 10/10 10/20 22/17 33/10 73/23 77/8
**fail [1]** 78/1
**failed [11]** 38/4 48/16 66/7 66/10 66/12 66/14 76/5 78/6 78/15 82/13 83/12
**failure [4]** 36/6 47/17 78/19 82/7
**fair [3]** 9/14 71/5 71/13
**Fairfield [1]** 76/3
**fairly [2]** 9/7 80/8
**fake [1]** 50/5
**fall [2]** 23/18 23/25
**falls [1]** 23/25
**false [24]** 8/21 9/16 9/17 9/24 13/3 30/22 32/1 44/10 48/21 50/13 52/5 52/25 56/19 63/5 63/7 63/9 63/10 64/15 64/23 66/10 66/11 77/20 81/22 82/19
**falsely [1]** 48/13
**falsity [2]** 31/8 62/21
**familiar [3]** 33/12 33/14 34/2
**familiarize [1]** 32/24
**family [2]** 42/17 60/3
**far [3]** 49/3 56/17 60/23
**farm [2]** 42/17 60/3
**favor [1]** 58/20
**February [2]** 43/4 43/8
**federal [4]** 13/13 16/25 77/2 77/14
**fee [1]** 68/18
**feedback [1]** 3/14
**feel [1]** 32/4
**fees [3]** 36/23 37/4 68/19
**felt [1]** 70/13
**few [5]** 8/5 12/23 32/14 62/10 74/16
**figure [1]** 50/16
**figures [1]** 71/18
**filed [6]** 3/8 4/24 4/24 17/7 17/16 23/14
**filing [3]** 39/24 40/9 40/15
**filings [14]** 38/20 55/17 55/21 55/25 56/7 56/8 57/6 57/15 57/22 58/4 58/7 71/15 71/21 76/24
**finally [6]** 50/3 51/22 64/9 66/18 79/3 83/18
**finances [1]** 59/3
**financial [48]** 9/4 9/6 9/7 9/9 9/14 9/15 9/18 9/22 10/1 10/6 10/23 11/12 12/1 19/25 21/17 30/12 32/17 38/8 38/14 45/17 45/23 46/9 48/8 48/17 53/7 54/23 66/8 66/20 66/21 66/24 67/6 70/5 76/22 76/22 78/5 79/10 79/11 79/21 80/3 80/6 80/10 80/20 81/6 81/17 82/12 82/15 83/12 83/15

**financing [1]** 80/13
**find [1]** 16/14
**finding [1]** 55/2
**findings [2]** 81/11 82/3
**finds [1]** 79/6
**firm [3]** 1/13 15/25 71/23
**firmly [1]** 23/15
**first [29]** 6/11 8/17 9/21 10/6 11/19 16/24 21/12 21/25 22/2 22/16 24/2 25/3 25/16 26/3 27/9 31/25 35/18 38/14 38/24 39/25 43/7 49/2 49/7 52/20 59/21 63/14 63/15 66/19 71/14
**fit [1]** 16/22
**five [3]** 17/3 26/18 38/13
**fixed [6]** 33/23 34/19 34/21 34/24 35/20 74/3
**fixed-cost [1]** 33/23
**fixed-price [1]** 34/19
**flag [1]** 46/19
**flags [9]** 45/6 47/12 59/13 68/2 68/6 74/24 75/4 75/16 75/19
**flashing [3]** 47/20 59/13 75/19
**Fleming [3]** 68/17 68/17 74/5
**Floor [2]** 1/14 1/16
**FLOYD [1]** 1/3
**focus [6]** 7/5 7/7 8/10 10/22 18/14 23/23
**focused [1]** 18/13
**focuses [1]** 39/21
**follow [2]** 34/8 48/9
**footnote [2]** 28/5 52/8
**Footnote 43 [1]** 52/8
**force [1]** 12/17
**forecast [1]** 12/20
**forecasted [2]** 11/1 12/17
**forecasts [3]** 54/13 54/15 82/25
**foregoing [1]** 84/10
**foreseeable [2]** 64/14 83/9
**form [3]** 10/7 53/10 81/16
**former [3]** 36/12 51/18 61/18
**forms [1]** 80/20
**forth [2]** 16/11 83/24
**forthrightness [1]** 82/21
**forward [8]** 30/18 35/7 35/8 58/16 67/22 69/24 70/21 74/7
**found [6]** 19/16 26/13 47/14 53/17 55/3 75/2
**Fourth [16]** 6/13 6/18 14/7 14/8 14/18 15/3 15/3 15/6 19/6 19/14 19/14 31/21 50/10 63/18 63/25 65/6
**framework [1]** 13/11
**frankly [4]** 49/1 51/14 62/8 65/5
**fraud [50]** 5/16 5/24 6/3 7/11 8/8 8/8 11/14 14/12 15/12 15/20 15/22 16/1 16/5 16/13 17/1 22/11 25/14 26/16 27/16 28/17 29/19 30/23 36/25 37/5 37/16 42/23 43/7 44/6 49/25 50/4 50/15 50/16 50/18 50/19 51/4 54/20 64/10 64/25 64/25 65/12 65/14 66/1 68/2 73/14 74/23 75/21 76/14 77/10 81/8 81/16
**fraudulent [3]** 8/17 56/20 78/22
**free [2]** 81/7 81/7
**front [1]** 40/2
**full [1]** 55/11
**fully [4]** 33/16 34/2 43/17 64/10
**fulsome [1]** 67/20

**fund [1]** 34/25
**further [13]** 8/2 11/8 12/6 12/8 20/17 28/22 28/23 30/25 32/12 58/11 58/15 67/1 84/2

**G**

**GAAP [13]** 38/9 46/10 48/8 48/18 59/9 62/8 63/4 69/21 69/24 73/22 74/22 75/13 75/13
**GAAS [8]** 45/7 68/1 69/20 69/25 73/22 74/22 75/13 75/17
**Gaming [1]** 31/22
**gaps [3]** 20/8 71/25 72/11
**gatekeeper [1]** 76/6
**gave [2]** 55/9 79/9
**general [4]** 4/18 28/12 42/16 43/20
**generally [6]** 28/14 34/8 76/19 76/24 79/22 80/9
**get [11]** 14/22 19/4 23/10 26/20 30/13 31/5 33/21 34/13 34/14 58/19 62/21
**gets [3]** 20/20 30/24 31/1
**getting [4]** 8/13 15/22 28/7 68/18
**give [3]** 37/15 52/24 55/13
**given [8]** 12/16 22/20 35/4 51/21 54/19 73/11 82/5 83/3
**giving [2]** 11/12 13/20
**go [16]** 5/4 10/12 13/11 13/17 16/1 16/4 18/22 25/20 27/17 30/17 37/11 42/19 47/11 65/24 67/22 71/10
**goes [1]** 11/7
**going [42]** 3/22 5/2 5/4 8/10 8/18 10/5 12/23 18/22 18/23 23/10 23/10 23/15 23/17 23/22 25/25 28/5 28/8 28/22 29/6 29/25 33/15 35/17 42/2 42/9 42/10 42/16 42/18 42/19 46/12 46/14 46/17 47/2 47/4 47/4 47/6 52/22 53/4 53/4 60/17 60/20 62/21 65/24 66/2
**gone [5]** 20/4 29/11 71/23 72/7 72/9
**good [6]** 3/3 3/4 3/16 23/19 37/21 56/20
**GORDON [2]** 1/21 1/21
**got [9]** 3/24 6/8 14/3 15/7 25/24 35/9 35/11 50/13 71/22
**grants [1]** 69/9
**great [3]** 29/23 56/2 56/5
**gross [2]** 80/11 80/22
**ground [1]** 76/19
**grounds [1]** 18/5
**guarantee [3]** 12/2 12/5 12/9
**guaranteed [1]** 10/25

**H**

**had [104]**
**hadn't [1]** 56/7
**half [3]** 15/23 43/7 46/13
**Haliburton [1]** 63/19
**handle [1]** 62/17
**happen [1]** 30/25
**happened [7]** 15/1 20/18 22/18 27/19 29/2 56/14 72/4
**happening [1]** 34/18
**happy [1]** 32/12
**hard [2]** 4/15 13/17
**has [30]** 3/22 6/9 6/23 9/17 10/4 13/14 13/24 14/1 14/2 14/20 15/7 16/16 16/17 18/5 19/10 30/8 36/9 37/25 41/14 41/18 43/22 43/23 47/10 51/1 51/8

**H**

**has... [5]** 51/16 65/7 76/18 77/19 79/5
**have [108]**
**having [3]** 4/15 10/11 40/1
**he [32]** 20/4 20/15 20/16 21/1 21/17 21/18 43/17 55/18 55/19 55/23 55/23 55/24 55/25 56/1 56/2 56/6 57/2 57/4 57/4 57/5 57/16 57/18 57/20 57/20 57/24 57/24 57/25 58/1 58/3 58/5 61/19 71/16
**he's [4]** 22/14 53/21 57/10 57/10
**head [3]** 45/10 47/19 67/18
**hear [4]** 5/2 27/9 37/19 69/3
**heard [1]** 49/2
**HEARING [1]** 1/9
**hearings [1]** 50/24
**heart [1]** 10/2
**heightened [4]** 13/15 32/7 77/15 79/8
**held [12]** 39/1 44/9 61/7 63/4 63/10 63/15 63/25 64/7 65/7 65/15 75/8 78/4
**help [2]** 23/11 39/7
**helped [1]** 81/15
**helpful [2]** 74/16 75/24
**her [8]** 27/22 27/23 28/12 28/15 28/16 43/15 43/16 70/24
**here [41]** 3/5 3/8 3/10 7/1 7/12 10/8 13/25 15/1 15/9 15/10 16/23 17/4 17/12 17/20 18/14 19/21 27/19 28/4 31/1 33/12 33/24 38/1 39/4 40/1 44/15 46/3 50/17 52/20 56/20 57/24 62/11 63/3 65/1 65/13 66/5 66/17 66/25 70/2 70/15 73/23 75/19
**here's [2]** 7/14 72/13
**herring [1]** 59/4
**hey [2]** 25/13 35/24
**hid [4]** 8/3 50/12 50/22 83/15
**hidden [7]** 7/10 7/19 41/4 44/10 51/2 64/14 64/23
**hide [5]** 15/13 36/2 36/3 55/11 73/8
**high [5]** 15/10 45/17 47/25 54/23 79/20
**highlighted [2]** 17/19 57/10
**highly [2]** 14/13 75/9
**hikes [3]** 47/11 62/1 82/20
**him [1]** 58/4
**hired [5]** 38/21 38/22 40/19 54/1 54/5
**hiring [1]** 53/18
**his [2]** 57/11 74/14
**historic [1]** 12/16
**historical [1]** 79/24
**historically [1]** 72/21
**hold [3]** 45/6 52/6 52/18
**holding [2]** 44/17 74/15
**holdings [1]** 74/16
**holds [1]** 74/21
**holistic [1]** 62/13
**holistically [1]** 39/17
**honestly [1]** 42/4
**honesty [1]** 79/2
**Honor [60]** 3/4 3/16 4/2 4/4 4/11 4/13 5/14 5/21 6/2 6/7 6/8 6/11 6/22 8/5 8/19 10/15 11/2 12/9 13/23 14/6 16/8 16/18 19/5 19/21 20/20 21/24 22/19 23/7 23/14 24/8 24/9 24/23 26/3 28/7 28/18 29/3 29/21 30/4 30/21 32/4 32/9 32/11 32/13 32/22 33/9 34/5 35/5 36/14 36/21 37/21 38/24 40/2 68/12

