# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP; DELOITTE LLP,<br><br>      Defendants. | Case No. 3:19-cv-3304<br><br>**CLASS ACTION** |

## LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
Ji Eun Kim (Jessica)
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
lposner@cohenmilstein.com
jekim@cohenmilstein.com

Steve J. Toll
Jan Messerschmidt
Molly J. Bowen
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
mbowen@cohenmilstein.com

*Attorneys for Lead Plaintiff and the Class and Proposed Class Counsel*

TINKLER LAW FIRM LLC
William Tinkler (D.S.C. Bar Number 11794)
154 King Street, Third Floor
Charleston, SC 29401
Tel.: (843) 853-5203
Fax: (843) 261-5647
williamtinkler@tinklerlaw.com

*Attorney for Lead Plaintiff and the Class and Proposed Liaison Counsel*

Lead Plaintiff International Brotherhood of Electrical Workers Local 98 Pension Fund ("Lead Plaintiff" or "IBEW Local 98 Pension Fund") submits this memorandum of law in support of its motion to (i) certify this action as a class action pursuant to Federal Rule of Civil Procedure 23; (ii) appoint IBEW Local 98 Pension Fund as Class Representative; and (iii) appoint Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel and Tinkler Law Firm LLC as Liaison Counsel.

In support of this motion, Lead Plaintiff submits the accompanying Memorandum of Law, the Expert Report of Matthew D. Cain, Ph.D, and firm resumes of Cohen Milstein and Tinkler Law Firm LLC.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, counsel for Lead Plaintiff certifies that, prior to filing the instant motion, they held a telephonic conference with Defendants' counsel and attempted in good faith to resolve the matter contained in the Motion. However, the parties were unable to resolve this matter absent Court intervention.

Dated: April 30, 2021

Respectfully submitted,

*/s/ William Tinkler*
William Tinkler (D.S.C. Bar Number 11794)
TINKLER LAW FIRM LLC
154 King Street, Third Floor
Charleston, SC 29401
Tel.: (843) 853-5203
Fax: (843) 261-5647
williamtinkler@tinklerlaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
Ji Eun Kim (Jessica)
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 838-7797

Fax: (212) 838-7745
lposner@cohenmilstein.com
jekim@cohenmilstein.com

Steven J. Toll
Jan Messerschmidt
Molly J. Bowen
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
mbowen@cohenmilstein.com

*Attorneys for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2021, I electronically filed the foregoing Motion using the Court's CM/ECF system. A copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ William Tinkler*
William Tinkler