**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP; DELOITTE LLP,<br><br>Defendants. | Case No. 3:19-cv-3304<br><br>**CLASS ACTION** |

# LEAD PLAINTIFF'S MOTION TO CLARIFY CASE LEADERSHIP


COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
Ji Eun Kim (Jessica)
88 Pine Street,14th Floor
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
lposner@cohenmilstein.com
jekim@cohenmilstein.com

Steven J. Toll
Jan Messerschmidt
Molly J. Bowen
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
mbowen@cohenmilstein.com

*Attorneys for Lead Plaintiff and the Class and Proposed Class Counsel*

TINKLER LAW FIRM LLC
William Tinkler (D.S.C. Bar Number 11794)
154 King Street, Third Floor
Charleston, SC 29401
Tel.: (843) 853-5203
Fax: (843) 261-5647
williamtinkler@tinklerlaw.com

*Attorney for Lead Plaintiff and the Class and Proposed Liaison Counsel*

Lead Plaintiff International Brotherhood of Electrical Workers Local 98 Pension Fund ("Lead Plaintiff" or "IBEW Local 98 Pension Fund") submits this Motion to Clarify Case Leadership. In support of this motion, Lead Plaintiff submits the accompanying Memorandum of Law, Declaration of Laura H. Posner ("Posner Decl."), and a [Proposed] Order.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.02**

Pursuant to Local Rule 7.02, counsel for Lead Plaintiff certifies that, prior to filing the instant motion, they attempted in good faith to resolve the matter contained in the Motion. Defendants take no position on this motion. Although Floyd is not a Party, because this motion pertains to his opposition brief, in an abundance of caution Lead Plaintiff also conferred with Floyd, who opposes this motion.

Dated: May 26, 2021

Respectfully submitted,

*/s/ William Tinkler*

William Tinkler (D.S.C. Bar Number 11794)
TINKLER LAW FIRM LLC
154 King Street, Third Floor
Charleston, SC 29401
Tel.: (843) 853-5203
Fax: (843) 261-5647
williamtinkler@tinklerlaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
Ji Eun Kim (Jessica)
88 Pine Street,14th Floor
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
lposner@cohenmilstein.com
jekim@cohenmilstein.com

Steven J. Toll
Jan Messerschmidt
Molly J. Bowen
1100 New York Avenue, N.W., Fifth Floor

Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
mbowen@cohenmilstein.com

*Attorneys for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2021, I electronically filed the foregoing Motion to Clarify Case Leadership using the Court's CM/ECF system. A copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ William Tinkler*
William Tinkler