UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP and DELOITTE LLP,<br><br>    Defendants. | Case No. 3:19-cv-3304 (MBS) |

## [PROPOSED] ORDER REGARDING MOTION TO CLARIFY CASE LEADERSHIP

Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and to this Court's February 18, 2020 Order Appointing International Brotherhood of Electrical Workers Local 98 Pension Fund as Lead Plaintiff and Approving Selection of Counsel, ECF No. 37, and for good cause shown:

1. The Court directs the Clerk of Court to terminate Samuel R. Floyd, III as a party to this action;

2. The Court directs the Clerk of Court to terminate Gordon Ball and Daryl Hawkins as attorneys of record in this action;

3. The Joint Motion for Entry of Confidentiality Order (ECF No. 70) is granted;

4. The Floyd Opposition shall be construed exclusively as an opposition to Lead Plaintiff's Motion for Class Certification

5. Floyd's procedurally improper request to be appointed as Class Representative and for his counsel to be appointed Class Counsel is denied;

6. The class certification deadlines set forth in the Court's February 23, 2021 Scheduling Order shall remain in effect; and

7. Lead Plaintiff may submit an omnibus reply brief in support of its Motion for Class Certification that responds to both Floyd's Opposition and Defendants' Opposition to Lead Plaintiff's Motion for Class Certification ("Defendants' Opposition").

**IT IS SO ORDERED**

Dated: May ___ 2021      _____
                                            Margaret B. Seymour
                                            Senior United States District Judge