UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP; DELOITTE LLP,<br><br>            Defendants. | **Case No. 3:19-cv-3304-MBS** |

## DEFENDANTS' WITHDRAWAL OF MOTION TO SEAL

Defendants Deloitte & Touche LLP and Deloitte LLP ("Defendants") hereby withdraw their Motion to Seal (the "Motion") filed May 26, 2022, (Dkt. Entry No. 131), currently pending before the Court, based on the following:

1. Defendants filed the Motion in conjunction with the filing of their Motion to Dismiss, filed on May 26, 2022 (Dkt. Entry No. 132).

2. The document subject to the Motion is Exhibit B to the Motion to Dismiss, described in the Motion as a Trust Agreement.

3. Plaintiff consented to the filing of the Trust Agreement on the public docket pursuant to electronic mail communication on May 31, 2022.

This 1st day of June, 2022.

Respectfully submitted,

*/s/ Christopher A. Ogiba*
Christopher A. Ogiba, Fed. ID No. 9042
Lesley A. Firestone, Fed. ID No. 11719
Clinton T. Magill, Fed. ID No. 12459
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
Telephone:    843-579-7066
Facsimile:    843-579-8749
Email:        chrisogiba@mvalaw.com
              lesleyfirestone@mvalaw.com
              clintonmagill@mvalaw.com

Mark A. Nebrig
John A. Fagg, Jr.
Nader Raja
Kristen Kenley
Moore & Van Allen, PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202-4003
Telephone:    704-331-3602
Facsimile:    704-339-5974

E-mails:      marknebrig@mvalaw.com
              johnfagg@mvalaw.com
              naderraja@mvalaw.com
              kristenkenley@mvalaw.com

Scott A. Edelman
Jed M. Schwartz
Andrew B. Lichtenberg
Milbank LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone:    212-530-5000
Facsimile:    212-530-5219
Email:        sedelman@milbank.com
              jschwartz@milbank.com
              alichtenberg@milbank.com

*Attorneys for Defendants*
*Deloitte & Touche LLP and Deloitte LLP*