# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br><br>DELOITTE & TOUCHE LLP; DELOITTE LLP,<br><br>*Defendants*. | DOCKET NO. 3:19-cv-03304-MBS<br><br><br><br><br><br>**MOTION FOR WITHDRAWAL<br>OF APPEARANCE** |

Moore & Van Allen PLLC hereby moves the Court for entry of an Order withdrawing Clinton Magill as counsel for defendants Deloitte & Touche LLP and Deloitte LLP ("Defendants"). In support of this Motion, Movant states as follows:

1. Defendants have been represented in this action by counsel at Milbank LLP (*pro hac vice*), and Moore & Van Allen PLLC, including Clinton Magill.

2. Clinton Magill is no longer employed by Moore & Van Allen PLLC as of June 16, 2022, and should be removed as counsel of record on behalf of Defendants.

3. There is continuity of representation as Christopher A. Ogiba, Lesley A. Firestone, Mark A. Nebrig, John A. Fagg, Jr., and Nader Raja of Moore & Van Allen PLLC remain as counsel for Defendants and agree to the withdrawal. Additionally, Milbank LLP remains as counsel for Defendants and agrees to the withdrawal.

4.   Defendants' address is:

> Deloitte & Touche LLP and Deloitte LLP
> 30 ROCKEFELLER PLAZA
> NEW YORK NY 10112-0015

Their phone numbers are:

> Deloitte & Touche LLP
> 303-312-4079
>
> Deloitte LLP
> 615-882-7270

5.   Defendants have been consulted about this motion and agree to the withdrawal.

WHEREFORE, Moore & Van Allen PLLC, respectfully requests that Clinton Magill be withdrawn as counsel for Defendants.

Respectfully submitted this the 29th day of July, 2022.

> /s/ Christopher A. Ogiba
> Christopher A. Ogiba, Fed. ID No. 9042
> Lesley A. Firestone, Fed. ID No. 11719
> Moore & Van Allen, PLLC
> 78 Wentworth Street
> Charleston, South Carolina 29401
> Telephone:    843-579-7066
> Facsimile:    843-579-8749
> Email:        chrisogiba@mvalaw.com
>               lesleyfirestone@mvalaw.com
>
> Mark A. Nebrig
> John A. Fagg, Jr.
> Nader Raja
> Kristen Kenley
> Moore & Van Allen, PLLC
> 100 North Tryon Street
> Suite 4700
> Charlotte, North Carolina 28202-4003
> Telephone:    704-331-3602
> Facsimile:    704-339-5974
> E-mails:      marknebrig@mvalaw.com
>               johnfagg@mvalaw.com
>               naderraja@mvalaw.com
>               kristenkenley@mvalaw.com

        Scott A. Edelman
        Jed M. Schwartz
        Andrew B. Lichtenberg
        Milbank LLP
        55 Hudson Yards
        New York, New York 10001-2163
        Telephone:   212-530-5000
        Facsimile:    212-530-5219
        Email:        sedelman@milbank.com
                         jschwartz@milbank.com
                         alichtenberg@milbank.com

*Attorneys for Defendants*
*Deloitte & Touche LLP and Deloitte LLP*

3