# Exhibit 1



# IBEW LOCAL UNION No. 98 BENEFIT FUND OFFICE
## HEALTH & WELFARE • PENSION • PROFIT SHARING

### FRANK M. VACCARO & ASSOCIATES, INC.
1719 SPRING GARDEN STREET • PHILADELPHIA, PENNSYLVANIA 19130
(215) 599-6436 • 1-866-645-3442 • Fax (215) 599-6441



March 9, 2023

Laura Posner, Esquire
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, Fourteenth Floor
New York, NY 10005
lposner@cohenmilstein.com

      Re:     *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Deloitte & Touche LLP et. al.*, 19-cv-03304-MBS (D.S.C.).

Dear Ms. Posner:

The following language is an extract from the minutes of the November 22, 2022 meeting of the Trustees of the International Brotherhood of Electrical Workers Local Union No. 98 Pension Fund:

> Being fully apprised of the facts by Fund co-counsel, the Trustees authorize the Fund's continued participation as lead plaintiff in the matter of *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Deloitte & Touche LLP et. al.*, 19-cv-03304-MBS (D.S.C.). Class counsel shall report all developments as they occur and any decisions normally reserved to the client in litigation shall be presented to the Board of Trustees, or a properly-constituted subcommittee thereof, for decision.

Those minutes were presented, reviewed and approved at the meeting of the Board of Trustees held on February 24, 2023.

Very truly yours,

Peter F. Flamini, III
Contract Administrator

210