# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br><br>DELOITTE & TOUCHE LLP; DELOITTE LLP,<br><br>*Defendants*. | DOCKET NO. 3:19-cv-03304-DCC<br><br><br><br><br><br>**CONSENT MOTION TO PERMIT ATTENDANCE BY VIDEO CONFERENCE** |

Counsel for defendants, Deloitte & Touche LLP and Deloitte LLP ("Deloitte") hereby moves the Court to permit Nitin Jindal to attend the motions hearing scheduled on Tuesday, November 7, 2023 (the "Hearing") by video conference. In support of this motion, counsel for Deloitte states the following:

1. Mr. Jindal is Associate General Counsel for Deloitte and has aided in the defense of this matter.

2. Mr. Jindal will be present at the Hearing only in an observational capacity and will not make any arguments for Deloitte.

3. Mr. Jindal is unable to attend the Hearing in person because he resides and works in California and traveling to South Carolina for the Hearing would conflict with preexisting work commitments.

4. Counsel for the Plaintiff consents to Mr. Jindal's observation of the Hearing by video conference.

5.     This Motion is made in good faith and not for purposes of delay. Neither Plaintiff nor Deloitte would be prejudiced by the request sought herein.

6.     Pursuant to Local Civil Rule 7.04 (D.S.C.), a supporting memorandum is not filed herewith, as a full explanation of the motion is contained within the motion, and a memorandum would serve no useful purpose.

WHEREFORE, counsel for Deloitte respectfully requests that Nitin Jindal be permitted to attend the Hearing by video conference.

This the 3rd day of November, 2023.

/s/ Christopher A. Ogiba
Christopher A. Ogiba, Fed. ID No. 9042
Lesley A. Firestone, Fed. ID No. 11719
Tiffany E. Payne, Fed. ID No. 13772
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
Telephone:     843-579-7066
Facsimile:     843-579-8749
Email:     chrisogiba@mvalaw.com
           lesleyfirestone@mvalaw.com
           tiffanypayne@mvalaw.com

Mark A. Nebrig
John A. Fagg, Jr.
Nader Raja
Moore & Van Allen, PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202-4003
Telephone:     704-331-3602
Facsimile:     704-339-5974

E-mails:     marknebrig@mvalaw.com
             johnfagg@mvalaw.com
             naderraja@mvalaw.com

Scott A. Edelman
Jed M. Schwartz
Andrew B. Lichtenberg
Milbank LLP

        55 Hudson Yards
        New York, New York 10001-2163
        Telephone:   212-530-5000
        Facsimile:    212-530-5219
        Email:         sedelman@milbank.com
                        jschwartz@milbank.com
                        alichtenberg@milbank.com

*Attorneys for Defendants*
*Deloitte & Touche LLP and Deloitte LLP*

WE CONSENT:

*/s/  William Tinkler*
William Tinkler (D.S.C. Bar No. 11794)
Tinkler Law Firm LLC
P.O. Box 31813
Charleston, SC 29417
Telephone: (843) 853-5203
Facsimile: (843) 261-5647
Email: william@tinklerlaw.com

*Liaison Counsel for the Proposed Class*


COHEN MILSTEIN SELLERS & TOLL, PLLC
Laura H. Posner
88 Pine Street,14th Floor
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
Email:  lposner@cohenmilstein.com


Steve J. Toll
Jan Messerschmidt
Molly J. Bowen
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
mbowen@cohenmilstein.com

*Lead Counsel for Lead Plaintiff*