# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
cohenmilstein.com

Laura Posner
212.220.2925
lposner@cohenmilstein.com

August 9, 2024

The Honorable Jacquelyn D. Austin
U.S. District Judge
250 East North Street
Greenville, SC 29601

Re:     *In re International Brotherhood of Electrical Workers Local 98 Pension Fund v. Deloitte & Touche LLP et. al.,* 3:19-cv-03304 (JDA)

Dear Judge Austin:

Per the parties' June 7, 2024 letter to the Court, I write on behalf of the parties to provide a joint status report as to the deposition of Tarah Schulz and a joint proposed amended scheduling order for the remaining case deadlines.

On July 8, 2024, Justice Robert Centa of the Ontario Superior Court of Justice entered an order granting the parties' consent application for an order granting the Court's Amended Letter of Request to the Superior Court of Justice of Ontario, Canada for Tarah Schulz, which is attached to this letter as Exhibit A.

The parties then negotiated a mutually acceptable schedule for the remaining fact depositions left to be taken, reaching an agreement to complete those depositions and fact discovery by September 13, 2024. Based on this schedule for depositions, the parties agreed to a Proposed Fifth Amended Scheduling Order, attached as Exhibit B, which the parties respectfully request that the Court enter.

We are available to answer any questions the Court may have.

Regards,

*/s/ Laura Posner*
Laura Posner

*/s/ Jed M. Schwartz*
Jed M. Schwartz