# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP; DELOITTE LLP,<br><br>Defendants. | Case No. 3:19-cv-3304<br><br>**CLASS ACTION** |

## LEAD PLAINTIFF'S NOTICE OF COMPLIANCE
## AND CERTIFICATION OF DISCLOSURE

Lead Plaintiff International Brotherhood of Electrical Workers Local 98 Pension Fund, by and through undersigned counsel, and in accordance with the Fifth Amended Consent Scheduling Order, ECF No. 229, gives notice that it has identified the persons whom it expects to call as experts as trial and certifies that this notice has been served upon counsel for the Defendants on August 30, 2024. Lead Plaintiff reserves the right to disclose any additional experts as permitted by the Federal Rules of Civil Procedure, including at trial for purposes of rebuttal and in response to Defendants' expert disclosures due September 13, 2024.

The following individuals are those who Lead Plaintiff has retained or specially employed to provide expert testimony on the topics below:

1. **Matthew D. Cain, Ph.D.**

    c/o   Laura Posner
          Cohen Milstein Sellers & Toll PLLC
          88 Pine Street, 14th Floor
          New York, NY 10005
          (212) 220-2925

Topics: Market efficiency; damages; and loss causation

2. **Lynn E. Turner, CPA**
   *Hemming Morse LLC*

   c/o  Laura Posner
        Cohen Milstein Sellers & Toll PLLC
        88 Pine Street, 14th Floor
        New York, NY 10005
        (212) 220-2925

   Topics: Audit and accounting standards and principles, and Defendants' compliance with those standards and principles

3. **Al Ferrer, MS**
   *Critical Technologies Consulting LLC*

   c/o  Laura Posner
        Cohen Milstein Sellers & Toll PLLC
        88 Pine Street, 14th Floor
        New York, NY 10005
        (212) 220-2925

   Topics: Engineering, procurement, and construction of nuclear power plants and facilities; construction project management and oversight; analysis and interpretation of construction schedules, metrics, and productivity; the AP1000 nuclear power plant design; and public utility regulation.

Lead Plaintiff reserves the right to call any expert witness identified or called by Defendants.

Dated: August 30, 2024

Respectfully submitted,

*/s/ William Tinkler*
William Tinkler (D.S.C. Bar Number 11794)
TINKLER LAW FIRM LLC
PO Box 31813
Charleston, SC 29417-1813
Tel.: (843) 853-5203
Fax: (843) 261-5647
williamtinkler@tinklerlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
Laura H. Posner
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com


Steven J. Toll
Jan Messerschmidt
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

GORDON BALL PLLC
Gordon Ball (TN BPR #001135)
7001 Old Kent Drive
Knoxville, TN 37919
Tel: (865) 525-7028
Fax: (865) 525-4679
gball@gordonball.com

EDWARD D. SULLIVAN LAW OFFICE

3

Edward David Sullivan
PO Box 11714
Columbia, SC 29211
Telephone: (803) 451-2775
Facsimile: (803) 451-2770
Email: esullivan@esullivanlaw.com

DARYL G. HAWKINS LAW OFFICE
Daryl G. Hawkins
1331 Elmwood Avenue, Suite 305
Columbia, SC 29201
Telephone: (803) 733-3531
Facsimile: (803) 799-9202
Email: dgh@dghlaw.net

*Additional Counsel for the Proposed Class*