# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP; DELOITTE LLP,<br><br>Defendants. | Case No. 3:19-cv-3304<br><br>**CLASS ACTION** |

## DEFENDANTS' NOTICE OF COMPLIANCE AND CERTIFICATION OF DISCLOSURE

Defendants Deloitte & Touche LLP ("D&T") and Deloitte LLP (collectively, "Deloitte" or "Defendants"), by and through undersigned counsel, and in accordance with the Fifth Amended Consent Scheduling Order, ECF No. 229, gives notice that it has identified the persons whom it expects to call as experts at trial to offer affirmative testimony, and certifies that this notice has been served upon counsel for the Lead Plaintiff on September 13, 2024. Defendants reserve the right to disclose any additional experts as permitted by the Federal Rules of Civil Procedure, including for purposes of rebuttal and in response to Lead Plaintiff's affirmative expert reports to be served on September 27, 2024.

The following individual has been retained or specially employed by Defendants to provide affirmative expert testimony on the topics below:

1

1. **Paul J. Hibbard**
    *Analysis Group*
    c/o   Jed. M. Schwartz
            Milbank LLP
            55 Hudson Yards
            New York, New York 10001-2163
            (212) 530-5000

    Topics:    Regulatory framework (including the roles of the various parties involved); prudence reviews

Defendants reserve the right to call any expert witness identified or called by Lead Plaintiff.

2

Dated: September 13, 2024

Respectfully submitted,
*/s/Daniel R. Fuerst*
Christopher A. Ogiba, Fed. ID No. 9042
Lesley A. Firestone, Fed. ID No. 11719
Tiffany Payne, Fed. ID No. 13772
Daniel R. Fuerst, Fed. ID No. 12616
Lauren N. Vriesinga, Fed. ID No. 12188
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
Telephone: 843-579-7066
Facsimile:   843-579-8749
Email: chrisogiba@mvalaw.com
       lesleyfirestone@mvalaw.com
       tiffanypayne@mvalaw.com
       danielfuerst@mvalaw.com
       laurenvriesinga@mvalaw.com

Mark A. Nebrig
John A. Fagg, Jr.
Nader Raja
Moore & Van Allen, PLLC
100 North Tyron Street Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: 704-331-3602
Facsimile:   704-339-5974
Email: marknebrig@mvalaw.com
       johnfagg@mvalaw.com
       naderraja@mvalaw.com

Scott A. Edelman
Atara Miller
Jed M. Schwartz
Andrew B. Lichtenberg
Katrin A. Cassidy-Ginsberg
Milbank LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: 212-530-5000
Facsimile:   212-530-5219
Email: sedelman@milbank.com
       amiller@milbank.com
       jschwartz@milbank.com
       alichtenberg@milbank.com
       kcassidy-ginsberg@milbank.com
*Lead Counsel for Defendants Deloitte & Touche LLP and Deloitte LLP*