UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE & TOUCHE, LLP;<br>DELOITTE LLP,<br><br>Defendants. | Case No. 3:19-cv-3304<br><br>**CLASS ACTION** |

**DEFENDANTS' SUPPLEMENTAL NOTICE OF COMPLIANCE AND CERTIFICATION OF DISCLOSURE**

Defendants Deloitte & Touche LLP ("D&T") and Deloitte LLP (collectively, "Deloitte" or "Defendants"), by and through undersigned counsel, and in accordance with the Fifth Amended Consent Scheduling Order, ECF No. 229, gives notice that it has identified the persons whom it expects or currently anticipates it may call as experts at trial to offer affirmative or rebuttal testimony, and certifies that this supplemental notice has been served upon counsel for the Lead Plaintiff on September 20, 2024. Defendants reserve the right to disclose any additional experts as permitted by the Federal Rules of Civil Procedure, including for purposes of rebuttal and in response to Lead Plaintiff's affirmative expert reports to be served on September 27, 2024.

The following individual has been retained or specially employed by Defendants to provide affirmative expert testimony on the topics below:

1

1.     **Paul J. Hibbard**
   *Analysis Group*
   c/o    Jed. M. Schwartz
          Milbank LLP
          55 Hudson Yards
          New York, New York 10001-2163
          (212) 530-5000

   Topics:    Regulatory framework (including the roles of the various parties involved); prudence reviews

Although Defendants are under no obligation to do so, Defendants hereby identify the following individuals who they currently anticipate will provide rebuttal expert testimony on the topics below:

1.     **David J. Denis**
   *Analysis Group*
   c/o    Jed. M. Schwartz
          Milbank LLP
          55 Hudson Yards
          New York, New York 10001-2163
          (212) 530-5000

   Topics:    Market efficiency; damages; and loss causation

2.     **J. Duross O'Bryan**
   *Resolution Economics*
   c/o    Jed. M. Schwartz
          Milbank LLP
          55 Hudson Yards
          New York, New York 10001-2163
          (212) 530-5000

   Topics:    Audit and accounting standards and principles, and Defendants' compliance with those standards and principles

Defendants reserve the right to disclose additional rebuttal expert witnesses in response to the content of Lead Plaintiff's affirmative expert reports, including in response to the report of Lead Plaintiff's proffered expert Al Ferrer. Furthermore, Defendants reserve the right to call any expert witness identified or called by Lead Plaintiff.

Dated: September 20, 2024

Respectfully submitted,
*/s/ Christopher A. Ogiba*
Christopher A. Ogiba, Fed. ID No. 9042
Lesley A. Firestone, Fed. ID No. 11719
Tiffany Payne, Fed. ID No. 13772
Daniel R. Fuerst, Fed. ID No. 12616
Lauren N. Vriesinga, Fed. ID No. 12188
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
Telephone: 843-579-7066
Facsimile:  843-579-8749
Email: chrisogiba@mvalaw.com
          lesleyfirestone@mvalaw.com
          tiffanypayne@mvalaw.com
          danielfuerst@mvalaw.com
          laurenvriesinga@mvalaw.com

Mark A. Nebrig
John A. Fagg, Jr.
Nader Raja
Moore & Van Allen, PLLC
100 North Tyron Street Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: 704-331-3602
Facsimile:  704-339-5974
Email: marknebrig@mvalaw.com
          johnfagg@mvalaw.com
          naderraja@mvalaw.com

Scott A. Edelman
Atara Miller
Jed M. Schwartz
Andrew B. Lichtenberg
Katrin A. Cassidy-Ginsberg
Milbank LLP
55 Hudson Yards
New York, New York 10001-2163

Telephone: 212-530-5000
Facsimile:   212-530-5219
Email: sedelman@milbank.com
　　　amiller@milbank.com
　　　jschwartz@milbank.com
　　　alichtenberg@milbank.com
　　　kcassidy-ginsberg@milbank.com
*Lead Counsel for Defendants Deloitte*
*& Touche LLP and Deloitte LLP*