April 29, 2025

*Via ECF*

Judge Jacquelyn D. Austin
United States District Court
District of South Carolina
250 East North Street
Greenville, SC 29601

      Re:    *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Deloitte & Touche LLP et al.*, No. 3:19-cv-03304

Dear Judge Austin:

The Parties in the above-referenced action write jointly to inform the Court that the Parties have reached an agreement in principle to settle this case, subject to full documentation in a Stipulation of Settlement. The Parties will work in good faith to agree upon and execute the Stipulation of Settlement within approximately 30 days from today, and file it within 7 days thereafter, together with Lead Plaintiff's motion for preliminary approval of the Settlement.

Pending effectuation of the Settlement, the Parties request that the Court stay all deadlines. The Parties will also be filing a joint motion requesting that the Fourth Circuit stay Defendants' appeal of this Court's order granting class certification.

Should the Court have questions or concerns, we are available to address them at the Court's convenience.

                                                                        Sincerely,

| | |
|---|---|
| */s/ William Tinkler* | */s/ Christopher A. Ogiba* |
| William Tinkler (D.S.C. Bar No. 11794) | Christopher A. Ogiba, Fed. ID No. 9042 |
| TINKLER LAW FIRM LLC | Lesley A. Firestone, Fed. ID No. 11719 |
| P.O. Box 31813 | Tiffany E. Payne, Fed. ID No. 13772 |
| Charleston, SC 29417 | |
| Tel.: (843) 853-5203 | MOORE & VAN ALLEN, PLLC |
| Fax.: (843) 261-5647 | 78 Wentworth Street |
| william@tinklerlaw.com | Charleston, South Carolina 29401 |
| | Telephone:   843-579-7066 |
| *Liaison Counsel for the Proposed Class* | Facsimile:   843-579-8749 |
| | Email:   chrisogiba@mvalaw.com |
| COHEN MILSTEIN SELLERS & TOLL, PLLC |         lesleyfirestone@mvalaw.com |
| Laura H. Posner |         tiffanypayne@mvalaw.com |
| 88 Pine Street, 14th Floor | |
| New York, New York 10005 | |
| Tel.: (212) 838-7797 | |

| | |
|---|---|
| Fax: (212) 838-7745<br>lposner@cohenmilstein.com | Mark A. Nebrig<br>John A. Fagg, Jr.<br>Nader Raja<br>MOORE & VAN ALLEN, PLLC<br>100 North Tryon Street<br>Suite 4700<br>Charlotte, North Carolina 28202-4003<br>Telephone:    704-331-3602<br>Facsimile:    704-339-5974<br>E-mail:    marknebrig@mvalaw.com<br>             johnfagg@mvalaw.com<br>             naderraja@mvalaw.com |
| Steve J. Toll<br>Jan Messerschmidt<br>Margaret (Emmy) Wydman<br>1100 New York Avenue, N.W., Suite 800<br>Washington, D.C. 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br>stoll@cohenmilstein.com<br>jmesserschmidt@cohenmilstein.com<br>ewydman@cohenmilstein.com | |
| *Lead Counsel for Lead Plaintiff* | Scott A. Edelman<br>Jed M. Schwartz<br>Andrew B. Lichtenberg<br>MILBANK LLP<br>55 Hudson Yards<br>New York, New York 10001-2163<br>Telephone:    212-530-5000<br>Facsimile:    212-530-5219<br>Email:    sedelman@milbank.com<br>          jschwartz@milbank.com<br>          alichtenberg@milbank.com |
| | *Attorneys for Defendants*<br>*Deloitte & Touche LLP and Deloitte LLP* |