68/12 70/20 72/16 73/10 73/21 74/12 84/4
**Honor's [4]** 7/5 23/4 42/6 73/16
**HONORABLE [1]** 1/10
**hope [1]** 5/7
**horns [1]** 17/24
**host [1]** 62/2
**hour [1]** 23/8
**how [9]** 12/9 46/18 56/4 61/15 62/3 62/7 62/7 62/8 72/1
**however [5]** 11/8 32/8 51/12 52/5 75/13
**Hudson [2]** 2/2
**huge [1]** 62/18
**hundred [1]** 67/15

**I**

**I'd [5]** 3/10 24/1 29/22 32/12 71/10
**I'll [5]** 17/12 19/2 37/19 63/12 74/13
**I'm [24]** 4/15 4/15 4/18 5/2 8/10 8/18 10/5 10/7 18/22 18/23 20/23 23/9 23/10 27/7 28/6 29/25 31/2 40/1 46/12 48/23 62/21 62/24 69/3 72/25
**I've [5]** 6/8 23/9 29/3 29/5 30/10
**IBEW [4]** 4/24 32/15 33/3 34/16
**IBEW's [2]** 34/22 36/8
**identification [1]** 50/19
**identified [1]** 68/5
**identify [5]** 46/16 63/21 65/19 75/9 82/10
**identifying [2]** 45/22 79/17
**if [57]** 6/9 9/25 14/20 14/20 15/10 16/11 16/13 16/14 16/23 17/18 18/1 19/20 20/11 21/20 22/14 24/17 27/12 27/22 28/15 28/21 28/25 30/3 30/4 30/17 30/21 31/25 32/8 32/22 34/13 37/1 40/1 40/2 40/10 42/9 42/12 42/18 42/3 43/11 43/17 45/25 49/24 55/5 55/18 56/7 57/4 57/9 61/23 67/1 67/25 69/21 70/20 71/2 72/24 73/11 73/14 74/12 78/3
**ignore [2]** 40/10 60/10
**ignored [3]** 57/8 59/14 75/13
**ignores [2]** 31/9 54/16
**ignoring [1]** 47/20
**III [1]** 1/3
**immaterial [1]** 66/23
**impact [2]** 11/9 12/7
**implicated [1]** 62/9
**importance [1]** 82/5
**important [4]** 37/23 41/24 59/25 60/6
**importantly [1]** 14/18
**imprudency [1]** 26/13
**imputable [1]** 76/20
**imputed [1]** 59/6
**in [338]**
**inability [2]** 12/16 47/8
**inappropriate [1]** 40/13
**incentive [3]** 36/2 36/3 55/14
**include [2]** 46/13 81/4
**includes [1]** 46/15
**including [20]** 6/13 19/16 32/18 32/20 39/6 39/18 41/3 45/5 47/15 48/5 52/14 58/17 62/3 62/5 64/17 64/19 67/25 75/15 81/4 83/7
**inconsistent [1]** 19/10
**incorporated [1]** 19/17

**increases [3]** 42/11 42/12 42/13
**incurred [1]** 30/19
**indeed [1]** 82/18
**independence [3]** 36/20 37/13 68/23
**indicate [1]** 72/21
**indicates [1]** 22/22
**indiscernible [4]** 44/10 47/13 52/11 68/21
**individual [1]** 47/24
**indulgence [1]** 29/22
**industry [1]** 32/18
**inference [14]** 8/6 12/25 13/21 13/25 14/4 21/13 29/16 37/16 49/5 49/15 49/24 74/25 78/16 78/25
**inferences [2]** 14/22 58/20
**informant [1]** 27/13
**information [35]** 13/5 13/7 13/10 15/19 17/7 20/12 34/4 40/8 40/11 41/13 41/15 43/5 44/5 44/22 44/24 46/6 51/6 51/9 51/15 51/24 52/24 53/1 54/24 59/6 64/19 64/22 66/23 67/10 67/14 68/6 70/25 72/22 78/17 80/2 81/21
**informative [1]** 75/24
**informed [1]** 64/10
**inquiry [1]** 33/6
**inside [1]** 8/8
**insiders [2]** 6/16 15/22
**Inspire [1]** 19/6
**instead [3]** 39/8 54/17 66/9
**instruct [1]** 14/23
**insufficient [4]** 18/7 39/10 61/2 64/8
**integrity [1]** 79/2
**intent [1]** 78/22
**intentional [1]** 14/11
**intentionally [1]** 49/25
**interesting [2]** 65/21 72/13
**interference [8]** 3/12 3/15 3/19 5/9 8/4 9/11 48/25 69/2
**interim [1]** 80/19
**internal [17]** 9/9 22/8 32/17 41/19 46/4 46/7 47/3 47/23 49/12 54/5 79/10 80/1 80/10 81/25 82/14 82/24 83/4
**international [2]** 3/6 71/22
**interpretation [1]** 51/24 73/1
**interpreted [1]** 71/12
**intervening [1]** 65/13
**into [7]** 13/17 19/17 23/25 62/22 66/11 79/11 80/21
**investigated [1]** 35/10
**investigation [1]** 70/13
**investigations [2]** 62/5 64/20
**investment [1]** 80/12
**investment's [1]** 65/10
**investors [22]** 15/12 30/19 30/20 31/25 38/23 41/16 42/9 43/24 48/2 48/7 48/13 48/18 49/11 50/23 53/6 64/5 75/7 76/6 79/11 80/6 81/16 81/20
**involve [1]** 38/12
**involved [1]** 69/11
**involving [1]** 9/2
**Iowa [1]** 74/14
**irreconcilable [2]** 51/10 52/1
**irrelevant [5]** 39/9 39/12 44/23 58/25 78/13
**is [217]**
**issuance [1]** 83/8

**I**

**issue [21]**  8/15 9/10 10/11 11/25 12/21 20/19 26/17 30/15 30/17 33/14 49/21 56/3 56/6 64/25 65/23 66/5 66/22 66/25 66/25 69/12 78/22
**issued [13]**  9/4 10/8 22/25 35/12 38/14 53/10 54/5 57/16 57/21 65/24 78/2 78/5 82/1
**issues [6]**  29/25 41/10 44/1 47/7 56/20 73/23
**issuing [5]**  12/10 13/1 18/21 21/1 53/13
**it [182]**
**it's [30]**  5/12 6/12 8/23 9/13 11/13 14/3 16/18 18/18 19/18 24/10 24/11 26/11 37/22 37/24 42/5 45/10 50/21 53/24 54/22 55/7 58/8 58/18 59/16 59/18 59/25 62/12 62/17 71/12 71/13 72/20
**items [1]**  48/13
**its [82]**  5/16 5/25 6/4 6/16 7/3 7/9 7/25 8/21 9/3 9/24 10/9 11/12 11/22 12/16 13/1 14/24 15/11 15/19 18/21 20/10 21/1 22/2 22/7 22/25 29/16 29/24 30/11 32/17 32/17 32/20 33/1 33/20 39/24 40/23 44/6 45/6 45/25 46/7 47/8 48/16 48/21 49/25 50/4 51/15 52/4 52/11 53/13 53/17 54/8 54/11 54/16 54/17 58/13 58/22 59/24 61/13 62/3 66/16 67/13 68/7 69/16 69/20 74/17 75/6 75/21 76/5 76/5 77/9 77/17 78/18 78/24 79/1 79/25 80/19 83/3 83/7
**itself [8]**  39/2 49/21 54/7 54/19 55/5 58/14 60/14 82/6

**J**

**January [1]**  53/9
**jeopardy [1]**  80/4
**Jimmy [6]**  19/24 43/10 43/11 43/14 55/9 55/15
**job [5]**  22/7 23/20 45/11 67/19 73/23
**joint [1]**  60/14
**JUDGE [2]**  1/10 15/5
**July [9]**  4/24 31/3 31/7 32/9 51/22 52/20 53/11 64/11 64/16
**July 27 [1]**  31/7
**July 27th [4]**  31/3 32/9 64/11 64/16
**June [5]**  25/4 25/4 25/23 26/8 26/15
**June 2016 [1]**  26/15
**June 30 [2]**  25/23 26/8
**just [35]**  6/12 6/20 10/11 11/11 12/5 15/10 18/16 19/11 19/12 19/18 19/21 21/10 22/16 23/22 23/5 23/20 26/5 29/12 32/14 34/6 38/21 41/17 52/12 53/17 57/20 59/16 65/14 67/7 67/18 68/13 71/10 71/13 73/24 74/12 74/16

**K**

**KAREN [3]**  2/4 84/13 84/14
**Katyle [4]**  63/18 65/7 65/15 65/18
**keep [3]**  29/17 29/18 30/8
**Ken [1]**  61/16
**Kent [1]**  1/22
**kept [1]**  31/17
**Kevin [3]**  43/18 43/18 43/21
**key [3]**  11/2 20/6 46/17
**kind [4]**  33/6 51/5 59/20 64/18

**King [1]**  1/14
**knew [41]**  7/21 7/22 15/16 23/18 23/19 24/22 24/25 25/15 25/15 26/5 26/14 26/19 28/13 34/4 34/22 37/9 38/15 41/1 42/17 48/6 48/9 48/17 51/6 53/16 53/25 54/1 55/16 56/1 57/20 58/11 59/12 59/14 67/10 67/11 67/11 67/12 67/13 67/15 69/1 70/18 81/21
**know [42]**  5/7 6/9 20/16 21/2 21/4 23/17 24/5 24/24 25/23 27/22 29/1 32/1 36/14 36/17 36/22 39/15 41/3 43/1 43/4 43/17 53/13 54/6 55/24 57/4 57/18 57/19 57/24 58/1 58/3 58/11 59/12 60/8 61/25 62/14 69/23 70/2 72/1 72/2 73/2 73/4 73/5 73/5
**knowing [2]**  55/2 74/8
**knowledge [12]**  17/15 17/21 18/10 39/1 54/17 58/22 58/25 73/17 75/20 75/21 77/19 83/20
**known [16]**  14/16 17/23 18/1 18/12 23/24 30/20 31/14 34/23 35/15 36/1 44/24 51/24 53/1 56/12 68/6 83/21
**knows [1]**  43/22
**Knoxville [1]**  1/22
**Ks [1]**  77/22

**L**

**labeled [1]**  16/24
**lack [4]**  12/9 36/7 78/19 82/20
**language [5]**  10/21 10/22 17/19 20/6 71/12
**large [1]**  37/3
**largely [1]**  62/23
**last [6]**  28/4 57/7 62/4 69/4 73/1 73/10
**late [1]**  60/23
**later [4]**  17/1 26/18 57/16 61/18
**Lattanzio [2]**  65/3 65/21
**LAURA [3]**  1/15 3/17 3/25
**law [1]**  1/13 10/24 11/5 11/9 52/5 52/18 75/15
**laws [3]**  13/13 16/25 83/25
**lawyer's [1]**  7/19
**learned [7]**  23/13 40/18 40/21 41/8 42/22 42/22 46/6
**least [5]**  14/3 46/13 46/15 53/1 65/9
**leave [3]**  26/16 27/23 28/21
**led [1]**  64/17
**left [2]**  27/4 43/6
**legal [2]**  13/11 34/17
**length [1]**  37/14
**less [1]**  11/21
**let [7]**  4/17 29/19 37/11 39/25 41/22 47/25 69/19
**let's [2]**  53/12 60/7
**letter [1]**  25/22
**letters [2]**  50/13 50/14
**level [6]**  15/10 29/9 45/17 48/1 54/23 79/20
**levels [1]**  12/17
**liable [5]**  44/18 52/6 52/18 74/15 78/4
**lies [1]**  50/5
**light [4]**  39/23 41/13 47/20 76/11
**like [23]**  3/10 6/13 6/17 15/25 24/1 26/5 27/14 29/22 30/6 36/18 36/18 36/19 37/5 37/7 49/18 49/19 54/25 55/12 70/7 71/10 73/24 75/20 78/25
**likely [1]**  57/25

**limitations [8]**  16/22 17/21 18/5 18/10 26/21 45/2 79/4 83/18
**linchpin [3]**  23/2 23/4 73/16
**Line [1]**  55/19
**Line 1 [1]**  55/19
**listen [1]**  19/12
**lists [1]**  80/24
**literally [1]**  45/9
**litigating [1]**  52/15
**litigation [4]**  37/24 51/3 58/17 77/3
**little [9]**  8/18 11/20 14/7 17/12 43/9 46/12 49/3 53/15 65/5
**LLC [1]**  1/21
**LLP [2]**  1/6 2/1
**local [2]**  20/5 72/7
**logic [1]**  21/24
**long [4]**  36/9 37/14 62/7 78/23
**longer [1]**  53/6
**Lonnie [1]**  61/14
**look [14]**  9/25 16/23 18/16 19/13 19/20 20/3 33/7 33/25 43/3 55/18 57/9 67/6 68/15 73/16
**looked [2]**  21/11 71/24
**looking [3]**  14/24 72/21 74/2
**looks [3]**  56/20 59/23 71/3
**loop [1]**  43/12
**loss [11]**  30/5 30/7 44/4 63/12 64/2 65/17 66/4 77/14 77/14 83/6 83/14
**losses [3]**  30/19 30/24 66/16
**lot [3]**  35/17 36/11 51/17
**lots [1]**  37/2
**lying [1]**  73/7

**M**

**made [44]**  6/17 7/2 9/12 9/19 11/18 11/22 14/18 17/13 19/7 20/7 20/9 26/24 27/5 27/20 27/23 29/4 29/7 30/22 33/17 36/5 38/8 46/8 49/1 50/21 51/1 52/19 55/21 56/8 59/4 69/9 69/10 70/10 71/19 72/9 72/10 72/12 76/9 76/11 76/12 77/22 78/4 78/13 80/17 82/17
**magnitude [1]**  68/24
**mail [2]**  27/4 43/6
**maintaining [1]**  79/1
**major [1]**  30/5 44/1
**majority [1]**  67/5
**make [13]**  13/16 16/23 17/11 24/12 24/15 25/10 25/14 25/18 33/7 49/13 57/23 60/11 76/11
**makes [14]**  13/2 13/4 13/7 16/24 20/22 20/24 32/15 35/21 49/24 54/1 56/8 56/10 56/15 70/2
**making [4]**  8/22 13/3 34/6 60/25
**man [1]**  19/24
**management [5]**  6/4 41/17 47/24 60/16 62/20
**management's [7]**  48/1 50/7 51/10 51/19 52/1 54/25 56/24
**many [2]**  6/2 6/12
**MARGARET [1]**  1/10
**marked [1]**  10/4
**market [9]**  31/4 31/24 42/14 52/25 64/8 64/10 65/16 65/23 66/4
**Marsh [2]**  43/18 43/21
**MARTIN [3]**  2/4 84/13 84/14
**material [17]**  9/7 9/14 38/19 44/10

**M**

**material... [13]** 45/22 64/22 76/10 76/10 77/11 78/8 79/18 80/8 81/7 81/8 81/13 82/11 82/14
**materiality [3]** 44/3 44/3 82/6
**materially [3]** 45/18 48/2 54/24
**materials [1]** 80/1
**matter [6]** 3/5 5/22 10/20 35/10 77/8 84/12
**matters [3]** 10/10 33/10 43/13
**may [5]** 5/14 21/19 22/15 22/17 39/19 53/25 69/19 72/2
**me [8]** 3/20 4/17 28/7 39/25 41/22 53/25 69/19 72/2
**mean [13]** 14/11 18/4 27/2 29/13 30/21 33/13 33/24 35/18 39/11 44/21 45/9 53/24 72/24
**meaning [1]** 43/13
**means [4]** 13/24 13/25 17/4 43/21
**meant [3]** 40/25 47/8 47/21
**meet [20]** 12/16 12/16 38/10 41/6 41/11 41/20 41/25 42/1 42/10 46/15 46/17 47/2 47/4 60/11 60/17 60/20 64/12 67/13 67/21 81/14
**meeting [5]** 43/12 55/3 60/15 60/16 64/5
**meetings [1]** 60/14
**memoranda [2]** 80/1 80/16
**mention [5]** 22/15 53/22 66/7 66/8 66/19
**mentioning [1]** 22/13
**mentions [1]** 22/15
**Merck [1]** 45/1
**mere [3]** 14/19 37/14 47/18
**Meredith [2]** 4/13 4/18
**merely [3]** 14/1 36/21 78/4
**merger [3]** 53/8 53/9 53/12
**merit [1]** 13/17
**merits [1]** 77/6
**met [3]** 12/12 31/5 31/15
**metric [1]** 47/23
**metrics [7]** 46/5 46/8 47/1 48/12 61/4 61/7 81/10
**Mexico [1]** 37/6 37/7 69/8 74/6
**MicroStrategy [6]** 36/18 37/6 37/12 47/16 68/22 74/6
**Middle [1]** 52/15
**might [4]** 16/12 22/9 38/20 74/13
**Milbank [2]** 2/1 4/12
**million [4]** 36/10 38/18 62/14 79/13
**Milstein [4]** 1/16 1/18 3/17 4/5
**mind [2]** 13/22 30/8
**minutes [9]** 8/6 46/14 46/16 48/11 48/11 49/18 49/18 60/8 60/16
**mischaracterizing [1]** 68/13
**misconduct [2]** 14/11 83/7
**misleading [11]** 7/17 14/15 44/11 63/5 63/9 63/11 64/15 64/24 76/13 77/21 79/11
**misrepresentation [5]** 63/22 65/8 65/19 77/12 81/7
**misstatements [7]** 12/19 45/23 77/24 78/3 79/18 81/8 82/11
**moment [2]** 10/12 71/4
**moments [1]** 12/23
**monitor [1]** 24/11
**monitoring [2]** 54/12 82/25
**month [1]** 25/5

**monthly [4]** 67/3 80/2 80/16 83/4
**months [3]** 11/21 26/18 38/13
**Moore [2]** 1/24 4/9
**more [15]** 11/19 14/1 17/7 17/16 18/4 26/6 35/17 40/14 44/15 46/13 46/18 49/5 68/4 75/18 80/22
**morning [2]** 3/4 3/16
**Moss [2]** 4/13 4/18
**most [8]** 10/22 14/21 14/25 16/15 39/6 49/16 59/20 60/6
**mostly [1]** 8/10
**motion [29]** 1/9 3/8 4/23 5/2 5/20 6/17 11/17 12/23 18/18 20/1 23/5 33/10 38/2 42/25 44/14 44/25 48/22 49/8 51/15 58/19 71/1 71/8 73/21 74/17 74/20 75/2 77/1 77/4 84/1
**motivated [1]** 78/21
**motive [9]** 15/22 15/25 36/6 36/7 36/23 37/4 62/10 62/11 78/19
**move [1]** 29/25
**moved [4]** 11/3 28/24 29/2 76/18
**moving [2]** 17/9 17/13 21/7
**Mr. [7]** 5/12 20/3 20/24 28/10 57/11 57/11 57/13
**Mr. Addison [2]** 20/24 28/10
**Mr. Addison's [1]** 20/3
**Mr. Byrne [3]** 57/11 57/11 57/13
**Mr. Edelman [1]** 5/12
**Ms [1]** 69/5
**Ms. [9]** 27/20 27/24 28/2 28/6 28/25 69/4 70/23 71/7 73/1
**Ms. Posner [3]** 69/4 70/23 71/7
**Ms. Posner's [1]** 73/1
**Ms. Walker [5]** 27/20 27/24 28/2 28/6 28/25
**much [7]** 6/17 37/17 46/18 54/8 62/22 67/3 84/5
**multiple [4]** 60/24 60/25 61/22 64/14
**must [8]** 14/17 19/15 31/23 49/7 51/12 59/16 77/7 77/11
**mute [3]** 3/21 69/4 69/5
**muted [2]** 5/8 5/11
**my [9]** 10/15 23/10 28/6 38/25 38/25 44/13 44/16 52/9 84/11

**N**

**named [2]** 19/24 27/1
**national [4]** 15/25 20/5 31/22 72/8
**nature [1]** 32/19
**nearly [1]** 36/10
**necessary [4]** 64/2 65/17 76/11 81/14
**need [12]** 17/5 19/19 28/22 38/20 63/19 63/21 65/8 65/10 65/18 69/21 70/1 84/2
**needed [2]** 20/11 25/5
**needs [2]** 3/21 63/20
**negligence [13]** 14/19 14/21 16/12 16/13 16/14 16/17 27/10 34/7 34/14 34/14 35/16 47/18 68/8
**negligent [2]** 16/10 16/12
**neither [1]** 63/25
**nevertheless [2]** 80/5 80/18
**new [20]** 1/17 1/19 2/2 10/6 10/9 10/17 11/6 15/6 20/12 26/20 29/6 31/24 37/6 37/7 43/13 52/25 69/8 70/14 74/6 74/19
**news [3]** 31/13 31/15 64/19

**newspaper [1]** 73/7
**next [7]** 17/18 31/12 53/23 55/5 72/1 72/6 72/24
**NND [2]** 43/13 43/13
**no [60]** 4/7 4/22 12/24 13/9 15/2 15/4 15/7 16/3 16/6 18/19 22/3 22/12 22/18 22/24 28/19 28/19 29/11 29/15 30/16 33/5 34/1 35/3 35/21 35/21 35/22 36/21 37/8 37/10 42/13 45/8 47/21 49/24 50/18 50/19 50/23 51/8 52/3 52/5 52/12 52/17 52/19 53/6 53/10 55/11 56/8 56/10 56/11 56/15 56/20 57/19 58/15 63/16 63/23 65/15 69/9 69/23 75/3 78/17 80/22 82/8
**No. [2]** 3/7 10/4
**No. 3:19-3304 [1]** 3/7
**No. 5 [1]** 10/4
**noise [1]** 5/6
**non [2]** 47/23 57/14
**non-disclosure [1]** 57/14
**non-senior [1]** 47/23
**none [6]** 16/2 49/23 50/17 65/6 66/25 67/19
**nor [2]** 57/4 64/1
**not [137]**
**Notably [1]** 50/14
**Note [1]** 27/25
**Note 4 [1]** 27/25
**notes [1]** 82/20
**nothing [4]** 32/11 43/24 49/9 72/21
**notice [2]** 18/3 75/5
**notion [1]** 18/19
**November [1]** 1/4 3/1 26/10
**November 17 [1]** 3/1
**now [30]** 6/22 7/14 7/18 9/25 13/11 16/18 17/9 18/25 19/1 23/7 23/9 23/22 24/1 25/25 29/25 31/2 45/13 47/22 52/16 53/12 53/23 57/23 63/6 69/6 70/20 71/10 72/14 72/20 73/2 73/5
**Nowhere [1]** 51/14
**nuclear [43]** 10/1 11/7 12/4 15/13 16/2 24/15 24/16 25/10 25/20 38/10 38/17 40/20 41/7 42/16 43/13 43/14 44/6 44/12 46/5 46/10 46/11 48/6 51/7 51/20 52/21 52/23 53/3 55/1 59/5 59/8 60/1 60/1 60/3 60/17 60/25 61/15 61/21 64/13 76/2 76/2 79/13 81/18 83/13
**number [6]** 37/3 41/9 47/13 48/12 55/22 59/13
**numerous [5]** 39/22 50/23 63/7 80/16 80/24
**NW [1]** 1/19
**NY [2]** 1/17 2/2

**O**

**objectives [1]** 32/21
**obligated [6]** 39/16 54/10 59/19 60/8 61/10 67/17
**obligation [7]** 34/8 34/17 35/8 41/14 41/18 50/6 54/16
**obligations [3]** 58/13 69/20 80/25
**obtain [17]** 32/16 42/8 42/12 42/16 42/19 45/15 46/4 46/11 48/10 50/7 52/23 54/22 58/10 59/21 60/4 79/13 81/5
**obtained [4]** 44/20 48/4 58/25 62/14

# O

**obtaining [7]** 38/10 41/7 42/7 42/18 44/12 60/1 79/18
**obvious [1]** 14/17
**obviously [3]** 20/17 66/2 72/3
**occasion [2]** 13/24 14/8
**occasions [1]** 55/20
**occurred [1]** 50/17
**occurring [1]** 67/19
**occurs [1]** 53/5
**October [6]** 5/1 17/23 18/12 22/2 25/6 83/21
**October 13 [1]** 22/2
**October 2015 [1]** 25/6
**October 2018 [2]** 17/23 18/12
**odds [1]** 7/14
**off [11]** 27/10 55/17 55/25 56/6 57/6 57/14 58/4 58/6 63/3 63/9 74/13
**offered [1]** 15/25
**offers [1]** 13/9
**officer [2]** 19/25 21/17
**officers [13]** 5/17 6/1 7/3 7/9 7/25 8/21 11/22 15/11 15/19 23/3 29/17 33/17 51/19
**offices [1]** 36/12
**OGIBA [2]** 1/24 4/9
**oh [2]** 37/4 43/19
**Okay [13]** 5/12 5/13 6/11 10/15 28/6 32/14 36/5 37/17 40/6 40/7 48/23 69/7 73/1
**old [3]** 1/22 53/6 65/5
**omission [5]** 13/19 63/22 65/9 65/19 77/12
**omissions [4]** 64/23 77/21 77/24 78/9
**omitted [2]** 76/10 78/8
**on [129]**
**once [2]** 25/1 60/24
**one [31]** 6/23 9/3 9/17 14/4 14/21 14/25 15/17 19/25 25/20 26/20 27/3 29/21 30/8 32/15 33/25 36/5 36/8 36/14 36/15 41/12 43/24 50/24 51/17 52/14 55/7 55/22 58/16 65/9 69/12 70/23 74/12
**ones [1]** 63/8
**ongoing [3]** 54/12 62/4 82/24
**only [22]** 8/24 13/16 17/21 18/10 24/24 30/10 30/14 30/18 39/21 39/23 42/6 48/3 51/23 51/23 54/6 57/16 59/3 62/15 65/8 76/21 78/9 78/21
**operates [1]** 76/14
**operational [2]** 11/6 81/18
**opinion [11]** 9/3 9/4 9/8 9/13 11/13 12/11 13/1 21/1 30/11 44/13 59/7
**opinions [8]** 18/21 20/19 23/1 78/2 78/5 78/8 78/11 78/22
**opposed [3]** 30/9 49/11 68/8
**opposing [8]** 14/4 38/25 42/24 44/16 45/13 50/10 55/12 74/13
**opposite [4]** 22/22 39/12 48/19 66/16
**opposition [4]** 4/25 5/19 17/20 52/8
**option [4]** 34/19 37/8 69/8 69/10
**or [66]** 6/9 11/8 13/19 14/1 14/12 14/17 14/21 15/2 16/3 16/3 17/3 21/8 29/11 34/22 36/9 37/6 40/3 42/12 43/14 44/6 47/24 48/9 48/11 48/12 48/15 49/9 49/11 50/19 51/14 51/15 51/17 51/24 52/13 56/4 57/16 59/2

59/3 59/14 63/16 63/22 64/1 65/8 65/15 65/19 66/7 66/9 67/7 67/7 68/1 69/5 69/12 74/8 74/22 75/12 76/10 76/13 76/14 77/6 77/12 77/13 77/22 77/24 78/8 78/11 81/7 81/8
**oral [4]** 7/7 7/16 39/6 73/19
**order [6]** 3/2 7/11 42/6 52/24 65/20 76/11
**ordinary [1]** 14/14
**organization [1]** 70/3
**ORS [2]** 42/10 60/20
**other [31]** 6/19 9/19 9/20 12/12 16/3 17/14 18/25 19/2 23/13 23/23 29/21 32/2 32/19 43/5 47/24 48/12 50/23 51/18 59/13 62/2 62/24 63/7 64/25 65/13 66/9 67/10 71/7 78/25 80/2 81/11 83/4
**others [1]** 76/15
**otherwise [1]** 78/11
**our [32]** 6/6 8/11 9/13 9/13 10/12 12/14 16/18 17/9 17/13 18/13 19/12 20/20 21/6 21/7 23/20 24/19 26/1 27/24 28/1 31/2 32/3 37/24 39/25 42/24 52/8 54/9 55/13 61/17 69/19 71/23 71/23 73/23
**out [23]** 19/5 19/15 20/21 26/16 27/17 27/23 28/11 28/12 28/21 30/3 30/4 31/13 32/10 40/8 40/13 43/15 43/23 50/16 55/2 69/22 71/5 76/1 77/21
**outline [1]** 16/21
**outrageous [1]** 69/18
**outside [2]** 8/7 58/17
**over [14]** 6/8 7/20 9/9 26/4 32/17 41/2 58/19 61/2 62/14 79/11 79/16 80/10 82/15 82/24
**overruns [9]** 24/19 24/22 24/24 25/2 25/13 70/8 70/16 70/18 74/1
**overseeing [1]** 43/25
**oversight [2]** 61/2 81/1
**overt [1]** 40/24
**overwhelmingly [1]** 62/19
**own [8]** 8/25 22/1 39/10 39/18 45/25 46/7 60/10 73/13

# P

**p.m [2]** 3/2 84/8
**packet [1]** 24/9
**page [17]** 10/4 16/24 20/14 20/23 23/16 23/17 27/25 53/17 55/8 55/8 55/18 57/7 71/14 72/24 73/18 74/20 75/2
**Page 10 [1]** 16/24
**Page 11 [1]** 27/25
**Page 13 [1]** 55/8
**Page 14 [1]** 55/18
**Page 34 [1]** 75/2
**Page 36 [1]** 74/20
**Page 5 [1]** 10/4
**Page 50 [3]** 23/16 23/17 73/18
**Page 9 [1]** 53/17
**Page 96 [1]** 71/14
**Page 97 [1]** 20/14
**pages [2]** 57/20 70/12
**paid [3]** 36/10 38/18 78/24
**papers [6]** 21/7 45/6 46/2 60/10 63/13 65/2
**Paragraph [4]** 26/11 54/9 61/17 73/10

**Paragraph 120 [1]** 61/17
**Paragraph 157 [1]** 26/11
**Paragraph 365 [1]** 73/10
**Paragraphs [1]** 26/25
**parse [1]** 23/6
**part [6]** 59/2 60/6 63/20 67/9 67/10 71/22
**partially [1]** 53/1
**participant [1]** 15/2
**participate [2]** 14/12 16/4
**particular [2]** 25/24 27/1
**particularity [1]** 13/20 77/17 78/7
**parties [2]** 23/7 50/13
**parties' [1]** 50/5
**partner [7]** 28/10 43/9 57/12 61/11 72/14 72/17 72/19
**party [2]** 13/3 43/12
**passed [1]** 42/2
**path [1]** 8/12
**pay [1]** 34/21
**payments [1]** 16/3
**PCAOB [19]** 38/4 38/6 45/7 48/5 48/9 48/14 48/17 49/17 50/6 51/25 54/3 54/7 54/22 59/19 62/7 67/17 68/1 75/16 81/10
**Penn [1]** 31/22
**people [4]** 29/14 36/11 41/3 43/25
**percent [3]** 51/23 67/15 68/20
**perfect [1]** 50/9
**perform [1]** 45/20
**performance [2]** 47/1 79/25
**performing [1]** 81/4
**period [7]** 23/25 24/6 25/25 36/22 66/21 76/17 83/18
**permissible [1]** 14/2
**permitted [3]** 6/3 33/10 80/19
**perpetrate [1]** 7/11
**perpetrated [1]** 5/16
**person [3]** 27/14 27/17 27/18
**personnel [2]** 47/3 47/3
**persuasive [1]** 45/16
**pertaining [1]** 62/6
**Pharmaceuticals [1]** 19/6
**phony [1]** 69/15
**pick [1]** 15/10
**piece [2]** 44/23 51/18
**pieces [4]** 22/19 40/8 40/10 41/9
**Pine [1]** 1/16
**place [2]** 29/1 75/5
**placed [1]** 80/21
**plaintiff [23]** 3/11 3/25 4/3 4/5 14/15 16/11 17/16 19/11 27/16 37/20 39/22 51/8 58/21 65/8 66/7 69/24 70/21 75/3 76/14 77/11 77/16 80/24 82/19
**plaintiff's [15]** 5/15 5/19 10/2 23/3 31/9 39/17 40/4 40/5 49/7 51/13 73/13 80/5 82/9 83/19 83/23
**plaintiffs [69]** 1/4 1/13 3/18 6/3 6/5 6/8 7/15 8/1 9/15 10/22 11/13 11/25 14/20 15/21 17/4 17/10 17/20 17/24 18/2 18/3 18/25 19/7 23/12 23/22 24/2 24/17 26/24 27/13 30/18 31/2 31/3 34/6 38/7 39/7 55/11 64/13 65/25 68/13 70/10 70/14 71/1 73/6 73/9 74/7 75/9 76/4 76/8 77/23 78/1 78/6 78/15 78/21 79/7 79/9 79/15 79/23 80/15 81/9 81/15 81/19 81/23 82/2 82/7

## P

**plaintiffs... [6]** 82/12 82/16 82/22 83/2 83/11 83/15
**plaintiffs' [2]** 7/4 7/8
**planning [4]** 18/24 19/1 19/1 81/4
**plant [4]** 11/19 11/20 38/17 40/21
**plants [1]** 12/4
**plausible [3]** 49/5 77/9 83/24
**plausibly [1]** 77/19
**plea [1]** 50/24
**plead [6]** 18/7 36/7 39/7 45/8 77/11 78/19
**pleaded [6]** 7/8 7/25 16/4 18/16 51/13 70/22
**pleading [5]** 5/21 5/22 10/2 13/15 77/15
**pleadings [1]** 49/9
**pleads [1]** 39/22
**please [3]** 5/14 40/5 41/23
**pled [1]** 75/18
**PLLC [1]** 1/24
**PO [1]** 2/4
**point [23]** 7/19 11/2 12/20 14/18 16/23 16/24 17/13 19/1 19/5 20/6 22/14 27/3 27/23 28/4 42/5 47/23 52/7 55/11 55/21 57/23 70/23 72/9 74/12
**pointing [1]** 18/25
**portions [1]** 38/11
**portray [1]** 12/1
**position [6]** 9/8 16/18 19/3 37/24 65/6 73/6
**Posner [6]** 3/17 3/25 69/4 69/5 70/23 71/7
**Posner's [1]** 73/1
**POSNER,ESQ [1]** 1/15
**possessed [2]** 8/1 12/25
**possibilities [2]** 48/4 48/19
**possibility [1]** 22/8
**possibly [2]** 22/23 31/19
**post [2]** 20/17 72/3
**post-abandonment [2]** 20/17 72/3
**potential [1]** 78/13
**potentially [1]** 65/24
**power [2]** 38/17 40/20
**PowerPoint [1]** 10/12
**practices [2]** 76/13 76/25
**pre [1]** 38/16
**pre-eminent [1]** 38/16
**precisely [1]** 32/6 63/21 65/19
**predicate [1]** 22/17
**prepared [1]** 18/14
**prerequisite [1]** 65/17
**present [2]** 14/15 31/24
**presentation [4]** 6/7 46/22 46/23 62/25
**presentations [2]** 60/25 80/17
**presented [1]** 80/7
**presenting [1]** 78/18
**presiding [1]** 1/10
**press [1]** 22/9
**pretend [1]** 67/18
**prevent [2]** 31/23 45/1
**previously [1]** 57/3
**price [9]** 30/25 31/17 32/2 32/9 34/19 34/21 34/24 35/20 66/12
**primarily [1]** 39/22
**primary [3]** 43/25 49/2 64/9

**principals [2]** 79/22 80/9
**prints [1]** 24/7
**prior [15]** 7/15 12/25 18/21 20/1 21/1 26/4 39/23 40/9 40/12 40/15 44/22 53/13 58/4 66/21 80/21
**Private [1]** 77/3
**privilege [5]** 7/20 8/3 29/18 73/9 73/13
**proactively [1]** 67/6
**probably [1]** 61/5
**problem [5]** 22/6 22/12 24/21 26/3 26/7
**problems [2]** 21/24 43/22
**procedure [3]** 77/2 77/15 83/25
**procedures [2]** 45/21 81/5
**proceed [5]** 6/3 32/5 32/8
**proceedings [2]** 2/6 84/11
**process [4]** 33/15 34/3 57/4 60/23
**processes [1]** 54/12
**produce [1]** 49/16
**produced [1]** 2/6
**production [2]** 11/7 81/18
**productivity [1]** 12/17
**professional [4]** 45/19 45/19 76/5 81/2
**progress [3]** 80/16 83/4 83/5
**project [66]** 8/23 10/19 24/15 24/16 25/10 25/20 27/5 40/22 43/14 43/14 43/25 44/1 44/6 44/12 46/5 46/10 47/7 47/9 48/6 48/12 51/7 51/20 51/22 52/21 52/22 53/3 54/2 54/6 55/1 59/5 59/8 60/1 60/3 61/1 61/2 61/4 61/10 61/11 61/13 61/15 61/21 62/3 64/12 64/17 64/18 70/4 70/7 71/19 76/2 76/7 76/20 76/23 79/12 80/3 80/7 80/20 81/12 81/20 82/1 82/4 82/5 83/1 83/6 83/10 83/13 83/16
**projects [2]** 16/2 30/13
**prolonged [1]** 36/9
**prong [2]** 21/12 25/17
**proof [1]** 22/4
**properly [2]** 24/16 82/13
**proposition [2]** 19/21 32/3
**prospectus [1]** 9/20
**protect [1]** 16/5
**provide [5]** 12/8 15/19 33/21 45/21 79/20
**provided [10]** 6/19 13/5 13/8 20/13 23/12 24/9 41/15 44/5 47/25 73/14
**provides [2]** 13/18 45/16
**providing [2]** 8/14 13/6
**proving [1]** 45/3
**prudency [2]** 33/18 35/12
**prudent [1]** 15/15
**PSC [14]** 9/19 11/19 15/15 26/10 26/12 27/25 28/23 42/10 61/19 62/1 70/6 80/18 82/17 82/19
**PSC's [1]** 25/2
**PSLRA [5]** 13/14 13/18 32/7 36/24 42/11
**public [14]** 6/14 14/6 14/23 16/10 32/6 47/5 47/9 49/9 50/11 50/22 56/25 61/25 74/18 81/1
**publically [1]** 83/21
**publicly [12]** 17/15 17/23 18/12 28/1 31/25 40/8 50/2 51/1 51/16 56/12 65/23 81/3
**publicly-traded [1]** 81/3

**pull [1]** 28/6
**pulled [3]** 11/16 19/15 52/13
**purchase [1]** 77/13
**purchases [1]** 76/16
**pure [1]** 49/4
**purported [2]** 7/13 83/20
**purpose [1]** 77/4
**purposefully [1]** 47/19
**purposes [2]** 49/8 56/23
**pursuant [3]** 13/13 38/6 77/1
**pursued [1]** 7/12
**pursuing [1]** 7/13
**pushed [2]** 25/6 25/7
**put [7]** 16/11 22/24 33/10 39/14 50/10 60/23 60/24
**putting [1]** 65/5

## Q

**qualified [2]** 12/6 49/22
**qualify [2]** 11/6 81/18
**quarterly [2]** 78/12 80/19
**question [9]** 14/25 41/22 45/13 57/13 57/17 58/18 66/12 71/16 72/2
**questioned [1]** 57/10
**questions [2]** 15/17 32/12 32/14 62/10 67/2 67/4
**quick [4]** 41/22 52/9 52/13 74/13
**quickly [1]** 62/3
**quite [5]** 49/1 51/16 62/8 65/5 74/13
**quorum [1]** 37/10
**quote [16]** 12/13 17/19 42/17 46/17 53/22 55/21 56/2 63/21 64/1 65/10 65/18 66/7 66/24 74/16 75/2 75/3
**quoted [1]** 46/20

## R

**raise [5]** 29/22 42/25 62/24 63/13 63/14
**raised [2]** 26/17 41/10
**rate [5]** 42/12 46/18 47/11 62/1 82/20
**rates [2]** 44/7 80/14
**rather [3]** 19/15 59/18 65/12
**rating [1]** 64/22
**re [2]** 75/1 75/8
**read [9]** 20/7 22/3 22/23 56/11 57/21 71/9 71/12 72/10 73/20
**reading [2]** 71/5 71/13
**real [3]** 13/17 30/14 43/22
**really [5]** 40/25 56/11 59/3 62/22 62/24
**reason [2]** 13/9 78/17
**reasonable [7]** 14/1 45/16 45/21 47/24 51/23 75/5 81/5
**reasons [2]** 29/3 52/19
**reassure [1]** 81/20
**rebuttal [1]** 74/14
**receive [2]** 61/21 81/14
**received [1]** 7/9
**recently [1]** 10/25
**reckless [5]** 14/13 15/2 15/7 16/5 74/8
**recklessly [1]** 48/16 75/12
**recklessness [1]** 47/19
**recognition [1]** 68/25
**recognize [1]** 59/25
**recognized [2]** 42/7 80/25
**Recognizing [1]** 52/2
**record [3]** 83/22 83/23 84/11
**records [1]** 71/23

## R

**recount** [1] 80/15
**recoverable** [1] 31/1
**red** [17] 20/14 45/6 46/18 46/19 46/20
47/12 47/20 59/4 59/13 68/2 68/5 72/1
72/6 74/24 75/4 75/16 75/19
**refer** [1] 26/24
**reference** [3] 19/17 63/16 63/23
**referencing** [1] 57/19
**referring** [2] 20/10 57/9
**reflect** [1] 11/4
**reflected** [1] 80/14
**Reform** [1] 77/3
**refusal** [1] 49/20
**refuse** [1] 49/16
**regard** [9] 33/2 38/3 44/4 45/3 62/21
63/1 63/12 82/21 83/18
**regarding** [10] 25/19 44/6 44/11 55/1
61/20 71/18 71/19 78/5 81/23 82/4
**regardless** [1] 39/21
**regular** [2] 61/3 61/9
**regularly** [3] 42/15 47/4 61/13
**regulator** [1] 74/1
**regulators** [16] 13/4 13/6 25/22 26/8
26/17 33/16 35/9 41/4 41/15 41/18
49/12 50/23 70/6 70/17 73/24 78/18
**regulatory** [17] 13/8 13/9 15/14 25/19
26/4 26/8 32/18 33/15 34/3 41/9 42/21
46/24 49/18 59/11 60/19 67/12 80/3
**regulatory-concerned** [1] 26/4
**rejected** [1] 19/14
**rejects** [1] 78/25
**relate** [3] 10/1 64/24 64/25
**related** [6] 59/2 64/15 66/21 78/12
80/10 83/13
**relates** [1] 30/11
**relationship** [4] 36/9 37/15 62/19
78/23
**relevant** [8] 32/18 44/5 49/19 59/7
63/20 64/2 65/16 75/14
**reliance** [1] 77/13
**relied** [1] 36/19
**relief** [3] 77/9 79/7 83/24
**relies** [1] 65/2
**rely** [4] 37/5 56/24 65/3 77/23
**relying** [1] 53/6
**remains** [1] 12/14
**remember** [1] 35/9
**remotely** [2] 33/24 66/5
**renegotiated** [1] 33/20
**repair** [1] 47/7
**repairs** [1] 15/23
**repeated** [1] 73/18
**repeatedly** [1] 60/12
**reply** [10] 5/1 18/13 23/20 27/24 28/1
43/1 52/11 62/23 68/11 74/21
**report** [76] 7/10 8/1 12/25 16/20 17/15
17/22 18/11 18/20 18/23 19/5 19/19
19/23 20/7 20/12 21/23 22/1 22/5
22/13 22/21 22/24 22/25 23/19 29/18
35/4 35/25 36/1 36/4 38/14 38/21 39/2
39/22 40/12 40/18 44/20 48/6 48/10
48/21 49/20 49/22 49/23 50/2 50/20
50/22 53/25 55/5 55/16 55/20 55/24
56/1 56/7 56/11 56/16 56/18 56/22
56/25 57/5 57/15 58/2 58/10 58/14
58/17 62/4 64/21 67/12 70/23 70/25
71/7 71/9 73/8 73/12 73/15 73/17
73/20 75/20 77/20 83/21
**reported** [3] 2/6 50/17 68/20
**reporter** [3] 2/4 2/6 3/21
**reporting** [5] 9/9 32/18 79/11 80/10
82/15
**reports** [29] 7/18 19/8 19/9 19/9 46/22
46/22 48/11 49/19 53/14 54/4 54/5
57/15 58/23 59/1 60/22 60/24 63/17
63/24 64/16 66/13 79/10 80/2 80/16
81/11 81/24 82/1 83/4 83/4 83/8
**represent** [2] 6/25 80/19
**representations** [10] 8/22 13/3 50/8
55/1 56/19 56/23 56/24 82/4 82/19
83/3
**represented** [2] 9/7 81/17
**representing** [1] 15/24
**reputation** [1] 79/2
**request** [1] 46/3
**require** [4] 21/19 29/10 29/10 77/16
**required** [22] 13/22 18/18 32/16 38/6
45/11 45/15 46/3 48/5 49/17 49/21
51/25 52/6 52/18 54/3 54/22 62/13
67/6 79/24 81/9 82/2 82/10 82/17
**requirement** [3] 36/20 37/14 68/23
**requires** [1] 13/14
**requisite** [1] 47/25
**resign** [1] 49/22
**resolve** [2] 12/22 77/5
**resolved** [1] 26/18
**resorts** [1] 52/2
**respect** [5] 8/15 12/3 13/19 16/19
76/23
**respectfully** [1] 30/4
**respects** [3] 9/7 9/15 80/8
**respond** [3] 21/7 24/1 82/11
**responding** [1] 79/17
**responds** [1] 43/14
**response** [7] 4/7 4/22 4/25 44/7 48/23
49/1 79/19
**responsibilities** [2] 33/2 76/5
**responsibility** [2] 32/24 34/10
**responsible** [7] 63/16 70/4 70/5 70/6
79/16 81/2 81/24
**responsibly** [1] 54/20
**restatement** [6] 52/3 52/6 52/12 52/17
52/19 52/24
**rests** [1] 67/5
**result** [4] 26/13 43/23 46/7 48/3
**results** [4] 20/25 21/3 71/20 73/3
**retained** [1] 62/15
**retention** [1] 62/16
**Retirement** [1] 6/14
**retreat** [1] 23/15
**reveal** [2] 64/8 83/12
**revealed** [2] 31/25 83/14
**revelation** [1] 56/25
**revenue** [4] 42/7 42/13 68/25 69/16
**review** [10] 20/11 38/6 46/4 58/6 59/19
60/9 67/17 76/23 79/24 81/10
**reviewed** [15] 7/1 7/10 20/5 33/12
33/13 36/16 40/11 51/25 55/20 56/7
57/5 58/4 72/8 72/10 79/5
**reviewing** [1] 56/15
**revised** [5] 11/1 26/10 26/12 33/21
35/12
**revolving** [1] 62/18

**right** [20] 9/24 4/6 4/8 4/20 4/23 10/4
17/19 34/16 48/4 52/16 57/9 67/3
67/11 68/10 71/2 71/2 71/8 74/10
75/22 84/5
**ripe** [1] 70/3
**rise** [3] 13/20 23/18 37/16
**risk** [15] 44/10 45/20 46/15 46/18
46/20 48/11 49/18 60/15 60/15 64/7
64/23 79/18 82/11 82/13 83/13
**risks** [9] 44/6 45/22 64/4 64/8 64/14
66/13 79/20 83/9 83/14
**RMR** [2] 2/4 84/14
**rogue** [3] 16/1 16/4 29/11
**role** [1] 76/5
**routine** [1] 8/22
**Rule** [3] 77/1 77/4 77/14
**rules** [3] 77/2 77/15 83/25
**run** [3] 17/21 18/10 52/9

## S

**s/Karen** [1] 84/13
**said** [32] 4/23 7/15 7/17 8/2 9/13 10/22
11/19 15/17 17/20 19/9 19/11 19/14
20/4 20/16 23/17 24/5 27/20 28/2
28/10 28/20 28/21 35/24 40/25 48/24
56/20 57/8 63/3 65/18 70/23 70/24
71/24 73/25
**sale** [1] 77/13
**sales** [1] 69/15
**same** [8] 6/5 6/25 13/5 13/10 39/3 44/9
63/4 68/18
**SAMUEL** [1] 1/3
**sand** [1] 45/10 47/20 67/18
**Santee** [10] 21/20 22/13 22/14 27/4
27/7 27/7 47/2 60/14 61/9 61/13
**satisfactorily** [1] 26/18
**saw** [5] 25/12 25/12 67/8 73/24 73/24
**say** [30] 11/8 12/10 18/18 21/12 22/4
22/23 23/4 24/2 24/13 24/17 25/9
25/23 27/1 27/6 27/11 28/13 29/22
32/22 34/1 37/4 45/8 45/14 58/16
60/12 60/16 62/24 69/16 69/24 71/9
73/20
**saying** [16] 9/5 20/24 21/19 22/14
26/14 30/21 34/8 35/1 35/6 35/14
35/15 47/6 55/15 58/3 61/23 70/15
**says** [8] 11/5 41/17 57/16 57/18 60/20
71/15 71/16 72/18
**SC** [4] 1/6 1/14 1/25 2/5
**SCANA** [110]
**SCANA's** [43] 5/23 9/4 9/7 10/6 10/8
25/19 38/8 38/14 44/10 46/9 48/1 48/7
48/17 50/1 51/18 53/20 55/17 56/19
56/22 60/13 61/1 76/6 76/19 76/22
76/24 77/21 78/5 78/10 79/10 79/15
79/17 79/21 80/6 80/9 80/12 81/6 82/4
82/10 82/12 82/14 82/18 83/13 83/15
**SCB** [1] 75/8
**schedule** [40] 8/22 10/1 11/3 11/8
11/20 15/13 15/24 24/19 24/22 24/25
24/25 25/3 25/5 25/6 25/16 26/10
26/12 28/22 28/25 29/1 29/2 30/12
30/14 30/20 30/23 31/4 31/15 35/13
40/23 41/1 41/6 41/20 41/21 54/13
70/9 70/18 73/25 74/3 80/7 82/25
**scheduled** [1] 41/12
**schedules** [4] 15/15 33/18 70/14

**S**

schedules... [1] 81/10
scheduling [1] 70/17
schemes [1] 76/9
scienter [51] 8/10 8/13 12/21 13/12
14/1 14/10 16/22 17/5 17/6 17/14
17/22 18/11 23/18 23/23 24/5 24/20
26/1 26/9 26/22 29/9 29/24 32/8 36/8
38/3 39/3 39/8 39/11 39/12 39/19
39/25 40/16 44/23 45/3 45/8 47/15
52/4 53/19 61/8 62/2 62/12 68/3 68/7
68/14 74/25 75/14 75/17 77/12 78/16
78/20 81/23 83/20
SCOTT [2] 2/1 4/11
screen [1] 6/9
scrupulously [1] 69/20
Sean [3] 72/14 72/16 72/20
search [2] 52/9 52/13
SEC [14] 38/20 49/23 55/17 55/21
55/25 56/6 56/8 57/6 57/15 57/22 58/4
58/6 71/15 71/21
second [14] 9/8 10/17 11/20 19/15
20/14 21/15 22/6 22/16 24/23 25/18
26/7 27/10 49/15 66/20
Section [3] 8/24 8/24 52/7
Section 10 [2] 8/24 8/24
Section 10B [1] 52/7
securities [14] 5/24 6/3 7/11 13/13
16/13 16/25 17/1 65/11 74/23 76/16
77/3 77/10 77/16 83/25
security [1] 77/13
see [10] 10/13 19/20 20/8 20/11 31/12
40/1 43/3 49/4 71/24 72/11
seek [1] 62/6
seems [2] 64/9 67/4
seen [2] 24/18 36/21
Sellers [4] 1/16 1/18 3/17 4/5
senior [4] 1/10 47/23 61/18 62/20
sense [7] 14/24 25/14 35/21 49/24
56/9 56/10 56/15
sent [3] 6/7 25/22 43/8
sentence [4] 18/9 19/15 23/15 73/10
separate [1] 55/19
September [7] 4/25 21/18 21/25 25/4
25/21 31/16 53/20
September 2015 [1] 25/4
September 21st [1] 21/25
September 7th [1] 31/16
series [3] 40/7 70/8 70/8
serious [1] 70/12
serves [1] 37/2
service [1] 80/21
set [2] 26/23 33/19
sets [1] 83/24
settled [1] 6/24
settlement [1] 6/16
seven [1] 71/14
SEYMOUR [1] 1/10
shall [1] 13/18
share [1] 40/1
shareholders [1] 6/25
sharing [3] 10/12 16/6 40/1
she [11] 27/5 28/2 28/12 28/16 43/5
43/11 43/21 69/6 70/24 71/2 71/2
she's [3] 43/10 43/11 43/17
shortly [1] 53/2
should [23] 7/22 8/9 13/10 16/14 27/6

27/21 28/15 29/23 30/2 30/18 32/5
32/10 34/11 34/22 35/15 40/11 60/5
62/13 71/2 71/2 71/8 79/25 82/23
shouldn't [2] 19/13 69/22
show [26] 6/20 8/18 10/11 12/23 14/10
14/20 15/7 16/11 17/5 17/6 18/15 22/1
23/10 26/9 26/22 28/5 28/8 29/10 35/8
35/25 47/1 55/8 63/1 65/11 75/14
77/10
showed [4] 10/8 17/9 39/25 60/7
showing [4] 14/19 23/20 61/4 80/2
shown [2] 14/10 30/10
shows [5] 21/22 22/7 23/13 26/15
29/13
shrouded [1] 8/2
side [1] 50/13
sign [2] 50/13 57/14
signed [3] 57/5 63/3 63/9
significance [1] 47/13
significant [5] 41/25 54/4 61/15 81/13
81/24
significantly [4] 28/24 40/22 44/15
47/12
signing [6] 55/17 55/25 56/6 58/4 58/6
71/15
similar [3] 45/25 46/1 66/5
similarly [3] 5/18 75/1 76/15
simply [2] 22/24 55/1
since [2] 42/22 52/10
Singer [2] 63/25 65/7
single [4] 45/9 47/23 51/17 63/25
sitting [2] 7/18 7/18
situated [1] 76/15
six [1] 11/21
skepticism [2] 41/18 45/20
skipping [1] 20/23
slapped [1] 7/20
slide [14] 6/7 6/12 10/4 16/24 17/18
20/23 24/8 31/2 31/2 31/12 31/23
39/25 55/8 55/19
slides [1] 16/20
so [89]
software [1] 2/7
solely [2] 65/12 66/10
solve [1] 18/8
solved [1] 17/25
some [17] 5/6 7/19 8/14 11/16 12/2
12/18 18/25 19/1 23/23 27/20 36/16
36/22 51/6 59/10 64/24 67/12 68/16
somebody [7] 3/13 3/22 5/6 8/25
27/21 28/9 28/11
somehow [2] 54/18 59/1
something [13] 3/22 20/11 20/18
21/15 23/24 24/3 27/18 28/14 35/20
46/19 48/24 66/3 72/17
Something's [1] 5/10
sometime [3] 20/16 43/7 72/3
sorry [6] 4/15 27/7 48/23 48/23 69/3
72/25
sort [2] 5/7 12/2
sorts [2] 26/5 31/13
source [1] 60/13
SOUTH [4] 1/1 56/17 70/6 76/3
Southern [6] 15/5 46/1 54/8 59/24
60/9 74/19
space [1] 38/17
sparse [1] 5/18

speak [4] 27/17 27/22 28/19 61/11
speaking [2] 3/22 32/23
special [20] 16/3 24/4 24/4 24/6 24/12
24/13 24/18 25/9 29/15 40/19 40/22
46/7 58/23 58/25 59/4 62/16 62/16
62/17 67/13 76/23
specialists [1] 54/11
specific [11] 11/21 35/22 37/22 50/4
58/1 61/7 63/2 70/1 75/4 75/9 75/19
specifically [10] 12/13 13/14 20/16
33/6 37/12 41/10 50/12 57/17 61/8
72/2
specifics [1] 19/4
specify [1] 66/13
speculation [2] 22/16 28/18
spent [2] 25/11 71/17
spoken [6] 27/6 27/21 28/15 28/16
Sprizzo [1] 15/5
stage [2] 37/24 58/20
stand [1] 36/17
standard [16] 5/23 5/25 13/15 14/8
14/14 15/4 32/8 34/14 36/23 44/17
44/19 45/3 48/12 55/4 68/14 74/14
standards [27] 6/20 33/5 34/9 35/3
38/4 38/6 45/12 45/24 46/3 48/5 48/10
48/14 48/17 49/17 50/6 51/25 54/3
54/7 54/22 59/19 60/9 67/17 67/22
77/16 79/8 81/2 81/10
start [2] 8/13 71/14
started [1] 74/13
starting [1] 55/19
starts [2] 43/8 55/8
state [14] 13/20 13/22 37/6 37/7 46/14
56/17 69/8 74/6 74/23 76/10 77/8
77/17 80/5 80/18
stated [6] 12/13 51/10 51/19 52/1 54/9
79/7
statement [18] 7/17 9/13 9/18 9/23
9/23 10/1 10/23 11/12 12/1 12/1 30/12
30/15 30/22 30/24 31/7 31/20 66/8
70/5
statements [70] 8/15 8/17 8/21 8/25
9/1 9/2 9/5 9/6 9/10 9/14 9/16 9/16
9/18 9/19 9/21 9/24 9/25 10/5 10/6
11/11 11/17 11/18 11/22 11/25 32/1
38/8 38/15 44/11 45/17 45/23 46/9
48/8 48/17 48/20 48/22 52/4 52/25
53/7 54/23 59/8 62/1 63/1 63/2 63/4
63/7 64/24 66/10 66/11 66/20 66/22
66/24 67/7 76/9 76/11 76/22 77/21
78/5 78/11 78/12 78/13 79/10 79/21
80/6 80/20 81/6 81/17 82/12 82/17
83/12 83/15
states [3] 1/1 1/10 78/17
stating [1] 47/3
status [4] 46/5 71/19 76/20 83/16
statute [7] 16/21 17/20 18/5 18/9
26/21 45/2 79/4
stay [1] 50/1
stenographic [1] 2/6
steps [1] 50/4
STEVEN [2] 1/18 4/4
stick [1] 67/18
sticking [1] 47/19
still [3] 50/16 64/14 64/16
stock [6] 30/25 31/17 32/9 44/7 66/12
83/14

**S**

**strategies** [1] 32/21
**Street** [3] 1/14 1/16 1/25
**strong** [5] 13/21 37/16 50/7 74/25 78/16
**strongly** [2] 32/4 64/6
**structure** [1] 32/20
**stuck** [1] 45/10
**studies** [1] 82/22
**stuff** [2] 27/15 71/7
**subject** [1] 20/1
**submit** [2] 15/10 34/5
**subpoenas** [1] 62/5
**substantial** [6] 7/5 10/25 12/2 12/15 61/20 65/9
**substantiate** [1] 66/14
**substantive** [1] 6/12
**success** [1] 79/1
**such** [8] 14/13 47/16 52/5 54/15 74/23 78/3 79/19 81/25
**sue** [4] 7/2 7/3 18/2 30/18
**sued** [2] 8/25 44/21
**suffer** [1] 81/12
**suffice** [1] 74/23
**sufficiency** [1] 77/5
**sufficient** [29] 14/19 18/2 32/16 36/24 38/1 39/3 39/19 40/14 44/13 45/1 45/7 45/15 45/21 47/14 48/20 53/18 54/18 58/19 62/11 67/22 68/2 68/7 70/1 74/24 75/17 75/18 77/8 79/19 81/5
**sufficiently** [4] 39/20 68/1 68/5 78/7
**suggest** [3] 22/10 49/10 58/24
**suggested** [1] 51/1
**suggesting** [1] 55/13
**suggests** [2] 17/11 21/10
**suing** [4] 5/23 6/5 7/1 31/20
**Suite** [1] 1/19
**sum** [1] 51/24
**summarized** [1] 10/6
**Summer** [1] 76/2
**support** [10] 12/24 18/19 19/20 21/10 65/3 65/6 71/6 74/17 74/24 80/3
**supported** [1] 58/11
**supporting** [1] 22/20
**supports** [2] 51/19 78/19
**supposed** [3] 17/14 19/22 63/1
**Suprema** [2] 69/14 74/6
**Supreme** [5] 13/23 39/15 39/15 44/25 63/18
**sure** [5] 13/16 24/15 25/10 46/18 62/25
**surface** [1] 18/17
**surrounding** [1] 77/6
**survive** [5] 38/1 44/14 44/24 71/1 71/8
**suspect** [1] 29/5
**suspicious** [1] 75/10
**sustained** [1] 52/11
**Swan** [4] 21/15 21/16 22/22 25/21

**T**

**take** [4] 32/12 41/17 43/3 68/15
**taken** [2] 58/20 73/6
**takes** [2] 9/12 50/4
**taking** [1] 33/16
**talk** [3] 27/12 57/17 60/7
**talked** [3] 37/12 53/15 59/10
**talking** [6] 28/9 29/14 43/19 53/21 57/10 57/13

**talks** [1] 30/12
**tax** [22] 10/24 11/5 11/7 11/9 31/5 38/10 41/7 42/1 42/8 42/8 42/16 42/18 46/11 52/23 60/1 60/17 60/21 61/22 64/13 79/13 81/14 81/18
**team** [4] 20/5 20/5 72/7 72/8
**technical** [1] 10/11
**technological** [3] 23/10 23/11 28/7
**tell** [4] 20/15 33/11 56/18 72/6
**Tellabs** [8] 13/23 14/23 15/18 16/10 39/15 39/16 40/13 62/14
**telling** [1] 27/14
**Tennessee** [1] 52/15
**terms** [1] 11/24 40/23 47/8
**test** [2] 77/4 79/24
**tested** [1] 82/23
**testified** [6] 27/24 56/21 57/2 57/20 58/5 61/19
**testifies** [3] 55/18 55/19 55/23
**testify** [1] 57/4
**testifying** [1] 58/9
**testimony** [22] 19/24 20/3 20/9 20/11 20/18 20/21 21/9 22/21 28/2 33/17 43/5 51/18 55/7 55/9 55/14 70/12 71/3 71/5 71/6 71/10 72/18 73/20
**than** [24] 5/22 5/24 8/16 11/15 11/19 11/21 14/1 17/1 17/7 17/14 17/16 18/4 26/6 40/14 46/19 47/13 51/18 58/3 62/24 65/12 68/5 74/5 75/18 80/22
**Thank** [11] 3/3 4/20 6/10 10/15 37/17 67/3 68/10 74/10 75/22 84/5 84/7
**that** [702]
**that's** [31] 5/4 7/12 8/8 12/18 12/22 16/24 24/19 25/13 25/16 27/19 29/12 30/14 35/5 35/18 43/18 46/19 51/23 54/20 55/22 56/13 56/25 58/2 58/10 59/4 67/9 69/14 69/25 69/25 70/17 71/23 71/23
**their** [60] 3/21 5/18 17/8 17/10 17/16 17/20 18/3 18/9 19/3 19/22 20/4 20/5 21/5 21/9 21/22 21/25 24/12 25/17 26/11 26/25 27/6 35/11 35/23 35/23 37/3 39/6 39/9 39/10 39/18 42/25 43/1 44/1 44/23 45/14 46/8 48/14 58/24 59/1 59/7 60/9 60/10 62/23 63/13 64/9 65/2 65/6 67/18 67/19 69/16 72/7 72/7 73/14 73/18 74/20 74/21 75/1 76/15 78/8 78/8 80/15
**them** [15] 9/16 10/3 15/16 19/18 22/17 25/9 29/19 37/2 38/22 41/4 42/19 44/22 46/12 60/4 70/16
**themselves** [8] 8/15 29/14 31/2 31/3 32/24 33/13 38/1 73/9
**then** [33] 4/25 6/16 8/1 9/23 10/21 11/7 12/8 18/3 21/6 24/17 25/5 25/7 30/24 37/1 38/24 47/9 52/2 53/2 53/19 55/5 57/17 58/13 61/25 62/10 65/25 66/6 66/18 67/16 69/11 71/7 71/16 72/24 75/8
**theory** [2] 7/12 7/14
**there** [89]
**there's** [16] 3/13 10/22 21/13 22/3 22/12 22/18 22/24 28/8 28/18 28/19 29/15 29/21 30/16 37/7 63/23 72/21
**therefore** [8] 17/22 18/11 28/15 36/7 39/5 41/16 64/12 73/15

**these** [35] 6/20 11/9 11/11 11/18 12/7 12/11 12/16 13/15 25/24 25/25 26/4 26/20 27/16 40/19 42/13 44/2 44/8 44/12 46/7 46/13 47/12 47/17 58/23 58/25 59/17 59/19 60/1 62/7 62/15 62/17 64/20 69/18 71/21 72/17 81/4
**they** [220]
**they're** [20] 26/1 26/14 27/9 28/8 31/8 32/25 34/7 35/1 35/6 35/6 35/7 35/14 35/14 39/11 44/16 46/17 59/21 59/22 60/8 70/15
**they've** [2] 27/20 73/18
**thing** [2] 45/10 69/4
**things** [10] 36/8 36/15 36/15 37/25 49/17 50/17 59/12 59/21 66/25 75/20
**think** [30] 6/12 16/13 16/14 23/19 24/8 27/2 28/5 28/21 29/23 30/2 30/16 37/22 42/1 45/14 52/13 55/7 55/15 58/8 58/10 58/18 59/25 60/20 62/23 64/6 67/4 67/22 68/4 69/4 71/4 75/18
**third** [8] 10/21 22/12 26/23 43/12 49/24 50/5 50/13 66/22
**thirds** [1] 69/16
**thirty** [1] 74/20
**this** [169]
**thoroughly** [1] 35/10 56/3 56/5
**those** [39] 6/4 6/6 6/13 7/4 9/10 9/24 10/9 10/19 11/5 13/8 13/9 15/18 19/2 22/19 24/1 29/3 31/18 39/9 39/18 40/21 42/12 42/18 45/24 46/3 47/13 48/19 50/14 50/17 51/2 60/7 61/7 64/7 65/6 66/5 66/23 73/22 74/2 75/12 75/18
**though** [2] 50/14 81/21
**thought** [5] 7/6 35/21 43/25 48/24 74/15
**three** [10] 10/3 10/5 21/24 23/25 46/15 48/3 48/19 62/15 65/2 66/18
**through** [9] 18/22 18/23 19/2 23/21 40/21 53/12 67/13 71/4 71/10
**throughout** [2] 45/5 61/20
**time** [47] 3/10 4/15 5/2 7/19 20/7 20/9 21/14 22/14 25/20 29/1 31/25 37/19 43/10 46/11 48/7 51/8 51/20 52/23 55/16 55/21 56/6 57/13 57/15 57/21 58/6 59/5 59/9 60/4 61/1 61/5 61/21 66/21 67/10 68/6 68/18 70/13 70/13 71/16 72/9 72/12 72/17 72/23 75/11 79/12 81/21 83/10 84/4
**timeline** [2] 41/5 44/11
**timetable** [1] 33/21
**TINKLER** [3] 1/13 1/13 4/2
**TN** [1] 1/22
**today** [12] 17/12 18/14 38/1 39/6 39/8 49/3 50/11 62/24 63/1 63/14 73/19 75/23
**together** [5] 16/23 39/18 60/23 60/24 74/24
**told** [10] 48/7 48/13 48/18 61/24 66/3 70/16 72/2 72/14 72/18 80/6
**Toll** [6] 1/16 1/18 1/18 3/17 4/4 4/5
**too** [4] 22/15 26/19 60/23 62/21
**took** [2] 19/3 70/12
**Toshiba** [2] 47/6 62/1
**total** [3] 28/18 80/11 80/22
**totaled** [1] 80/13
**totally** [2] 66/24 68/13

**T**

**TOUCHE [2]** 1/6 74/18
**tough [2]** 44/18 68/4
**Tower [1]** 1/19
**traded [1]** 81/3
**transcript [9]** 1/9 2/6 7/6 7/8 20/15 55/12 57/8 58/9 84/10
**transcription [1]** 2/6
**transparency [1]** 82/21
**treat [1]** 37/14
**tried [2]** 29/3 29/5
**tries [1]** 54/17
**trouble [1]** 40/1
**true [19]** 39/4 39/13 41/2 41/12 48/15 48/22 49/8 49/15 51/13 51/14 53/24 54/21 57/1 57/25 63/6 64/18 70/17 77/8 83/16
**truth [11]** 15/13 16/7 30/19 32/1 49/6 49/10 49/13 61/24 63/20 64/2 65/16
**try [2]** 4/17 23/23
**trying [9]** 11/25 15/12 28/6 55/11 56/10 57/23 58/24 71/11 73/8
**Tuesday [1]** 3/1
**turn [5]** 12/20 17/18 30/3 30/4 55/6
**turns [2]** 16/19 20/21
**twice [2]** 25/1 25/1
**two [25]** 9/3 17/2 17/7 17/16 18/4 22/19 23/13 23/24 24/6 25/24 25/25 26/1 26/6 26/21 39/23 40/9 40/15 46/21 46/22 49/1 55/19 57/20 69/12 69/16 79/4
**two-year [4]** 23/24 24/6 25/25 79/4
**type [3]** 32/6 33/8 37/15
**types [1]** 13/15
**typically [2]** 47/14 52/23

**U**

**ultimately [1]** 41/12
**unable [2]** 34/24 81/13
**unachievable [1]** 15/16
**unaudited [1]** 78/12
**unaware [1]** 58/16
**uncertainty [1]** 12/15
**under [30]** 8/24 15/18 16/10 16/25 36/24 40/13 42/11 44/25 45/11 46/3 48/5 49/17 50/6 51/25 52/6 52/18 54/3 54/22 59/19 60/9 62/14 63/17 67/17 69/20 76/12 77/10 79/7 80/14 81/10 83/24
**underlying [1]** 19/13
**underneath [1]** 18/17
**understand [5]** 3/23 35/5 54/4 72/25 82/10
**understanding [4]** 4/16 32/16 79/17 81/24
**understated [1]** 83/9
**understood [1]** 42/14
**unfair [1]** 12/10
**uniform [1]** 67/24
**uniformly [4]** 45/6 46/8 47/1 60/11
**unit [1]** 81/17
**UNITED [2]** 1/1 1/10
**units [1]** 11/6
**unless [2]** 3/22 71/8
**unlikely [2]** 44/24 71/1
**unqualified [1]** 79/9
**unreasonable [1]** 14/13

**unrelated [1]** 66/24
**unsurprising [2]** 44/8 51/21
**until [13]** 22/2 24/6 25/24 40/8 44/19 44/23 51/3 53/8 56/8 60/23 61/6 70/24 83/20
**untrue [1]** 76/9
**up [9]** 11/16 15/10 22/13 28/6 31/17 37/3 39/14 52/13 57/3
**upon [3]** 37/5 68/5 76/14
**URL [1]** 55/13
**us [5]** 9/12 22/15 23/12 61/23 73/21
**use [5]** 14/24 18/24 19/1 24/10 55/6
**using [1]** 10/7

**V**

**value [3]** 65/10 65/11 83/14
**Van [2]** 1/24 4/10
**various [1]** 74/24
**vastly [1]** 34/23
**VC [1]** 76/2
**versus [1]** 1/5
**very [26]** 5/22 6/20 6/24 6/25 8/16 11/15 11/24 23/19 32/4 33/1 33/11 35/18 37/17 40/23 44/9 45/25 46/1 52/19 55/15 57/7 64/6 67/3 75/24 75/24 75/24 84/5
**vet [1]** 67/20
**vetted [2]** 56/3 56/6
**vetting [1]** 56/1
**video [1]** 4/21
**view [3]** 51/11 51/19 52/1
**vigorously [1]** 16/8
**violate [1]** 13/19
**violated [4]** 36/21 69/24 69/25 76/4
**violating [1]** 68/23
**violation [2]** 17/3 37/13
**violations [6]** 45/7 62/7 68/1 74/22 75/13 75/17
**vociferously [1]** 52/10
**voice [2]** 27/4 43/6
**vouching [1]** 12/11

**W**

**walk [4]** 18/23 19/2 53/12 71/4
**walked [1]** 23/20
**Walker [11]** 27/2 27/3 27/3 27/8 27/12 27/20 27/24 28/2 28/6 28/25 59/10
**Walker's [1]** 42/23
**want [9]** 8/13 12/20 13/11 21/19 22/15 22/17 29/22 30/1 38/22
**wanted [3]** 13/16 19/5 29/17
**warned [1]** 65/22
**warning [1]** 65/25
**was [219]**
**Washington [1]** 1/20
**wasn't [1]** 60/22
**way [13]** 12/22 18/8 22/3 22/10 30/1 31/17 34/10 34/12 42/7 66/15 68/13 70/11 71/11
**ways [1]** 80/24
**we [130]**
**we'll [3]** 11/1 21/15 71/3
**we're [5]** 10/11 12/23 18/17 33/9 55/14
**we've [4]** 30/16 46/21 71/22 75/18
**weakness [1]** 82/14
**week [1]** 52/10
**well [36]** 7/8 7/25 9/12 10/9 18/9 18/16

19/2 19/9 19/11 19/18 21/22 22/14 24/17 25/9 25/23 26/14 27/9 28/13 30/22 31/18 33/9 34/23 35/15 41/1 51/13 54/5 55/14 62/11 70/15 70/21 71/2 72/16 75/19 75/22 75/24 81/25
**well-pleaded [2]** 7/8 7/25
**went [6]** 8/1 19/8 21/11 27/25 28/23 56/13
**Wentworth [1]** 1/25
**were [149]**
**weren't [3]** 42/18 48/9 71/19
**West [1]** 1/19
**Westinghouse [6]** 34/20 34/24 35/16 35/19 35/19 74/4
**Westinghouse's [1]** 12/15
**what [67]** 5/7 7/15 7/15 10/23 11/15 11/24 12/18 12/18 13/24 13/25 15/1 15/25 17/3 20/4 23/20 24/13 27/12 27/19 28/20 29/2 30/8 30/21 33/6 33/6 33/7 33/14 34/18 35/1 35/6 35/6 35/25 37/23 39/8 40/25 41/3 41/14 41/17 43/2 43/17 43/19 43/20 43/20 43/21 47/7 47/21 50/9 53/13 55/2 57/2 57/3 57/8 59/17 59/23 60/7 62/25 64/17 66/13 66/16 67/7 67/16 69/25 70/2 70/2 70/14 70/20 72/6 74/14
**what's [3]** 13/8 27/16 65/24
**when [45]** 7/16 7/17 11/22 14/24 15/15 17/21 18/10 18/16 20/3 20/15 20/16 21/2 21/6 21/6 22/25 23/6 23/9 23/11 23/18 23/18 30/19 33/7 33/25 34/19 35/3 37/10 42/1 45/8 48/8 50/3 51/22 53/5 53/5 55/25 56/13 56/16 57/24 59/23 64/11 72/2 72/3 72/10 73/2 75/9 83/14
**where [27]** 6/2 7/24 9/13 11/19 12/12 15/12 19/7 21/2 22/14 28/8 29/8 33/25 34/1 34/6 36/16 36/21 41/10 46/16 52/11 52/14 54/9 57/8 58/20 60/19 69/14 69/18 74/7
**WHEREUPON [2]** 3/2 84/8
**whether [17]** 9/8 30/13 39/19 42/15 53/22 54/24 56/13 56/23 59/7 60/4 61/12 61/20 73/2 81/6 81/8 82/3 82/17
**which [33]** 9/3 13/12 14/11 18/17 20/9 22/21 22/22 23/14 25/21 27/5 28/6 34/7 35/15 39/7 40/13 44/19 49/23 51/19 57/21 58/1 58/2 59/17 60/8 60/22 69/21 71/3 75/10 76/12 80/13 80/24 81/1 81/17 83/16
**while [10]** 8/18 14/7 25/11 39/21 41/11 50/21 53/7 53/24 71/20 74/21
**whistleblower [1]** 61/19
**who [17]** 3/10 4/1 19/24 21/17 35/9 35/10 35/11 37/2 43/9 61/17 61/17 64/17 72/13 72/17 72/18 72/19 74/1
**whole [3]** 19/16 52/7 62/1
**Whose [1]** 40/3
**why [14]** 8/9 13/9 15/18 16/6 21/12 35/19 41/24 41/25 44/19 49/25 52/19 56/15 64/17 66/8
**widespread [1]** 62/7
**will [7]** 8/5 12/11 18/15 30/13 53/22 67/1 74/22
**WILLIAM [2]** 1/13 4/2
**willing [1]** 34/20
**within [8]** 21/17 23/13 24/6 25/24 26/1

**W**

**within... [3]** 39/23 40/15 47/15
**without [4]** 35/14 49/4 55/2 69/10
**Witness [2]** 65/4 66/18
**witnesses [1]** 61/22
**woman [2]** 43/11 43/15
**won't [1]** 32/1
**word [2]** 32/23 41/17
**work [4]** 12/17 36/10 38/19 78/24
**Workers [1]** 3/6
**working [1]** 36/11
**would [66]** 7/1 11/6 11/6 11/23 12/9
14/11 15/9 15/18 15/20 16/6 18/4 23/4
24/18 27/12 28/16 28/20 29/10 29/10
29/17 30/3 30/6 31/5 31/5 32/21 33/22
34/5 34/13 34/14 34/20 34/23 34/24
35/20 38/9 40/13 41/6 41/20 42/13
46/10 48/6 49/16 49/21 51/7 51/20
56/15 58/13 59/5 59/21 60/5 60/11
61/1 61/4 61/23 64/12 68/15 69/22
70/20 73/12 73/14 74/15 75/4 79/12
80/20 81/13 81/17 81/20 83/10
**wouldn't [4]** 31/15 35/16 61/5 67/13
**writing [2]** 43/10 47/6
**wrong [4]** 5/10 16/9 30/3 30/5
**wrongdoing [1]** 75/6
**wrote [3]** 21/17 21/18 61/14

**Y**

**Yards [1]** 2/2
**Yeah [1]** 42/4
**year [6]** 11/20 23/24 24/6 25/25 53/8
79/4
**years [17]** 17/2 17/3 17/7 17/16 18/4
23/13 26/2 26/6 36/23 37/3 39/23 40/9
40/15 61/6 62/15 69/13 79/16
**yes [11]** 10/14 34/9 36/14 41/2 57/25
58/5 68/12 69/7 71/7 71/16 73/24
**yesterday [1]** 36/15
**yet [3]** 48/7 48/13 48/18
**York [5]** 1/17 1/19 2/2 15/6 74/19
**you [111]**
**you'll [1]** 31/12
**you're [2]** 60/20 69/4
**you've [2]** 15/7 35/9
**Young [1]** 69/11
**your [75]** 3/4 3/16 4/2 4/4 4/11 4/13
5/2 5/14 5/21 6/2 6/7 6/9 6/11 6/22 7/5
8/5 8/19 8/25 10/15 11/2 12/8 13/23
14/6 16/8 16/18 19/5 19/10 19/21 20/1
20/20 21/24 22/19 23/4 23/7 23/14
24/8 24/9 24/23 26/3 28/7 28/18 29/3
29/21 29/21 30/4 30/21 32/4 32/8
32/11 32/12 32/22 33/9 34/5 35/5
36/14 36/21 37/21 38/24 40/2 42/6
45/10 45/11 47/19 66/4 67/5 68/12
68/12 70/20 71/15 72/16 73/10 73/16
73/21 74/12 84/4